Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER**

## UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In Re:  JEFFREY SCOTT BEIER | BK. No.  8:23-bk-10898-TA |
| | **Chapter 11** |
| | **ADDENDUM TO VOLUNTARY PETITION RE:  ADDRESS OF THE DEBTOR-IN-POSSESSION** |
| | **JUDGE** |
| | Hon. Theodor Albert |

///

///

///

- 1 -
ADDENDUM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

Debtor Jeffrey Scott Beier's physical address is outside the United States. He lives in Moscow, Russia. The address, if a parcel of mail were to be sent to Mr. Beier, is properly addressed as follows:

MOSCOW 143962

NOSOVIKHINKSOYE SHOSSE

BUILDING 6, APARTMENT 8

He owns real property that is in the United States at the following address:

10 TUCSON

TRABUCO CANYON, CA 92679

He has asked in his Voluntary Petition for U.S. Mail to be sent to the following address concerning this case:

JEFFREY BEIER

PO BOX 7644

LAGUNA NIGUEL, CA 92677.

Overnight deliveries should be sent to his counsel at the following address:

ANERIO V. ALTMAN, ESQ.

LAKE FOREST BANKRUPTCY II, APC

26632 TOWNE CENTRE DRIVE #300

FOOTHILL RANCH, CA 92610

Any further correspondence should be addressed to his counsel of record.

Dated: May 2nd, 2023            Signed: /S/ ANERIO V. ALTMAN, ESQ.
                                         ANERIO V. ALTMAN, ESQ.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

ADDENDUM TO VOLUNTARY PETITION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/04/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Michael J Hauser michael.hauser@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __06/22/2021__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/04/2023 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.