PETER C. ANDERSON
United States Trustee
Michael Hauser (SBN 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jeffrey S. Beier,<br><br><br><br><br><br><br>Debtor | CASE NUMBER:  8:23-bk-10898-TA<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); DECLARATIONS OF MICHAEL HAUSER AND MARILYN SORENSEN IN SUPPORT THEREOF<br><br><br>DATE:    June 7, 2023<br>TIME:    10:00 A.M.<br>CTRM:   5B |

**TO THE HONORABLE THEODOR ALBERT, CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move and does hereby move this Court for an Order dismissing this case or converting this case to one under chapter 7 on the grounds set forth below.

**Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Information on how to participate in the hearing using ZoomGov is provided below.**

**1.     Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:**

- **Video/audio web address:  https://cacb.zoomgov.com/j/1613937450**

- **ZoomGov meeting number: 161 393 7450**

- **Password: 544961**

- **Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

**2.     Hearing participants may view and listen to this hearing before Judge Albert using ZoomGov free of charge.  Video and audio connection information for this hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from the tab on the left side of the page.**

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: May 10, 2023

/s/ Michael Hauser
MICHAEL HAUSER
Attorney for the U.S. Trustee

# I.
## *INTRODUCTION*

The U.S. Trustee is seeking to dismiss or convert this case to one under Chapter 7 because the Debtor has not complied with any of the U.S. Trustee's *Guidelines and Requirements for Chapter 11 Debtors In Possession*.  These documents were due by May 8, 2023.

# II.
## *STATEMENT OF FACTS*

### A.  Debtor's Chapter 11 Filing

On April 28, 2023, Jeffrey S. Beier ("Debtor") filed a voluntary Chapter 11 petition which was assigned case number 8:23-bk-10898-TA. ***See* PACER docket at Exhibit A to the Declaration of Michael Hauser ("Hauser Dec.") attached hereto.**   The Debtor previously filed a voluntary chapter 7 petition on March 17, 2023, which was dismissed on April 4, 2023, for failure to file information.  ***See* PACER docket at Exhibit A, docket text entry on May 1, 2023.**

### B.   Debtor's Primary Asset – Single-Family Home in Trabuco Canyon

The Debtor's schedules identify his primary asset as a single-family residence located in Trabuco Canyon, California (the "Trabuco Canyon Property").  ***See* Petition and Schedules at Exhibit "B" and Hauser Dec.**

### C.   Debtor's Failure to Comply with the U.S. Trustee's Guidelines and Requirements

The deadline for complying with the U.S. Trustee's Guidelines and Requirements was May 8, 2023.  To date, the Debtor has not complied with any of the U.S. Trustee's Guidelines and Requirements including but not limited to providing the U.S. Trustee with: (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) proof of insurance covering liability as it relates to the Debtor's Trabuco Canyon Property. ***See* Declaration of Marilyn Sorensen attached hereto.**

//

//

### III.
### *POINTS AND AUTHORITIES*

Bankruptcy Code section 1112(b)(1) provides that "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."

The bankruptcy court has broad discretion in determining what constitutes "cause" adequate for dismissal under 11 U.S.C. § 1112(b).  *See In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. B.A.P. 2000).  While section 1112(b)(4) identifies a number of factors that can constitute "cause" for dismissal or conversion of a case, the list is not exhaustive. *Id*.  The Ninth Circuit Bankruptcy Appellate Panel recently opined in In re Bronson, 2013 WL 2350791 (9th Cir.BAP Ariz.) that:

> Indeed, we have held that bankruptcy courts enjoy wide latitude in determining whether the facts of a particular case constitute cause for conversion or dismissal under § 1112(b). See Pioneer Liquidating Corp. v. U.S. Trustee (In re Consol. Pioneer Mortg. Entities), 248 B.R. 368, 375 (9th Cir.BAP2000), aff'd, 264 F.3d 803 (9th Cir.2001); see also In re Greenfield Drive Storage Park, 207 B.R. at 916. This wide latitude is driven in part by common sense. Having presided over the often lengthy and complex reorganization proceedings, the bankruptcy court has a familiarity with the parties and the issues that puts it in the best position to make the "cause" determination under § 1112(b). In addition, the wide latitude afforded to bankruptcy courts is consistent with the legislative history accompanying § 1112(b): 'the court will be able to consider other factors as they arise, and to use its equitable powers to reach an appropriate result in individual cases.'  In re Consol. Pioneer Mortg. Entities, 248 B.R. at 375 (quoting H. Rept. No. 95–595, 95th Cong., 1st Sess. 405–06 (1977), reprinted in 1978 U.S.C.C.A.N. 6362).

*In re Bronson*, 2013 WL 2350791, at *8 (9th Cir.BAP Ariz.).  Here, as set forth below, there are enumerated provisions of section 1112(b)(4) that constitute "cause" to either dismiss or convert this case.

### A. Cause Exists Because the Debtor Has Not Complied with the U.S. Trustee's Guidelines and Requirements for Chapter 11 Debtors In Possession

Under § 1112(b)(4)(H), the term "cause" includes "failure timely to provide information or attend meetings reasonably requested by the United States Trustee..."  Furthermore, under § 1112(b)(4)(C), the term "cause" includes failure to "maintain appropriate insurance that poses a risk to the estate."

As set forth above, to date, the Debtor has not complied with any of the requirements set forth in the U.S. Trustee's Guidelines and Requirements, including but not limited to the Debtor's failure to provide the U.S. Trustee with (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) proof of insurance covering liability as it relates to the Debtor's Trabuco Canyon Property.

### B. Best Interest of Creditors and the Estate Test

Once "cause" is established, the Court must dismiss the case or convert it to chapter 7, "whichever is in the best interests of creditors and the estate . . . unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors of the estate."  See 11 U.S.C. § 1112(b)(1) and *In re Nelson*, 343 B.R. 671, 675 (9th Cir.BAP 2006).

### C. "Unusual Circumstances" Test

As noted above, when the court finds "cause" to dismiss or convert a chapter 11 case, the court must then decide whether dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate.  The court, however, may not convert or dismiss a case if there exist "unusual circumstances" that establish dismissal or conversion is not in the best interests of creditors and the estate. See 11 U.S.C. § 1112(b)(2). The debtor bears the burden of proving the "unusual circumstances." *In re Sanders*, 2013 WL 1490971, at *7 (9th Cir. BAP Apr. 11, 2013) (*citing In re Orbit Petroleum, Inc.*, 395 B.R. 145, 148 (Bankr.D.N.M 2008)).

//

//

//

## IV.
### *CONCLUSION*

For each and all the above reasons, and based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

**A.** That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert this case to one under chapter 7; and

**B.** That this Court order such other and further relief as it deems appropriate under the circumstances.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: May 10, 2023            /s/ Michael Hauser
                              MICHAEL HAUSER
                              Assistant U.S. Trustee

### *DECLARATION OF MICHAEL HAUSER*

I, Michael Hauser, hereby declare and state as follows:

1.  I am employed as an Attorney by the United States Trustee ("U.S. Trustee") for Region 16.  My duties and responsibilities include the review and analysis of Chapter 11 cases including the case of Jeffrey S. Beier ("Debtor"), case number 8:23-bk-10898-TA. The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) in case number 8:23-bk-10898-TA.

2.  On May 10, 2023, I accessed the PACER docket in case number 8:23-bk-10898-TA which is attached hereto at Exhibit "A".

3.  On May 10, 2023, I accessed the PACER docket in case number 8:23-bk-10898-TA, and printed out docket #1, the Petition, Schedules, and Statement of Financial Affairs, which is attached hereto at Exhibit "B".

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 10th day of May 2023 at Santa Ana, California.

/s/ Michael Hauser
Michael Hauser

### DECLARATION OF MARILYN SORENSEN

I, Marilyn Sorensen, hereby declare as follows:

1.       I am employed by the Office of the U.S. Trustee as a Bankruptcy Analyst. My duties and responsibilities include the review and analysis of Chapter 11 cases, including the case of Jeffrey S. Beier ("Debtor") which was assigned case number 8:23-bk-10898-TA.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) in case number 8:23-bk-10898-TA.

2.       On April 28, 2023, the Debtor filed a voluntary Chapter 11 petition.  **See PACER docket attached hereto at Exhibit A.**

3.       The deadline for complying with the U.S. Trustee's Guidelines and Requirements was May 8, 2023.  To date, the Debtor has failed to comply with any of the U.S. Trustee's Guidelines and Requirements including but not limited to providing the U.S. Trustee with: (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) proof of insurance covering liability as it relates to the Debtor's Trabuco Canyon Property.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 10th day of May 2023 at Lake Forest, California.

Marilyn Sorensen
Bankruptcy Analyst

# Exhibit "A"

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:23-bk-10898-TA

*Date filed:* 04/28/2023
*341 meeting:* 06/08/2023

*Assigned to:* Theodor Albert
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**Jeffrey S Beier**<br>P O Box 7644<br>Laguna Niguel, CA 92677<br>ORANGE-CA<br>SSN / ITIN: xxx-xx-0875 | represented by **Anerio V Altman**<br>Lake Forest Bankruptcy II, APC<br>P.O. Box 515381<br>Ste 97627<br>Los Angeles, CA 90051-6681<br>949-218-2002<br>Fax : 949-218-2002<br>Email: LakeForestBankruptcy@jubileebk.net |
| ***U.S. Trustee***<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by **Michael J Hauser**<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593<br>714-338-3417<br>Fax : 714-338-3421<br>Email: michael.hauser@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/28/2023 | 1<br>(65 pgs) | Chapter 11 Voluntary Petition Individual. Fee Amount $1738 Filed by Jeffrey S Beier (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 4<br>(1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |
| 04/30/2023 | | Receipt of Voluntary Petition (Chapter 11)( 8:23-bk-10898) [misc,volp11] (1738.00) Filing Fee. Receipt number B55408241. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/30/2023) |
| 05/01/2023 | | Notice of Debtor's Prior Filings for debtor Jeffrey S Beier Case Number 08-12163, Chapter 7 filed in California Central Bankruptcy on 04/25/2008 , Standard Discharge on 08/21/2008; Case Number 09-11124, Chapter 13 filed in California Central Bankruptcy on 02/11/2009 , Dismissed for Other Reason on 10/01/2009; Case Number 10-19081, Chapter 7 filed in California Central Bankruptcy on |

**Exhibit "A"**                                                                                  **001**

| | | |
|---|---|---|
| | | Dismissed for Other Reason on 03/10/2011; Case Number 23-10556, Chapter 7 filed in California Central Bankruptcy on 03/17/2023 , Dismissed for Failure to File Information on 04/04/2023.(Admin) (Entered: 05/01/2023) |
| 05/01/2023 | 5 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (VN) (Entered: 05/01/2023) |
| 05/02/2023 | 6 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) (VN) (Entered: 05/02/2023) |
| 05/02/2023 | 7 (2 pgs) | Order Setting Scheduling And Case Management Conference - Hearing Scheduled For June 07, 2023 at 10:00 A.M., Rm 5B Via Zoom/Gov, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1 ) Signed on 5/2/2023 (GD) (Entered: 05/02/2023) |
| 05/02/2023 | 8 | Hearing Set Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) Status hearing to be held on 6/7/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 05/02/2023) |
| 05/02/2023 | 9 (28 pgs) | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Trabuco Canyon, CA 92679 . Fee Amount $188, Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 05/02/2023) |
| 05/02/2023 | 10 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL NOTICE OF HEARING WITH THE ZOOM HEARING INFORMATION.** (RE: related document(s)9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey S Beier) (SD8) (Entered: 05/02/2023) |
| 05/02/2023 | 11 | Hearing Set (RE: related document(s)9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey S Beier) The Hearing date is set for 5/23/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 05/02/2023) |
| 05/02/2023 | | Receipt of Certification Fee - $11.00 by 16. Receipt Number 80076674. (admin) (Entered: 05/02/2023) |
| 05/02/2023 | | Receipt of Photocopies Fee - $4.00 by 16. Receipt Number 80076674. (admin) (Entered: 05/02/2023) |
| 05/03/2023 | | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay( 8:23-bk-10898-TA) [motion,nmis] ( 188.00) Filing Fee. Receipt number A55422794. Fee amount 188.00. (re: Doc# 9) (U.S. Treasury) (Entered: 05/03/2023) |
| 05/03/2023 | 12 (2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 05/03/2023. (Admin.) (Entered: 05/03/2023) |
| 05/04/2023 | 13 (3 pgs) | Addendum to voluntary petition *Regarding the Debtor's Street Address* Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/04/2023) |

**Exhibit "A"**                                                      **002**

| 05/04/2023 | 14 (4 pgs) | Supplemental *Notice of Zoom.gov Procedures* Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/04/2023) |
| 05/04/2023 | 15 (3 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/8/2023 at 01:00 PM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227.Deadline to file a complaint objecting to discharge is the first date set for hearing on confirmation of the plan. Deadline to file a complaint to determine whether certain debts are dischargeable is 8/7/2023. (JL) (Entered: 05/04/2023) |
| 05/04/2023 | 16 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)7 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/04/2023. (Admin.) (Entered: 05/04/2023) |
| 05/06/2023 | 17 (5 pgs) | BNC Certificate of Notice (RE: related document(s)15 Meeting of Creditors Chapter 11 (Individual or Joint Debtors) (309E1)) No. of Notices: 5. Notice Date 05/06/2023. (Admin.) (Entered: 05/06/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/10/2023 12:45:09 | | | |
| **PACER Login:** | us7777mh | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-bk-10898-TA Fil or Ent: filed To: 5/10/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Exhibit "A"**                                                                003

# Exhibit "B"

Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jeffrey**<br>First name<br><br>**S**<br>Middle name<br><br>**Beier**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - _0_ _8_ _7_ _5_<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

**Exhibit "B"**

**004**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.   Your Employer Identification Number (EIN), if any.**

EIN   __ __ – __ __ __ __ __ __ __

EIN   __ __ – __ __ __ __ __ __ __

EIN   __ __ – __ __ __ __ __ __ __

EIN   __ __ – __ __ __ __ __ __ __

**5.   Where you live**

MOSCOW 143962
Number          Street

Nosovikhinskoye Shosse

Building 6, Apartment 8
City                              State      ZIP Code

_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Jeff Beier
Number          Street

P O Box 7644
P.O. Box

Laguna Niguel, CA 92677
City                              State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number          Street

_____

_____
City                              State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                              State      ZIP Code

**6.   Why you are choosing *this* district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
    (See 28 U.S.C. § 1408)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
    (See 28 U.S.C. § 1408)

_____

_____

_____

**Exhibit "B"**

**005**

Debtor 1    **Jeffrey**         **S**              **Beier**                        Case number *(if known)* _____
            First Name      Middle Name       Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No.

☑ Yes. District **Central District of California**   When **03/17/2023**   Case number **8:23-bk-10556-TA**
                                                          MM / DD / YYYY

     District _____ When _____ Case number _____
                                                            MM / DD / YYYY

     District _____ When _____ Case number _____
                                                            MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor _____ Relationship to you _____
     District _____ When _____ Case number, if known _____
                                                          MM / DD / YYYY

     Debtor _____ Relationship to you _____
     District _____ When _____ Case number, if known _____
                                                           MM / DD / YYYY

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

     ☑ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

**Exhibit "B"**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Exhibit "B"**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

   *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard?  _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?  _____
Number      Street
_____
_____
City                          State      ZIP Code

Exhibit "B"

008

Debtor 1    **Jeffrey**          **S**              **Beier**
First Name        Middle Name        Last Name                    Case number *(if known)* _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Exhibit "B"**

Debtor 1    **Jeffrey**    **S**    **Beier**    Case number *(if known)* _____
First Name    Middle Name    Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49        ☐ 1,000-5,000      ☐ 25,001-50,000   ☐ 50,000-100,000   ☐ More than 100,000
☐ 50-99       ☐ 5,001-10,000
☐ 100-199     ☐ 10,001-25,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000            ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000            ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____
Jeffrey S Beier, Debtor 1

Executed on __04/28/2023__
MM/ DD/ YYYY

Debtor 1    **Jeffrey**    **S**    **Beier**    Case number *(if known)* _____
_____    _____    _____
First Name    Middle Name    Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X **/s/ Anerio Ventura Altman, Esq.** _____     Date **04/28/2023**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**Anerio Ventura Altman, Esq.**
Printed name

**Lake Forest Bankruptcy**
Firm name

**P.O. Box 515381**
Number        Street

**Lake Forest Bankruptcy**

**Los Angeles**                                              **CA**    **90051**
City                                                         State    ZIP Code

Contact phone **(949) 218-2002**            Email address **avaesq@lakeforestbkoffice.com**

**228445**                                                   **CA**
Bar number                                                   State

**Exhibit "B"**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and if, not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

8:23-bk-10556-TA Jeffrey S Beier Case type: bk Chapter: 7 Asset: No Vol: v Judge: Theodor Albert Date filed: 03/17/2023 Date of last filing: 04/07/2023 Debtor dismissed: 04/04/2023 Date terminated: 04/07/2023 The real estate in this matter is the same as the prior matter. ******* 8:10-bk-19081-TA Jeffrey Scott Beier Case type: bk Chapter: 7 Asset: No Vol: v Judge: Theodor Albert Date filed: 07/01/2010 Date of last filing: 05/04/2011 Debtor dismissed: 03/10/2011 Date terminated: 05/04/2011 The real property in this matter is the same as the prior matter. ******* 8:08-bk-12163-RK Jeffrey Scott Beier and Toni Renita Beier Case type: bk Chapter: 7 Asset: No Vol: v Judge: Robert N. Kwan Date filed: 04/25/2008 Date of last filing: 01/13/2009 Date discharged: 08/21/2008 Date terminated: 01/13/2009 The real property in this matter is the same as the prior matter. ****** 8:09-bk-11124-TA Jeffrey Scott Beier Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Theodor Albert Date filed: 02/11/2009 Date of last filing: 01/29/2010 Debtor dismissed: 10/01/2009 Date terminated: 01/29/2010 The real property in this matter is the same as the prior matter.

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None.

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None.

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

8:23-bk-10556-TA Jeffrey S Beier Case type: bk Chapter: 7 Asset: No Vol: v Judge: Theodor Albert Date filed: 03/17/2023 Date of last filing: 04/07/2023 Debtor dismissed: 04/04/2023 Date terminated: 04/07/2023

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California    _____
                                                      Signature of Debtor

Date: 04/28/2023 _____              _____
                                                      Signature of Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                 **Exhibit "B"**                    F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

| 1 | | |
|---|---|---|
| Gary and Patricia Beier | What is the nature of the claim? | $500,000.00 |
| Creditor's Name | | |
| Drakes Bay | As of the date you file, the claim is: Check all that apply. | |
| Number      Street | ☐ Contingent | |
| Laguna Niguel, CA 92677 | ☑ Unliquidated | |
| City      State      Zip Code | ☐ Disputed | |
| | ☐ None of the above apply | |
| Contact | **Does the creditor have a lien on your property? Unsecured** | |
| | ☑ No | |
| | ☐ Yes. | |
| Contact phone | Total claim (secured and unsecured): _____ | |
| | Value of security: – _____ | |
| | Unsecured Claim: _____ | |

Official Form 104      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 1

**Exhibit "B"**      **013**

Debtor 1  **Jeffrey**          **S**              **Beier**                                    Case number *(if known)* _____
          First Name      Middle Name        Last Name

| | | | Unsecured claim |
|---|---|---|---|

**2**

What is the nature of the claim? _____  $150,000.00

Steven Beier
_____
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
_____
Number      Street

☐ Disputed

San Jose,
_____
City            State      Zip Code

☐ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
_____
Contact

☑ No

☐ Yes.
_____
Contact phone

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                            _____

---

**3**

What is the nature of the claim? _____  $10,000.00

Sandy Elsberg
_____
Creditor's Name

As of the date you file, the claim is: Check all that apply.

10 Tucson
_____
Number      Street

☐ Contingent
☐ Unliquidated

☐ Disputed

Trabuco Canyon, CA 92679
_____
City            State      Zip Code

☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
_____
Contact

☑ No

☐ Yes.
_____
Contact phone

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                            _____

---

**4**

What is the nature of the claim? _____  _____

_____
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
_____
Number      Street

☐ Disputed

☐ None of the above apply
_____
City            State      Zip Code

**Does the creditor have a lien on your property?**

☐ No
_____
Contact

☐ Yes.
_____
Contact phone

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                            _____

**Exhibit "B"**

**014**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**5**

_____

Creditor's Name

_____
Number        Street

_____

_____
City          State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

---

**6**

_____

Creditor's Name

_____
Number        Street

_____

_____
City          State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

---

**7**

_____

Creditor's Name

_____
Number        Street

_____

_____
City          State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

**Exhibit "B"**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Unsecured claim**

| 8 | | What is the nature of the claim? _____ | _____ |

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number    Street

☐ Disputed

☐ None of the above apply

_____

_____
City    State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured): _____

_____
Contact phone

Value of security: – _____

Unsecured Claim: _____

| 9 | | What is the nature of the claim? _____ | _____ |

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number    Street

☐ Disputed

☐ None of the above apply

_____

_____
City    State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured): _____

_____
Contact phone

Value of security: – _____

Unsecured Claim: _____

| 10 | | What is the nature of the claim? _____ | _____ |

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number    Street

☐ Disputed

☐ None of the above apply

_____

_____
City    State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured): _____

_____
Contact phone

Value of security: – _____

Unsecured Claim: _____

**Exhibit "B"**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

---

**11**

Creditor's Name

Number        Street

City        State        Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

---

**12**

Creditor's Name

Number        Street

City        State        Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

---

**13**

Creditor's Name

Number        Street

City        State        Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

---

Exhibit "B"

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

| 14 | | What is the nature of the claim? _____ | _____ |

Creditor's Name

_____

Number    Street

_____

_____

City       State    Zip Code

Contact

_____

Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                    – _____
Unsecured Claim:                        _____

| 15 | | What is the nature of the claim? _____ | _____ |

Creditor's Name

_____

Number    Street

_____

_____

City       State    Zip Code

Contact

_____

Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                    – _____
Unsecured Claim:                        _____

| 16 | | What is the nature of the claim? _____ | _____ |

Creditor's Name

_____

Number    Street

_____

_____

City       State    Zip Code

Contact

_____

Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                    – _____
Unsecured Claim:                        _____

**Exhibit "B"**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

| 17 | What is the nature of the claim? _____  _____ |
|---|---|

Creditor's Name _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

Number     Street _____

☐ Disputed

☐ None of the above apply

_____

City          State     Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Contact _____

Total claim (secured and unsecured): _____

Value of security: – _____

Contact phone _____

Unsecured Claim: _____

| 18 | What is the nature of the claim? _____  _____ |
|---|---|

Creditor's Name _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

Number     Street _____

☐ Disputed

☐ None of the above apply

_____

City          State     Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Contact _____

Total claim (secured and unsecured): _____

Value of security: – _____

Contact phone _____

Unsecured Claim: _____

| 19 | What is the nature of the claim? _____  _____ |
|---|---|

Creditor's Name _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

Number     Street _____

☐ Disputed

☐ None of the above apply

_____

City          State     Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Contact _____

Total claim (secured and unsecured): _____

Value of security: – _____

Contact phone _____

Unsecured Claim: _____

**Exhibit "B"**

Debtor 1    **Jeffrey        S        Beier**                    Case number *(if known)*_____
            First Name    Middle Name    Last Name

|                                              |                              | **Unsecured claim** |
|----------------------------------------------|------------------------------|---------------------|

**20**

**What is the nature of the claim?** _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

_____
Number        Street

☐ Unliquidated

☐ Disputed

☐ None of the above apply

_____
City                State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured):    _____

Value of security:                    – _____

_____
Contact phone

Unsecured Claim:                        _____

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X _____        X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  04/28/2023_____                Date _____
     MM/  DD/  YYYY                            MM/  DD/  YYYY

**Exhibit "B"**                                                **020**

| Fill in this information to identify your case and this filing: | | |
|---|---|---|

| Debtor 1 | **Jeffrey** | **S** | **Beier** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Central**_____ District of _____**California**_____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1    **10 Tuscon**
    Street address, if available, or other description

    **Trabuco Canyon, CA 92679**
    City    State    ZIP Code

    **Orange**
    County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **www.zillow.com** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
    **$3,117,300.00**

**Current value of the portion you own?**
    **$3,117,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple** _____

☐ **Check if this is community property** (see instructions)

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................................... ➔

| **$3,117,300.00** |
|---|

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☑ No
    ☐ Yes

**Exhibit "B"**                                                                 **021**

Debtor  Beier, Jeffrey S                                                   Case number *(if known)* _____

---

| 3.1 | Make: | _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** _____

**Current value of the portion you own?** _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

4.1   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** _____

**Current value of the portion you own?** _____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................➔   | **$0.00** |

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........   | Household goods and furnishings | **$725.00** |

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........   | Electronics | **$725.00** |

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

---

**Exhibit "B"**                                                                   **022**

Debtor __Beier, Jeffrey S__                                          Case number *(if known)* _____

---

**9.**   **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........

| Equipment for sports and hobbies | | $725.00 |

**10.**   **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........

**11.**   **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........

| Clothes | | $725.00 |

**12.**   **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........

| Jewelry | | $725.00 |

**13.**   **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☐ No
☑ Yes. Describe. .........

| 1 Cat<br>"Leeloo" | | $1.00 |

**14.**   **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............

**15.**   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................................. ➜

| $3,626.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.**   **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes .......................................................................................................................   Cash: ..................

---

**Exhibit "B"**

**023**

Debtor  **Beier, Jeffrey S**                                              Case number *(if known)*

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................     Institution name:

        17.1. Checking account:     **School's First Federal Credit Union**                                      **$0.00**
                            **Has not been used since 2016.**

        17.2. Checking account:     **Wife's Account**
                            **Sber Bank (Moscow)**                                               **unknown**
                            **$10,000 Rubles on the day of filing.**

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific
        information about
        them....................     Name of entity:                          % of ownership:

            **The Debtor was the CFO of a company possibly named "Liberty**     **100.00%**
            **Waste Management" (10%) Owner and 911 Roll Off (50%), Clear**
            **Selection and others in 2014, 2015 and 2016. He was absent from**                    **unknown**
            **the business after 2016. His former partner James Raider (In**
            **Colorado) absconded with these interests.**

            **The Debtor works as an independent contractor in Moscow, Russia.**     **100.00%**
            **His income is paid to the Debtor's wife who is a Russian Citizen.**                  **unknown**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
        information about
        them....................     Issuer name:

---

Exhibit "B"                                                                          **024**

Debtor **Beier, Jeffrey S**                                                                  Case number *(if known)* _____

---

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
      account separately.    Type of account:    Institution name:

                             401(k) or similar plan: _____   _____

                             Pension plan: _____   _____

                             IRA: _____   _____

                             Retirement account: _____   _____

                             Keogh: _____   _____

                             Additional account: _____   _____

                             Additional account: _____   _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
              others

    ☑ No

    ☐ Yes .....................    Institution name or individual:

                             Electric: _____   _____

                             Gas: _____   _____

                             Heating oil: _____   _____

                             Security deposit on rental unit: _____   _____

                             Prepaid rent: _____   _____

                             Telephone: _____   _____

                             Water: _____   _____

                             Rented furniture: _____   _____

                             Other: _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ...................    Issuer name and description:

                             _____   _____

                             _____   _____

                             _____   _____

---

**Exhibit "B"**                                                                  **025**

Debtor **Beier, Jeffrey S** _____   Case number *(if known)* _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____   _____

_____   _____

_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...

| Beier 10 Tucson Trust (This may be the title owner to the real property. No other assets in this trust.) | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific information about them. ...

| Franchise rights to Russia Business Network International which are Unincorporated Mutual Benefit Associations. The franchise rights were purchased in March 2018 and unilaterally cancelled by BNI. The value represents the Debtor's claim against Business Network International shut down in July of 2019. | **$150,000.00** |

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

| The Debtor has a loss carry forward of about $350,000. Unused since 2017. | Federal: | **unknown** |
| | State: | _____ |
| | Local: | _____ |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Official Form 106A/B                    Schedule A/B: Property                    page **6**

**Exhibit "B"**                    **026**

Debtor **Beier, Jeffrey S**                                       Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                           _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...    Company name:          Beneficiary:          Surrender or refund value:

_____      _____      _____

_____      _____      _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                           _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. .............    Claim against Bank of America          **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .............                                           _____

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........    Claim against Littleton Colorado Police.          **$7,500.00**

**Exhibit "B"**                    **027**

Debtor __Beier, Jeffrey S__                                      Case number *(if known)* _____

| 36. | Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..................................................... ➔ | $157,500.00 |

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........   _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........   _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........   _____

41.  **Inventory**

☑ No

☐ Yes. Describe. .........   _____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                          % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe. .........   _____

---

**Exhibit "B"**

**028**

Debtor **Beier, Jeffrey S**          Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

   _____    _____

   _____    _____

   _____    _____

   _____    _____

   _____    _____

   _____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** .......................................................................................... ➔ | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .......................... | | _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............ | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .......................... | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .......................... | | _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
   information. ............ | | _____

---

**Exhibit "B"**

**029**

Debtor **Beier, Jeffrey S**    Case number *(if known)* _____

| 52. | Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................................................................ → | $0.00 |
|---|---|---|

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

| 54. | Add the dollar value of all of your entries from Part 7. Write that number here ......................... → | $0.00 |
|---|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | Part 1: Total real estate, line 2 .......................................................................................... → | $3,117,300.00 |
|---|---|---|
| 56. | Part 2: Total vehicles, line 5 | $0.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $3,626.00 | |
| 58. | Part 4: Total financial assets, line 36 | $157,500.00 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61. .............. | $161,126.00 | Copy personal property total → | + $161,126.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................... | | | $3,278,426.00 |

**Exhibit "B"**    **030**

Fill in this information to identify your case:

| Debtor 1 | Jeffrey | S | Beier |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>10 Tuscon Trabuco Canyon, CA 92679<br>Line from<br>*Schedule A/B:*   1.1 | $3,117,300.00 | ☑ _____ $33,650.00 _____<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>Household goods and furnishings<br>Line from<br>*Schedule A/B:*   6 | $725.00 | ☑ _____ $725.00 _____<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Exhibit "B"

Debtor 1    **Jeffrey**           **S**                **Beier**                              Case number *(if known)* _____
           First Name      Middle Name          Last Name

---

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description:<br>Electronics<br><br>Line from *Schedule A/B:* 7 | $725.00 | ☑ $725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>Equipment for sports and hobbies<br><br>Line from *Schedule A/B:* 9 | $725.00 | ☑ $725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>Clothes<br><br>Line from *Schedule A/B:* 11 | $725.00 | ☑ $725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>Jewelry<br><br>Line from *Schedule A/B:* 12 | $725.00 | ☑ $725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>1 Cat "Leeloo"<br><br>Line from *Schedule A/B:* 13 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

Official Form 106C                **Schedule C: The Property You Claim as Exempt**                page 2 of 2

**Exhibit "B"**                                                                     **032**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey | S | Beier |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Bank of America, National Association
Creditor's Name

Attn: Bankruptcy Department

PO Box 982238
Number      Street

El Paso, TX 79998
City          State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
3/2/2005

**Describe the property that secures the claim:**

10 Tuscon Trabuco Canyon, CA 92679

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number __ __ __ __

Column A: $2,757,616.00
Column B: $3,117,300.00
Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,757,616.00 |
|---|---|

**Exhibit "B"**

**033**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page**<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

Creditor's Name

Number          Street

City          State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,757,616.00 |

**Exhibit "B"**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

☐

Priority Creditor's Name

Number      Street

City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or person injury while you were intoxicated
☐ Other. Specify

Exhibit "B"

Debtor 1    **Jeffrey**          **S**          **Main Document**          Case number *(if known)* _____

First Name    Middle Name    Last Name

| Part 2: | List All of Your **NONPRIORITY** Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**    **Gary and Patricia Beier**

Nonpriority Creditor's Name

**Drakes Bay**

Number        Street

**Laguna Niguel, CA 92677**

City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$500,000.00**

**4.2**    **Sandy Elsberg**

Nonpriority Creditor's Name

**10 Tucson**

Number        Street

**Trabuco Canyon, CA 92679**

City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Remarks:** Security Deposit-May be held with property management.

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$10,000.00**

**Exhibit "B"**

Debtor 1    **Jeffrey**                **S**                **Main Document**          Case number (if known) _____
       First Name            Middle Name            Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

| 4.3 | **Steven Beier** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred? _____

                 $150,000.00

Number     Street

**San Jose,**

City               State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**Exhibit "B"**

Debtor 1    **Jeffrey**          **S**              Case number *(if known)* _____
              First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $0.00 |

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $660,000.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $660,000.00 |

**Exhibit "B"**

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    __Jeffrey__    __S__    __Beier__
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    __Central District of California__

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Sandy Elsberg<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code | Residential Contract for the property the Debtor owes. She gave $5,000 to the property management company post-petition and held by the company.<br>Contract to be ASSUMED |
| **2.2** Sergei Nasonav<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code | Residential Lease (Wife is on the contract)<br>Contract to be ASSUMED |
| **2.3** National Service Professionals<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code | Property Management Company (Managed by the Debtor's Brother) (Located in Wyoming, LLC)<br>Contract to be ASSUMED |
| **2.4** _____<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code | |

Exhibit "B"

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey | S | Beier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Central District of California | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No

      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

   | | |
   |---|---|
   | Name | |
   | Number    Street | |
   | City | State    ZIP Code |

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| 3.1 _____ | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| Number    Street | ☐ Schedule G, line _____ |
| City    State    ZIP Code | |

Schedule H: Your Codebtors

**Exhibit "B"**

**040**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not Employed | ☐ Employed ☑ Not Employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | Number Street | Number Street |
| | | |
| | City    State    Zip Code | City    State    Zip Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.    $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +  $0.00 | +  $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.    $0.00 | $0.00 |

Official Form 106I

| Debtor 1 | **Jeffrey** | **S** | **Beier** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.........................................................➔ | 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | | | | |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | | $0.00 |
| 5e. | **Insurance** | 5e. | $0.00 | | $0.00 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | | $0.00 |
| 5g. | **Union dues** | 5g. | $0.00 | | $0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + | $0.00 | + | $0.00 |

**6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  **6.**  $0.00  $0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.  **7.**  $0.00  $0.00

**8.** List all other income regularly received:

| | | | | | |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | | $0.00 |
| 8b. | **Interest and dividends** | 8b. | $0.00 | | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | | $0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + | $0.00 |

**9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  **9.**  $0.00  $0.00

**10.** Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse  **10.**  $0.00  **+**  $0.00  **=**  $0.00

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____  **11.** **+**  $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  **12.**  $0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

**Exhibit "B"**  Schedule I: Your Income

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Central District of California**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No

☐ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,400.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $100.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $0.00

6. **Utilities:**
- 6a. Electricity, heat, natural gas — 6a. $68.00
- 6b. Water, sewer, garbage collection — 6b. $68.00
- 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $53.00
- 6d. Other. Specify: _____ — 6d. $0.00

7. **Food and housekeeping supplies** — 7. $2,000.00

8. **Childcare and children's education costs** — 8. $0.00

9. **Clothing, laundry, and dry cleaning** — 9. $0.00

10. **Personal care products and services** — 10. $0.00

11. **Medical and dental expenses** — 11. $1,000.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $0.00

14. **Charitable contributions and religious donations** — 14. $0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
- 15a. Life insurance — 15a. $0.00
- 15b. Health insurance — 15b. $0.00
- 15c. Vehicle insurance — 15c. $0.00
- 15d. Other insurance. Specify: _____ — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. $0.00

17. **Installment or lease payments:**
- 17a. Car payments for Vehicle 1 — 17a. $0.00
- 17b. Car payments for Vehicle 2 — 17b. $0.00
- 17c. Other. Specify: Wife's Credit Card Payments — 17c. $1,000.00
- 17d. Other. Specify: _____ — 17d. $0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $1,000.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____ — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
- 20a. Mortgages on other property — 20a. $0.00
- 20b. Real estate taxes — 20b. $0.00
- 20c. Property, homeowner's, or renter's insurance — 20c. $0.00
- 20d. Maintenance, repair, and upkeep expenses — 20d. $0.00
- 20e. Homeowner's association or condominium dues — 20e. $0.00

Exhibit "B"

044

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

21. **Other.** Specify: _____    21.    +    _____ $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    _____ $7,189.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ $7,189.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.    _____ $0.00

    23b. Copy your monthly expenses from line 22c above.    23b.    −    _____ $7,189.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*    23c.    _____ ($7,189.00)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

    None

Exhibit "B"

Debtor 1    **Jeffrey**          **S**              **Beier**                              Case number *(if known)*
            First Name    Middle Name    Last Name

|  | Amount |
|---|---:|
| **6c. Telephone, cell phone, Internet, satellite, and cable services** | |
| Telephone | $40.00 |
| Internet | $13.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................ | $3,117,300.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................... | $161,126.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................ | $3,278,426.00 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $2,757,616.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $660,000.00 |
| **Your total liabilities** | $3,417,616.00 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................ | $0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................ | $7,189.00 |

**Exhibit "B"**

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    **047**    page 1 of 2

| Debtor 1 | __Jeffrey__ | __S__ | __Beier__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| | $0.00 |

---

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $0.00 |

---

**Exhibit "B"**

| Fill in this information to identify your case: |
|---|

Debtor 1     __Jeffrey__     __S__     __Beier__
          First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)       First Name      Middle Name     Last Name

United States Bankruptcy Court for the:     __Central District of California__

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| ██ | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Jeffrey S Beier, Debtor 1

Date __04/28/2023__
     MM/   DD/   YYYY

**Exhibit B**

Fill in this information to identify your case:

Debtor 1    **Jeffrey**         **S**              **Beier**
            First Name     Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name      Last Name

United States Bankruptcy Court for the:    **Central District of California**

Case number
(if known)

☐ Check if this is an
  amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street | From _____ To _____ | Number  Street | From _____ To _____ |
| City     State  ZIP Code | | City      State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street | From _____ To _____ | Number  Street | From _____ To _____ |
| City     State  ZIP Code | | City      State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Exhibit "B"

050

**Part 2:**  **Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$10,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$12,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$25,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$37,882.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$25,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$22,883.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income<br>Family Support | $22,500.00<br>$16,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | Rental Income | $90,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | Rental Income | $78,000.00 | | |

**Exhibit "B"**                    **051**

| Debtor 1 | Jeffrey | S | Beier | | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☐ No. Go to line 7.

   ☐ Yes.     List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**     **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes.     List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
| --- | --- | --- | --- | --- |
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City          State      ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |
| Insider's Name | | | | |
| Number    Street | | | | |
| City          State      ZIP Code | | | | |

**Exhibit "B"**

Debtor 1    __Jeffrey__    __S__    __Beier__                Case number (if known) _____
First Name    Middle Name    Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City        State    ZIP Code | _____ | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title    __In Re: Jeffrey Beier__<br><br>Case number __8:23-bk-10556-TA__ | Chapter 7. This matter was filed on 3/17/2023 and dismissed on 4/7/2023. | _United States Bankruptcy Court_<br>Court Name<br>_411 West Fourth Street_<br>Number    Street<br>_Santa Ana, CA 92701_<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title    __Jeffrey Beier vs. Bank of America__<br><br>Case number __30-2023-01312331-CU-OR-CJC__ | Complaint for injunctive relief/Servicing violations among others. | _California Superior Court Orange County_<br>Court Name<br>_700 Civic Center Drive_<br>Number    Street<br>_Santa Ana, CA 92701_<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**Exhibit "B"**

**053**

Debtor 1    Jeffrey          S              Beier                              Case number *(if known)* _____
          First Name      Middle Name    Last Name

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | _____ | _____ |
| | | | |
| Number    Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City          State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | _____ | _____ |
| | | | |
| Number    Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:  List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**Exhibit "B"**                                                    **054**

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 5

Debtor 1   Jeffrey    S    Beier     Case number *(if known)* _____

First Name     Middle Name     Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

Exhibit "B"

**055**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td>**Part 7:**</td><td>**List Certain Payments or Transfers**</td></tr>
</table>

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Lake Forest Bankruptcy _____ <br> Person Who Was Paid | Cash | | |
| PO Box 515381 _____ <br> Number    Street | | 3/17/2023 _____ | $2,662.00 |
| Los Angeles, CA 90051 _____ <br> City         State    ZIP Code | | | |
| _____ <br> Email or website address <br> Jeff Beier _____ <br> Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ <br> Person Who Was Paid | | | |
| _____ <br> Number    Street | | _____ | _____ |
| _____ <br> City         State    ZIP Code | | _____ | _____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

**Exhibit "B"**

**056**

Debtor 1    **Jeffrey**        **S**        **Beier**                    Case number *(if known)* _____
           First Name      Middle Name      Last Name

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

|  | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
|  | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | | |
| **Number    Street** | | ☐ Savings | | |
| | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| **City        State    ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

---

Official Form 107        **Exhibit "B"**                          **057**
Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 8

Debtor 1    **Jeffrey**          **S**               **Beier**                                Case number *(if known)* _____
            First Name       Middle Name         Last Name

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City          State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City              State     ZIP Code** |  | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City          State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City              State     ZIP Code** |  | ☐ No<br>☐ Yes |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>**Owner's Name**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City          State    ZIP Code** | _____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City              State     ZIP Code** |  | _____ |

**Exhibit "B"**                                                        **058**

| Debtor 1 | Jeffrey | S | Beier | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 10:** **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

**Exhibit "B"**

Debtor 1    **Jeffrey**          **S**                    **Beier**                                    Case number *(if known)* _____
              First Name      Middle Name      Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title _____

                      **Court Name**

_____

                      **Number    Street**

Case number                                                                    ☐ Pending
                                                                               ☐ On appeal
                      **City          State    ZIP Code**                       ☐ Concluded

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

---

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No. None of the above applies. Go to Part 12.

    ☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | Name of accountant or bookkeeper | Dates business existed |
| **City        State    ZIP Code** | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☑ No

    ☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number    Street** | |
| **City        State    ZIP Code** | |

---

**Exhibit "B"**                                                         **060**

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Signature of Jeffrey S Beier, Debtor 1

Date 04/28/2023

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Exhibit "B"                                    061

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

**In re**     Beier, Jeffrey S

Case No. _____

**Debtor**                                                 Chapter _____ 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................. _____ $0.00

Prior to the filing of this statement I have received ............................................................. _____ $0.00

Balance Due ........................................................................................................................... _____ $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Exhibit "B"**                                                                        **062**

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>     04/28/2023     </u> | <u>    /s/ Anerio Ventura Altman, Esq.    </u> |
| *Date* | Anerio Ventura Altman, Esq. |
| | *Signature of Attorney* |

Bar Number: 228445
Lake Forest Bankruptcy
Lake Forest Bankruptcy
P.O. Box 515381
Los Angeles, CA 90051
Phone: (949) 218-2002

<u>       Lake Forest Bankruptcy       </u>
*Name of law firm*

Page 2 of 2

**Exhibit "B"**                                        063

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **S** | **Beier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married.** Fill out both Columns A and B, lines 2-11.

☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0.00 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**Exhibit "B"**    **064**

| Debtor 1 | **Jeffrey** | **S** | **Beier** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**7. Interest, dividends, and royalties** — $0.00 | $0.00

**8. Unemployment compensation** — $0.00 | $0.00

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

For you.................................................................... $0.00

For your spouse.................................................................... $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $0.00 | $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

_____ _____

_____ _____

Total amounts from separate pages, if any. — + _____ | + _____

**11. Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $0.00 | + $0.00 | = $0.00

**Total average monthly income**

**Part 2:** **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.



X _____

Signature of Debtor 1

Date 04/28/2023
MM/ DD/ YYYY

Exhibit "B"

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>Lake Forest Bankruptcy<br>Lake Forest Bankruptcy<br>P.O. Box 515381<br>Los Angeles, CA 90051<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br><br>Jeffrey S Beier | CASE NO.:<br><br>CHAPTER:  Chapter 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __04/28/2023__

_____
Signature of Debtor 1

Date: __04/28/2023__

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __04/28/2023__

_____
Signature of Attorney for Debtor (if applicable)

**Exhibit "B"**                                                                    **066**

**Bank of America, National
Association**
Attn: Bankruptcy Department
PO Box 982238
El Paso, TX 79998

**Sandy Elsberg**

**Gary and Patricia Beier**
Drakes Bay
Laguna Niguel, CA 92677

**Sergei Nasonav**

**National Service Professionals**

**Sandy Elsberg**
10 Tucson
Trabuco Canyon, CA 92679

**Steven Beier**
San Jose

**Exhibit "B"**                                    067

**Bank of America, National
Association**
Attn: Bankruptcy Department
PO Box 982238
El Paso, TX 79998

**Sandy Elsberg**

**Gary and Patricia Beier**
Drakes Bay
Laguna Niguel, CA 92677

**Sergei Nasonav**

**National Service Professionals**

**Sandy Elsberg**
10 Tucson
Trabuco Canyon, CA 92679

**Steven Beier**
San Jose

**Exhibit "B"**                              068

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE UNITED STATES TRUSTEE, 411 WEST FOURTH ST., SUITE 7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document entitled NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b); DECLARATIONS OF MICHAEL HAUSER AND MARILYN SORENSEN IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **May 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey S Beier,
P O Box 7644
Laguna Niguel, CA 92677

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| 5/10/23 | Tari King | s/s Tari King |
| --- | --- | --- |

**1**

PETER C. ANDERSON
United States Trustee
Michael Hauser, SBN 140165
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

IN RE:

Jeffrey S Beier,

              Debtor.

CASE NUMBER:  8:23-10898-TA

CHAPTER 11

NOTICE OF HEARING

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

      NOTICE IS HEREBY GIVEN that the following hearing will be held on
**June 7, 2023, at 10:00 a.m. in Crtm "5B" – ZoomGov**

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR
CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b);
DECLARATIONS OF MICHAEL HAUSER AND MARILYN SORENSEN IN SUPPORT THEREOF

**Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and
video technology. Information on how to participate in the hearing using ZoomGov is provided
below.**

    1.    Hearing participants and members of the public may participate in and/or observe the hearing

      using ZoomGov, free of charge using the following information:

          **Video/audio web address:  https://cacb.zoomgov.com/j/1613937450**
          **ZoomGov meeting number: 161 393 7450**

**Password: 544961**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

   2.     For more information see "Notice of Video and audio connection information for this

hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online

at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from

the tab on the left side of the page.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party
named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See
Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 5/10/23                              KATHLEEN J. CAMPBELL
                                           Clerk of Court