PETER C. ANDERSON
United States Trustee
Michael Hauser, SBN 140165
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Michael.Hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>Jeffrey S Beier,<br><br>          Debtor. | CASE NUMBER:  8:23-10898-TA<br><br>CHAPTER 11<br><br>NOTICE OF HEARING |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the following hearing will be held on
**June 7, 2023, at 10:00 a.m. in Crtm "5B" – ZoomGov**

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b); DECLARATIONS OF MICHAEL HAUSER AND MARILYN SORENSEN IN SUPPORT THEREOF

**Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Information on how to participate in the hearing using ZoomGov is provided below.**

1. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:

    **Video/audio web address:  https://cacb.zoomgov.com/j/1613937450**

    **ZoomGov meeting number: 161 393 7450**

**Password: 544961**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

2. For more information see "Notice of Video and audio connection information for this hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from the tab on the left side of the page.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 5/10/23                    KATHLEEN J. CAMPBELL
                                  Clerk of Court