# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:23-cv-00668-FWS-JDE

Jeffrey S. Beier v. Bank of America N.A. et al  
Assigned to: Judge Fred W. Slaughter  
Referred to: Magistrate Judge John D. Early  
Case in other court:  Orange County Superior Court, 30-02023-01312331-CU-OR-CJC  
Cause: 28:1441 Notice of Removal - Fair Credit Reporting Act

Date Filed: 04/17/2023  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Jeffrey S. Beier**     represented by   **Sanford C Parke**  
Law Offices of Sanford Parke  
1913 East 17th Street Suite 212  
Santa Ana, CA 92705  
714-750-5900  
Fax: 714-948-4468  
Email: ocattorney@pacbell.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of America N.A.**     represented by   **Douglas C Stastny**  
Severson and Werson  
19100 Von Karman Avenue Suite 700  
Irvine, CA 92612  
949-442-7110  
Fax: 949-442-7118  
Email: dcs@severson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**  
Severson and Werson APC  
19100 Von Karman Avenue Suite 700  
Irvine, CA 92612-6578  
949-442-7110  
Fax: 949-442-7118  
Email: joc@severson.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mortgage Electronic Registration Systems, Inc.**     represented by   **Douglas C Stastny**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Exhibit 4

|  |  |  |
|---|---|---|
|  |  | **John Owen Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wells Fargo Bank, N.A.** | represented by | **Douglas C Stastny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Owen Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York Mellon**<br>*Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4*<br>*formerly known as*<br>The Bank of New York | represented by | **Douglas C Stastny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Owen Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York Mellon as Trustee**<br>*on behalf of*<br>Bear Stearns ALT-A Trust 2005-4 | represented by | **Douglas C Stastny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Owen Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wells Fargo Bank N.A. as Trustee**<br>*on behalf of*<br>BSALTA 2005-04 | represented by | **Douglas C Stastny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Owen Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York Mellon**<br>*Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04*<br>*formerly known as*<br>The Bank of New York | represented by | **Douglas C Stastny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Owen Campbell** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clear Recon Corp.**

**Defendant**

**JP Morgan Chase Bank N.A.**  represented by  **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 50*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 04/20/2023 | 10 | ☐ 14.5 MB | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Bank of America N.A., JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee, Wells Fargo Bank, N.A.. Motion set for hearing on 5/25/2023 at 10:00 AM before Judge Fred W. Slaughter. (Attachments: # 1 Request for Judicial Notice; Exhibit 1 - Pooling and Servicing Agreement, # 2 Proposed Order) (Stastny, Douglas) (Entered: 04/20/2023) |
| 04/20/2023 | 9 | ☐ 31.6 KB | PROOF OF SERVICE filed by defendants Bank of America N.A., JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee, Wells Fargo Bank, N.A., re Notice of Removal (Attorney Civil Case Opening),,,,,,,,,,,,, 1 , Certificate/Notice of Interested Parties,,,,,, 3 , Civil Cover Sheet (CV-71),, 2 served on 4/18/2023. (Stastny, Douglas) (Entered: 04/20/2023) |
| 04/20/2023 | 8 | ☐ 43.6 KB | CIVIL STANDING ORDER by Judge Fred W. Slaughter. (mku) (Entered: 04/20/2023) |
| 04/18/2023 | 7 | ☐ 5.6 KB | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 6 | ☐ 7.5 KB | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 5 | ☐ 5.3 KB | NOTICE OF ASSIGNMENT to District Judge Fred W. Slaughter and Magistrate Judge John D. Early. (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 4 | ☐ 5.5 KB | NOTICE RE INTRA-DISTRICT TRANSFER by Clerk of Court due to incorrect intra-district venue selected by the filer. Case is transferred to the Southern Division. Case has been assigned to Judge Fred W. Slaughter for all further |

| | | | |
|---|---|---|---|
| | | | proceedings. Any matters that may be referred to a Magistrate Judge are assigned to John D. Early. New Case Number 8:23-cv-00668 FWS (JDEx). (sh) (Entered: 04/18/2023) |
| 04/17/2023 | | | CONFORMED E-FILED COPY OF SUMMONS AND COMPLAINT against Defendants Bank of America N.A., Clear Recon Corp., Does, JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee., filed by Plaintiff Jeffrey S. Beier. [FILED IN STATE COURT 03/08/2023 SUBMITTED AS ATTACHMENT NO. 1 EXHIBIT TO THE NOTICE OF REMOVAL 1 ] (sh) (Entered: 04/18/2023) |
| 04/17/2023 | 3 | 22.2 KB | NOTICE of Interested Parties filed by Defendants Bank of America, N.A., JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04, The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04, identifying Bank of America, N.A.; BAC North America Holding Company; NB Holdings Corporation; Bank of America Corporation; Berkshire Hathaway Inc.; Mortgage Electronic Registration Systems, Inc.; MERSCORP Holdings, Inc.; ICE Mortgage Services, LLC; Intercontinental Exchange, Inc., Wells Fargo Bank, N.A.; Wells Fargo & Company; The Bank of New York Mellon; The Bank of New York Mellon Corporation; The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04; The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4; The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4; Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04; JP Morgan Chase Bank, N.A.; JPMorgan Chase & Co.; The Vanguard Group, Inc. (Stastny, Douglas) (Entered: 04/17/2023) |
| 04/17/2023 | 2 | 135.7 KB | CIVIL COVER SHEET filed by Defendants Bank of America, N.A., JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04, The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04. (Stastny, Douglas) (Entered: 04/17/2023) |
| 04/17/2023 | 1 | 68.6 MB | NOTICE OF REMOVAL from Orange County Superior Court, case number 30-2023-01312331 Receipt No: ACACDC-35147039 - Fee: $402, filed by defendant The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, JP Morgan Chase Bank, N.A., Bank of America, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04, Wells Fargo Bank, N.A., The Bank of New York Mellon FKA |

The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04. (Attachments: # [1](#) State Court Summons and Complain, # [2](#) Court Set Case Management Conference, # [3](#) Proposed Order on Ex Parte Application filed 3/15/23, # [4](#) Ex Parte Application Filed on 3/15/2023, # [5](#) Declaration for Temporary Restraining Order filed 3/15/23, # [6](#) Declaration re - Ex Parte Notice filed 3/16/23, # [7](#) Minutes Finalized for Chambers Work, # [8](#) Declaration in Support of TRO and Request for OSC filed 3/16/2023, # [9](#) Proposed Order re Ex Parte Application filed 3/16/23, # [10](#) Ex Parte Application for TRO and Request for OSC filed 3/16/23, # [11](#) Declaration re Notice of Ex Parte Application filed 3/16/23, # [12](#) Declaration re Service of Ex Parte Application filed 3/16/23, # [13](#) Proposed Order (Not Signed) Filed by Court, # [14](#) Minute Order on Ex Parte Application, # [15](#) Proposed Order on Ex Parte Application Filed by Court 3/16/23, # [16](#) Declaration iso Motion re Peremptory Challenge to Judge, # [17](#) Minute Order re Peremptory Challenge to Judge, # [18](#) Notice of Stay of Proceedings, # [19](#) Case Management Conference Scheduled) (Attorney Douglas C Stastny added to party Bank of America, N.A.(pty:dft), Attorney Douglas C Stastny added to party JP Morgan Chase Bank, N.A. (pty:dft), Attorney Douglas C Stastny added to party Mortgage Electronic Registration Systems, Inc.(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4(pty:dft), Attorney Douglas C Stastny added to party Wells Fargo Bank, N.A. (pty:dft), Attorney Douglas C Stastny added to party Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04(pty:dft))(Stastny, Douglas) (Entered: 04/17/2023)

[View Selected]
or
[Download Selected]

Total filesize of selected documents (MB): 0
Maximum filesize allowed: 35 MB

| PACER Service Center | |||
|---|---|---|---|
| Transaction Receipt | |||
| 04/21/2023 16:46:44 | |||
| **PACER Login:** | fwinters93 | **Client Code:** | 001395-005231 |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-cv-00668-FWS-JDE End date: 4/21/2023 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

Case Summary:

| | |
|---|---|
| Case Id: | 30-2023-01312331-CU-OR-CJC |
| Case Title: | JEFFREY S BEIER VS. BANK OF AMERICA, N.A. |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 03/08/2023 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 11111644 RECEIVED ON 03/08/2023 02:39:51 PM. | 03/15/2023 | | NV | |
| 2 | COMPLAINT FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 139 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY LEGALCONNECT FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13192518 AND RECEIPT NUMBER 13020644. | 03/15/2023 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER MCCORMICK, MELISSA ON 03/08/2023. | 03/08/2023 | | NV | |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/17/2023 AT 09:00:00 AM IN C13 AT CENTRAL JUSTICE CENTER. | 03/15/2023 | | 2 pages | ☐ |
| 8 | THE CASE MANAGEMENT CONFERENCE CURRENTLY SET ON 08/17/2023 IS ORDERED ADVANCED TO 06/08/2023 AT 09:00 AM IN C13. | 03/15/2023 | | NV | |
| 9 | MINUTES FINALIZED FOR CHAMBERS WORK 03/15/2023 07:45:00 AM. | 03/15/2023 | | 1 pages | ☐ |
| 10 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/15/2023 | | 2 pages | ☐ |
| 11 | PROPOSED ORDER RECEIVED ON 03/15/2023 | 03/15/2023 | | 2 pages | ☐ |
| 12 | E-FILING TRANSACTION 21285463 RECEIVED ON 03/15/2023 01:46:51 PM. | 03/15/2023 | | NV | |
| 13 | EX PARTE APPLICATION - OTHER FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 136 pages | ☐ |
| 14 | DECLARATION FOR TEMPORARY RESTRAINING ORDER FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 128 pages | ☐ |
| 15 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 3 pages | ☐ |
| 16 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13193022 AND RECEIPT NUMBER 13021148. | 03/15/2023 | | 1 pages | ☐ |
| 17 | EX PARTE SCHEDULED FOR 03/16/2023 AT 01:30:00 PM IN C13 AT CENTRAL JUSTICE CENTER. | 03/15/2023 | | NV | |
| 19 | MINUTES FINALIZED FOR CHAMBERS WORK 03/16/2023 09:54:00 AM. | 03/16/2023 | | 1 pages | ☐ |
| 20 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/16/2023 | | 2 pages | ☐ |

Exhibit 4

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 21 | E-FILING TRANSACTION 21286047 RECEIVED ON 03/16/2023 12:18:49 PM. | 03/16/2023 | | NV | |
| 22 | DECLARATION IN SUPPORT FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 128 pages | ☐ |
| 23 | PROPOSED ORDER RECEIVED ON 03/16/2023 | 03/16/2023 | | 2 pages | ☐ |
| 24 | E-FILING TRANSACTION 31283365 RECEIVED ON 03/16/2023 12:18:40 PM. | 03/16/2023 | | NV | |
| 25 | EX PARTE APPLICATION - OTHER FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 136 pages | ☐ |
| 26 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 3 pages | ☐ |
| 27 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13193654 AND RECEIPT NUMBER 13021780. | 03/16/2023 | | 1 pages | ☐ |
| 28 | EX PARTE SCHEDULED FOR 03/17/2023 AT 11:45:00 AM IN N06 AT NORTH JUSTICE CENTER. | 03/16/2023 | | NV | |
| 29 | E-FILING TRANSACTION 31283772 RECEIVED ON 03/16/2023 08:23:48 PM. | 03/17/2023 | | NV | |
| 30 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 2 pages | ☐ |
| 31 | E-FILING TRANSACTION 11114562 RECEIVED ON 03/15/2023 01:47:02 PM. | 03/17/2023 | | NV | |
| 32 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 03/15/2023 | 03/15/2023 | | 2 pages | ☐ |
| 33 | MINUTES FINALIZED FOR EX PARTE 03/17/2023 11:45:00 AM. | 03/17/2023 | | 1 pages | ☐ |
| 34 | E-FILING TRANSACTION 11115148 RECEIVED ON 03/16/2023 01:55:04 PM. | 03/20/2023 | | NV | |
| 35 | PROPOSED ORDER FILED BY THE SUPERIOR COURT OF ORANGE ON 03/16/2023 | 03/16/2023 | | 2 pages | ☐ |
| 36 | E-FILING TRANSACTION NUMBER 21290002 REJECTED. | 03/24/2023 | | 1 pages | ☐ |
| 37 | E-FILING TRANSACTION 31287712 RECEIVED ON 03/24/2023 07:15:51 PM. | 03/27/2023 | | NV | |
| 38 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (HON. MELISSA MCCORMICK) FILED BY BEIER, JEFFREY S ON 03/24/2023 | 03/24/2023 | | 1 pages | ☐ |
| 39 | PEREMPTORY CHALLENGE UNDER C.C.P. 170.6 AS TO THE HONORABLE MELISSA R. MCCORMICK FILED. | 03/27/2023 | | NV | |
| 40 | THIS CASE IS REASSIGNED TO THE HONORABLE KIMBERLY A. KNILL FOR ALL PURPOSES. | 03/27/2023 | | NV | |
| 41 | MINUTES FINALIZED FOR CHAMBERS WORK 03/27/2023 08:10:00 AM. | 03/27/2023 | | 1 pages | ☐ |
| 42 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/27/2023 | | 2 pages | ☐ |
| 43 | E-FILING TRANSACTION 31285582 RECEIVED ON 03/21/2023 04:52:17 PM. | 04/06/2023 | | NV | |
| 44 | NOTICE OF STAY OF PROCEEDINGS - CASE FILED BY BEIER, JEFFREY S ON 03/21/2023 | 03/21/2023 | | 3 pages | ☐ |

Exhibit 4

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 46 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/22/2023 AT 01:30:00 PM IN C17 AT CENTRAL JUSTICE CENTER. | 04/13/2023 | | 2 pages | |
| 47 | E-FILING TRANSACTION 21301364 RECEIVED ON 04/19/2023 09:57:53 AM. | 04/19/2023 | | NV | |
| 48 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S ON 04/19/2023 | 04/19/2023 | | 5 pages | |
| 49 | E-FILING TRANSACTION 31283370 RECEIVED ON 03/16/2023 12:28:44 PM. | 04/19/2023 | | NV | |
| 50 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 3 pages | |
| 51 | E-FILING TRANSACTION 11115147 RECEIVED ON 03/16/2023 01:55:02 PM. | 04/19/2023 | | NV | |
| 52 | DECLARATION - OTHER (RE: SERVICE OF SUMMONS AND COMPLAINT) FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 2 pages | |
| 53 | E-FILING TRANSACTION 11129837 RECEIVED ON 04/18/2023 03:16:56 PM. | 04/20/2023 | | NV | |
| 54 | NOTICE OF REMOVAL TO FEDERAL COURT FILED BY BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON; JP MORGAN CHASE BANK, N.A.; THE BANK OF NEW YORK MELLON ON 04/18/2023 | 04/18/2023 | | 16 pages | |
| 56 | MINUTES FINALIZED FOR 04/19/2023 10:01:00 AM. | 04/20/2023 | | NV | |
| 57 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE. | 04/20/2023 | | NV | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| BANK OF AMERICA, N.A. | DEFENDANT | | 03/15/2023 | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTE | DEFENDANT | | 03/15/2023 | |
| LAW OFFICES OF SANFORD PARKE | ATTORNEY | | 03/15/2023 | |
| WELLS FARGO BANK, N.A. | DEFENDANT | | 03/15/2023 | |
| JP MORGAN CHASE BANK, N.A. | DEFENDANT | | 03/15/2023 | |
| CLEAR RECON CORP. | DEFENDANT | | 03/15/2023 | |
| SEVERSON & WERSON | ATTORNEY | | 04/20/2023 | |
| THE BANK OF NEW YORK MELLON | DEFENDANT | | 03/15/2023 | |
| JEFFREY S BEIER | PLAINTIFF | | 03/15/2023 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

# Exhibit 4