Printed on May 11 2023 5:02 pm

# 8:08-bk-12163 - Jeffrey Scott Beier and Toni Renita Beier

Docket Header Last Updated: 5/11/2023 2:56 pm

CLOSED

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:08-bk-12163-RK

*Date filed:* 04/25/2008
*Assigned to:* Robert N. Kwan
*Date terminated:* 01/13/2009
Chapter 7
*Date discharged:* 08/21/2008
Voluntary
*341 meeting:* 07/16/2008
No asset
*Deadline for objecting to discharge:* 08/04/2008

Claims Register

**Debtor**                                    represented by **R Gibson Pagter, Jr.**
**Jeffrey Scott Beier**                                      Pagter and Miller
27881 La Paz Rd Ste G                                        525 N Cabrillo Pk Dr Ste 104
Laguna Niguel, CA 92677                                      Santa Ana, CA 92701
ORANGE-CA                                                    714-541-6072
SSN / ITIN: xxx-xx-0875                                      Fax : 714-541-6897
                                                             Email: gibson@pagterandmiller.com

5/11/23, 5:02 PM

Case 8:23-bk-10898-TA  Doc 22-5  Filed 05/11/23  Entered 05/11/23 15:00:50    Desc
Exhibit 5    Page 2 of 8

8:08-bk-12163 Jeffrey Scott Beier and Toni Renita Beier (Bankr.C.D.Cal.)

*Joint Debtor*

**Toni Renita Beier**

1202 Avenida Buena Suerte

San Clemente, CA 92672

ORANGE-CA

SSN / ITIN: xxx-xx-3476

*aka* **Toni Cook**

*aka* **Toni Gallucci**

represented by **R Gibson Pagter, Jr.**

(See above for address)

*Trustee*

**John M Wolfe (TR)**

5450 Trabuco Road

Irvine, CA 92620-5704

(800) 436-4646

represented by **John M Wolfe**

5450 Trabuco Road

Irvine, CA 92620-5704

(800) 436-4646

Email: john.wolfe1@earthlink.net

*U.S. Trustee*

**United States Trustee (SA)**

411 W Fourth St., Suite 7160

Santa Ana, CA 92701-4593

(714) 338-3400

---

| | | |
|---|---|---|
| 04/25/2008 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Jeffrey Scott Beier, Toni Renita Beier (Pagter, R). CORRECTION: A case deficient re: Certificate of Credit Counseling (for Joint Debtor Beier, Toni Renita) due **5/12/2008**. Incomplete Filing due **5/12/2008**. Section 316 Incomplete Filing due **6/10/2008**. Modified on 4/28/2008 (Nguyen, Vi). Additional attachment(s) added on 4/28/2008 (Nguyen, Vi). (Entered: 04/25/2008) |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2008 |  | Receipt of Voluntary Petition (Chapter 7)(8:08-bk-12163) [misc,volp7] ( 299.00) Filing Fee. Receipt number 4769651. Fee amount 299.00. (U.S. Treasury) (Entered: 04/25/2008) |
| 04/25/2008 | 2 | Certificate of Credit Counseling Filed by Debtor Jeffrey Scott Beier. (Pagter, R) (Entered: 04/25/2008) |
| 04/25/2008 | 3 | Meeting of Creditors with 341(a) meeting to be held on **06/04/2008 at 02:00 PM** at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by **08/04/2008**. (Pagter, R) (Entered: 04/25/2008) |
| 04/28/2008 | 4 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Nguyen, Vi) (Entered: 04/28/2008) |
| 04/29/2008 | 5 | Certificate of Credit Counseling Filed by Joint Debtor Toni Renita Beier (RE: related document(s)1, Voluntary Petition (Chapter 7)). (Pagter, R) (Entered: 04/29/2008) |
| 04/30/2008 | 6 | BNC Certificate of Service (RE: related document(s)3 , Meeting (Chapter 7)) No. of Notices: 140. Service Date **04/30/2008**. (Admin.) (Entered: 04/30/2008) |
| 04/30/2008 | 7 | BNC Certificate of Service (RE: related document(s)4 , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 5. Service Date **04/30/2008**. (Admin.) (Entered: 04/30/2008) |
| 05/07/2008 | 8 | Notice of Change of Address *for joint debtor only with proof of service* Filed by Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 05/07/2008) |
| 05/12/2008 | 9 | Request for special notice *with Proof of service* Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS). (Domeyer, Mark) (Entered: 05/12/2008) |
| 05/12/2008 | 10 | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 10 TUCSON COTO DE CAZA AREA, CA 92679 . Fee Amount $150, Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (Attachments: 1 Exhibit) (Domeyer, Mark) (Entered: 05/12/2008) |
| 05/12/2008 |  | Receipt of Motion for Relief from Stay - Real Property(8:08-bk-12163-RK) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 4887889. Fee amount 150.00. (U.S. Treasury) (Entered: 05/12/2008) |
| 05/12/2008 |  | Hearing Set (RE: related document(s)10 , Motion for Relief from Stay - Real Property filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) Hearing to be held on **6/10/2008 at 03:30 PM** Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 10, (Kent, Susan) (Entered: 05/16/2008) |
| 05/14/2008 | 11 | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2003 MERCEDES-BENZ S500; VIN WDBNG84J63A342259 . Fee Amount $150, Filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC (Attachments: 1 Exhibit A-C) (Patton, John) (Entered: 05/14/2008) |

5/11/23, 5:02 PM

Case 8:23-bk-10898-TA  8:08-bk-12163 - Jeffrey Scott Beier and Toni Renita Beier (Bankr.C.D.Cal.) Doc 22-5 Filed 05/11/23 Entered 05/11/23 15:00:50 Desc

Exhibit 5    Page 4 of 8

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | | Receipt of Motion for Relief from Stay - Personal Property(8:08-bk-12163-RK) [motion,nmpp] ( 150.00) Filing Fee. Receipt number 4909465. Fee amount 150.00. (U.S. Treasury) (Entered: 05/14/2008) |
| 05/14/2008 | | Hearing Set (RE: related document(s)11 , Motion for Relief from Stay - Personal Property filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC) Hearing to be held on 6/10/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 11, (Mccall, Audrey) (Entered: 05/14/2008) |
| 05/29/2008 | 12 | Request for special notice Filed by Creditor American Express Bank FSB. (Weisman, Gilbert) (Entered: 05/29/2008) |
| 06/07/2008 | 13 | 341 Meeting of Creditors scheduled on 6/4/2008. Meeting continued to 6/25/2008 at 1:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Wolfe, John) (Entered: 06/07/2008) |
| 06/07/2008 | 14 | Continuance of Meeting of Creditors Filed by Trustee John M Wolfe. 341(a) meeting to be held on 6/25/2008 at 01:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Wolfe, John) (Entered: 06/07/2008) |
| 06/10/2008 | | Hearing Continued (RE: related document(s)10 , Motion for Relief from Stay - Real Property filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) Hearing to be held on 6/24/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 10, (cr: stei) (Kent, Susan) (Entered: 06/12/2008) |
| 06/10/2008 | | Hearing Continued (RE: related document(s)11 , Motion for Relief from Stay - Personal Property filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC) Hearing to be held on 7/8/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 11, (cr: stei) (Kent, Susan) (Entered: 06/12/2008) |
| 06/11/2008 | 15 | Notice of Hearing *Continuance of Motion for Relief from the Automatic Stay by DCFS Trust with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier (RE: related document(s)11 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2003 MERCEDES-BENZ S500; VIN WDBNG84J63A342259 . Fee Amount $150, Filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC (Attachments: # 1 Exhibit A-C) (Patton, John)). Hearing to be held on 7/8/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 11, (Pagter, R) (Entered: 06/11/2008) |
| 06/12/2008 | 16 | Notice of Hearing *Continued* Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (RE: related document(s)10 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 10 TUCSON COTO DE CAZA AREA, CA 92679 . Fee Amount $150, Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (Attachments: # 1 Exhibit) (Domeyer, Mark)). Hearing to be held on 6/24/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 10, (Domeyer, Mark) (Entered: 06/12/2008) |
| 06/23/2008 | 17 | Supplemental *Memorandum of Mortgage Electronic Registration Systems, Inc. in support of Motion for Relief from Stay* Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS). (Domeyer, Mark) (Entered: 06/23/2008) |

5/11/23, 5:02 PM

Case 8:23-bk-10898-TA 8:08Dbk-122,63-5JeffreyFiled 05ieLan/23oni REnitered Ba5e/11/23 15:00:50oubt5e Desc
Exhibit 5    Page 5 of 8

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2008 | 18 | Request for special notice *Alex Vu* Filed by Creditor BANKRUPTCY DEPT WELLS FARGO & COMPANY. (Vu, Alex) (Entered: 06/24/2008) |
| 06/24/2008 | | Hearing Continued (RE: related document(s)10 , Motion for Relief from Stay - Real Property filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) Hearing to be held on 7/15/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 - (cr: Stein) (Ngo, Kim) (Entered: 07/03/2008) |
| 06/27/2008 | 19 | Notice of Hearing *Continued* Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (RE: related document(s)10 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 10 TUCSON COTO DE CAZA AREA, CA 92679 . Fee Amount $150, Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (Attachments: # 1 Exhibit) (Domeyer, Mark)). Hearing to be held on 7/15/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 10, (Domeyer, Mark) (Entered: 06/27/2008) |
| 07/01/2008 | 20 | Debtor(s) DID NOT Appear. 341 Meeting of Creditors scheduled on 6/25/2008. Meeting continued to 7/16/2008 at 1:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Wolfe, John) (Entered: 07/01/2008) |
| 07/01/2008 | 21 | Continuance of Meeting of Creditors Filed by Trustee John M Wolfe. 341(a) meeting to be held on 7/16/2008 at 01:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Wolfe, John) (Entered: 07/01/2008) |
| 07/03/2008 | 22 | Opposition to (related document(s): 10 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 10 TUCSON COTO DE CAZA AREA, CA 92679 . Fee Amount $150, filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) *Opposition by Debtors to Motion for Relief from the Automatic Stay by MERS; Declaratioin of R. Gibson Pagter, Jr. with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier (Pagter, R) (Entered: 07/03/2008) |
| 07/03/2008 | 23 | Statement of Intent. *(Amended) with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 07/03/2008) |
| 07/08/2008 | | Hearing Continued (RE: related document(s)10 , Motion for Relief from Stay - Real Property filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) Hearing to be held on 7/15/2008 at 03:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 10, (cr: mcca) (Kent, Susan) (Entered: 07/09/2008) |
| 07/08/2008 | | Hearing Held - Stipulation for adequate protection (cr: mcca) (RE: related document(s)11 , Motion for Relief from Stay - Personal Property filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC) (Kent, Susan) (Entered: 07/09/2008) |
| 07/09/2008 | 24 | Notice *of Continuance of Motion for Relief from the Automatic Stay by MERS* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R)CORRECTION: Incorrect event code used. Correct event code is Notice of Hearing. Modified on 7/10/2008 (Steinberg, Elizabeth). (Entered: 07/09/2008) |
| 07/10/2008 | 25 | Reaffirmation Agreement Between Debtor and DCFS USA LLC successor to DaimlerChrysler Financial Services Americas, LLC. Filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC. (Wang, Jennifer) (Entered: 07/10/2008) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2008 | | Hearing Held (RE: related document(s)10 , Motion for Relief from Stay - Real Property filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS)) - STIPULATION FOR ADEQUATE PROTECTION - (cr:hana) (Bolte, Nickie) (Entered: 07/17/2008) |
| 07/16/2008 | 26 | Meeting of Creditors Held and Concluded on 7/16/2008. Trustee's Report of No Assets: Trustee of this estate reports and declares under penalty of perjury that the section 341a Meeting of Creditors has been held and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. The trustee received no funds or property of the estate and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. Notes: (Wolfe, John) (Entered: 07/16/2008) |
| 07/21/2008 | 27 | Financial Management Course Certificate Filed *with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 07/21/2008) |
| 07/28/2008 | 28 | Amendment to List of Creditors. Fee Amount $26, Verification of creditor matrix *(Amended) with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 07/28/2008) |
| 07/28/2008 | | Receipt of Amended Creditor Matrix (Fee)(8:08-bk-12163-RK) [misc,amdcm] ( 26.00) Filing Fee. Receipt number 5479112. Fee amount 26.00. (U.S. Treasury) (Entered: 07/28/2008) |
| 07/28/2008 | 29 | Schedule F *(Amended) with proof of service (See docket#28 for fees paid)* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 07/28/2008) |
| 08/01/2008 | 30 | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)[2003 Mercedes Benz S500 Vin#WDBNG84J63A342259; with notice of entry attached (Related Doc # 11) Signed on 8/1/2008. (Kent, Susan) (Entered: 08/04/2008) |
| 08/21/2008 | 31 | DISCHARGE OF DEBTOR (BNC) (RE: related document(s)3 , Meeting (Chapter 7)) (Beezer, Cynthia) (Entered: 08/21/2008) |
| 08/23/2008 | 32 | BNC Certificate of Service (RE: related document(s)31 , DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 160. Service Date 08/23/2008. (Admin.) (Entered: 08/23/2008) |
| 09/05/2008 | 33 | Schedule B *(Amended) with proof of service* Filed by Debtor Jeffrey Scott Beier, Joint Debtor Toni Renita Beier. (Pagter, R) (Entered: 09/05/2008) |
| 09/15/2008 | 34 | Motion for Approval of Reaffirmation Agreement with Telesis Community Credit Union Filed by Creditor Telesis Community Credit Union (Goldstein, Jason)[CIAN Judge's insructions: Set for hearing - no atty review - presumption of undue hardship] Modified on 9/18/2008 (Mccall, Audrey). Modified on 9/18/2008 (Mccall, Audrey). (Entered: 09/15/2008) |
| 09/16/2008 | 35 | Withdrawal re: Filed by Creditor Telesis Community Credit Union (RE: related document(s)34 Motion for Approval of Reaffirmation Agreement with Telesis Community Credit Union ). (Goldstein, Jason) (Entered: 09/16/2008) |

5/11/23, 5:02 PM

Case 8:23-bk-10898-TA 8:08-bk-12163-5Jeffreyl&cottDBeie&a/n1d/23oni R EBnetier&d(B&n0k5r/u1pt1c/y2)3 15:00:50 Desc
Exhibit 5    Page 7 of 8

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2008 | 36 | Reaffirmation Agreement Between Debtor and Telesis Community Credit Union Filed by Creditor Telesis Community Credit Union. (Goldstein, Jason)CIAN Judge's instructions: Set for hearing - Debtors appearing pro se on reaffirmation] Modified on 9/25/2008 (Mccall, Audrey). (Entered: 09/16/2008) |
| 10/17/2008 | 39 | Stipulation By Mortgage Electronic Registration Systems, Inc. (MERS) and *Debtors, Jeffrey S. Beier, Toni R. Beier* Filed by Creditor Mortgage Electronic Registration Systems, Inc. (MERS) (Domeyer, Mark) (Entered: 10/17/2008) |
| 10/21/2008 |  | Hearing Set (RE: related document(s)34 , Motion for Reaffirmation filed by Creditor Telesis Community Credit Union) Reaffirmation date set for **11/26/2008 at 03:00 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. (Mccall, Audrey) (Entered: 10/21/2008) |
| 10/21/2008 |  | Hearing Set (RE: related document(s)36 , Reaffirmation Agreement Between Debtor and Telesis Community Credit Union Filed by Creditor Telesis Community Credit Union) Reaffirmation date set for **11/26/2008 at 03:00 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. (Mccall, Audrey) Modified on 10/21/2008 (Mccall, Audrey). (Entered: 10/21/2008) |
| 10/21/2008 | 40 | Notice of Hearing Filed by (RE: related document(s)34 Motion for Approval of Reaffirmation Agreement with Telesis Community Credit Union Filed by Creditor Telesis Community Credit Union. Hearing to be held on **11/26/2008 at 03:00 PM** Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 34, (Mccall, Audrey) (Entered: 10/21/2008) |
| 10/21/2008 | 41 | Notice of Hearing RE: Reaffirmation Agreement 36 . Hearing to be held on **11/26/2008 at 03:00 PM** RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Mccall, Audrey) (Entered: 10/21/2008) |
| 11/17/2008 | 42 | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) [10 Tucson, Coto De Caza, Ca. 92679] (Related Doc # 39) Signed on 11/17/2008 (Kent, Susan) (Entered: 11/17/2008) |
| 11/19/2008 | 43 | BNC Certificate of Service - PDF Document. (RE: related document(s)42 , Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 15. Service Date **11/19/2008**. (Admin.) (Entered: 11/20/2008) |
| 11/26/2008 |  | Hearing Held - Reaffirmation Agareement Approved (cr: mcca) (RE: related document(s)34 , Motion for Reaffirmation filed by Creditor Telesis Community Credit Union) (Kent, Susan) (Entered: 12/08/2008) |
| 12/01/2008 | 44 | Declaration re: *Default under Adequate Protection Order; Request for Entry of Order Granting Relief from Stay* Filed by Creditor DCFS USA, LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC (RE: related document(s)11 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2003 MERCEDES-BENZ S500; VIN WDBNG84J63A342259 . Fee Amount $150,). (Kim, John) (Entered: 12/01/2008) |
| 12/01/2008 | 45 | Order Approving Reaffirmation Agreement Signed on 12/1/2008 (RE: related document(s)36 , Reaffirmation Agreement filed by Creditor Telesis Community Credit Union). (Steinberg, Elizabeth) (Entered: 12/03/2008) |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/11/2008 | 46 | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) [2003 Mercedes Benz S500 Vin#WDBNG84J63A342259] (Related Doc # 11) Signed on 12/11/2008 (Kent, Susan) (Entered: 12/11/2008) |
| 12/13/2008 | 47 | BNC Certificate of Service - PDF Document. (RE: related document(s)46 , Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 16. Service Date 12/13/2008. (Admin.) (Entered: 12/13/2008) |
| 01/13/2009 | 48 | Bankruptcy Case Closed - DISCHARGE (Deramus, Glenda) (Entered: 01/13/2009) |