Printed on May 11 2023 5:03 pm

# 8:09-bk-11124 - Jeffrey Scott Beier

Docket Header Last Updated: 5/11/2023 3:00 pm

**DISMISSED, PRVDISCH, CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:09-bk-11124-TA

*Assigned to:* Theodor Albert
Chapter 13
Voluntary
Asset

Show Associated Cases
Claims Register

*Date filed:* 02/11/2009
*Date terminated:* 01/29/2010
*Debtor dismissed:* 10/01/2009
*341 meeting:* 03/26/2009

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Jeffrey Scott Beier**
27881 La Paz Rd #G321

represented by **Adam B Arnold**
Law Offices of Adam B Arnold
PO Box 19100

Laguna Niguel, CA 92677-3933

ORANGE-CA

SSN / ITIN: xxx-xx-0875

*aka* Jeff Beier

*aka* Jeffrey Beier

San Diego, CA 92159

619-599-3303

Fax : 619-559-8002

Email: ababkfirm@gmail.com

*TERMINATED: 02/20/2009*

### Michael G Doan

Michael G. Doan Attorney at Law

1930 S Coast Hwy Ste-206

Oceanside, CA 92054

760-450-3333

Fax : 760-720-6082

Email: mike@doanlaw.com

### Kristin R Lamar

New Chapter Law Group

5927 Balfour Court, Suite 115

Carlsbad, CA 92008

760-579-0036

Fax : 888-579-8770

Email: nclgign@hotmail.com

*Trustee*

**Amrane (SA) Cohen (TR)**

770 The City Drive South Suite 3700

Orange, CA 92868

714-621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| | | |
|---|---|---|
| 02/11/2009 | 1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Jeffrey Scott Beier (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | 2 | Chapter 13 Plan Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | 3 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | 4 | Certificate of Credit Counseling Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | 5 | Statement of Social Security Number(s) Form B21 Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | 7 | Meeting of Creditors with 341(a) meeting to be held on **03/26/2009 at 11:00 AM** at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on **04/28/2009 at 01:30 PM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by **06/24/2009**. (Arnold, Adam) (Entered: 02/11/2009) |
| 02/11/2009 | | Receipt of Voluntary Petition (Chapter 13)(8:09-bk-11124) [misc,volp13] ( 274.00) Filing Fee. Receipt number 7218483. Fee amount 274.00. (U.S. Treasury) (Entered: 02/11/2009) |
| 02/12/2009 | 6 | Declaration Re: Electronic Filing Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/12/2009) |
| 02/12/2009 | 8 | Declaration RE Tax Returns (Preconfirmation) Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/12/2009) |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/12/2009 | 9 | Declaration RE: Payment of Domestic Support Obligations Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/12/2009) |
| 02/13/2009 | 10 | Substitution of attorney Filed by Debtor Jeffrey Scott Beier. (Arnold, Adam) (Entered: 02/13/2009) |
| 02/14/2009 | 11 | BNC Certificate of Notice (RE: related document(s)7 , Meeting (AutoAssign Chapter 13)) No. of Notices: 26. Service Date 02/14/2009. (Admin.) (Entered: 02/14/2009) |
| 03/04/2009 | 13 | Request for Courtesy Notice of Electronic Filing (NEF) Filed by Edward T Weber on behalf of Courtesy NEF. (Weber, Edward) (Entered: 03/04/2009) |
| 03/16/2009 | 14 | Request for courtesy Notice of Electronic Filing (NEF) Filed by R G Pagter on behalf of Courtesy NEF. (Pagter, R) (Entered: 03/16/2009) |
| 03/17/2009 | 15 | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen, Amrane) (Entered: 03/17/2009) |
| 03/26/2009 | 16 | Adversary case 8:09-ap-01252. Complaint by Plaintiff Jeffrey Scott Beier against Defendants Mortgage Electronic Registration Systems Inc (MERS) , Countrywide Home Loans Inc , Countrywide Home Loans Servicing LP , Wells Fargo Document Custody . Receipt Number o, Fee Amount $250 Nature of Suit: (14 (Recovery of money/property - other)) , (72 (Injunctive relief - other)) (Shimizu, Tina) (Entered: 03/26/2009) |
| 04/06/2009 | 19 | Proof of service Filed by Debtor Jeffrey Scott Beier (RE: related document(s)2 Chapter 13 Plan). (Hanavan, Dorothy) (Entered: 04/15/2009) |
| 04/08/2009 | 17 | Objection to Confirmation of Plan Filed by Creditor Countrywide Home Loans Servicing, LP (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Jeffrey Scott Beier.). (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C)(Weber, Edward) (Entered: 04/08/2009) |
| 04/14/2009 | 18 | Notice of Payment Amount, proof of service Filed by Creditor CZ Master Association. (Katz, Neil) (Entered: 04/14/2009) |
| 04/28/2009 | | Hearing Continued (RE: related document(s)2 Chapter 13 Plan filed by Debtor Jeffrey Scott Beier) Confirmation hearing to be held on 6/23/2009 at 02:00 PM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. (Ngo, Kim) (Entered: 04/29/2009) |
| 05/11/2009 | 20 | Notice of Hearing continuance for plan confirmation Filed by Debtor Jeffrey Scott Beier; The Hearing date is set for 6/23/2009 at 02:00 PM at Crtrm 5B, 411 W Fourth St, Santa Ana CA 92701. The case judge is Theodor Albert (Hanavan, Dorothy) (Entered: 05/18/2009) |
| 05/11/2009 | 21 | Proof of service Filed by Debtor Jeffrey Scott Beier Re # 20, (Hanavan, Dorothy) (Entered: 05/18/2009) |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2009 | 22 | Motion to Dismiss Adversary Proceeding , *Memorandum of Points and Authorities in Support* Filed by Creditor Countrywide Home Loans Servicing, LP (Logan, Jana) CORRECTION: Filed in incorrect case. Attorney needed to file this document in the Adversary case. See Case #8:09-01252-TA. Modified on 6/2/2009 (Bustillos, Denise). (Entered: 06/01/2009) |
| 06/01/2009 | 23 | Notice of motion/application *to Dismiss Adversary Proceeding* Filed by Creditor Countrywide Home Loans Servicing, LP (RE: related document(s)22 Motion to Dismiss Adversary Proceeding , *Memorandum of Points and Authorities in Support* Filed by Creditor Countrywide Home Loans Servicing, LP filed by Creditor Countrywide Home Loans Servicing, LP). (Logan, Jana) CORRECTION: Filed in incorrect case. Attorney needed to file this document in the Adversary case. See case# 8:09-1252-TA. Modified on 6/2/2009 (Bustillos, Denise). (Entered: 06/01/2009) |
| 06/01/2009 | 24 | Notice of motion/application *to Strike Punitive and Exemplary Damages* Filed by Creditor Countrywide Home Loans Servicing, LP. (Logan, Jana) CORRECTION: Filed in incorrect case. Attorney needed to file this document in the Adversary case. See case# 8:09-01252-TA. Modified on 6/2/2009 (Bustillos, Denise). (Entered: 06/01/2009) |
| 06/01/2009 | 25 | Notice to creditors - Notice Rescheduling the Hearing for Confirmation of Plan; The hearing will now be held on **6/24/2009 at 2:00 p.m.** (BNC-PDF) (Ngo, Kim) (Entered: 06/01/2009) |
| 06/01/2009 | 26 | Motion *to Strike Punitive and Exemplary Damages, Memorandum of Points and Authorities in Support* Filed by Creditor Countrywide Home Loans Servicing, LP (Logan, Jana) CORRECTION: Filed in incorrect case. Attorney needed to file this document in the Adversary case. See case# 8:09-01252-TA. Modified on 6/2/2009 (Bustillos, Denise). (Entered: 06/01/2009) |
| 06/01/2009 | 27 | Proof of service Filed by Creditor Countrywide Home Loans Servicing, LP (RE: related document(s)22 Motion to Dismiss Adversary Proceeding , *Memorandum of Points and Authorities in Support*, 23 Notice of motion/application, 24 Notice of motion/application, 26 Motion *to Strike Punitive and Exemplary Damages, Memorandum of Points and Authorities in Support*). (Logan, Jana) (Entered: 06/01/2009) |
| 06/03/2009 | 28 | BNC Certificate of Service - PDF Document. (RE: related document(s)25 Notice to creditors (BNC-PDF)) No. of Notices: 36. Service Date **06/03/2009**. (Admin.) (Entered: 06/03/2009) |
| 06/24/2009 | | Hearing Continued (RE: related document(s)2 Chapter 13 Plan filed by Debtor Jeffrey Scott Beier) Confirmation hearing to be held on **7/28/2009 at 02:00 PM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. (Ngo, Kim) (Entered: 06/24/2009) |
| 06/25/2009 | 29 | Notice of order re continued confirmation hearing from 6/24/09 at 2:00 p.m. to **7/28/09 at 2:00 p.m.** in courtroom 5B; Filed by Michael G Doan Attorney for Debtor Jeffrey Scott Beier (RE: related document(s)2 Chapter 13 Plan ; Filed by Debtor Jeffrey Scott Beier.). (Deramus, Glenda) (Entered: 07/07/2009) |
| 06/29/2009 | 30 | Proof of service Filed by Debtor Jeffrey Scott Beier . (Deramus, Glenda) (Entered: 07/07/2009) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2009 | 31 | Motion to Disallow Claims of Countrywide Home Loans Servicing, L.P. Filed by Debtor Jeffrey Scott Beier (Lamar, Kristin) CORRECT JUDGE INITIALS: TA - Modified on 7/10/2009 (Hanavan, Dorothy) (Entered: 07/10/2009) |
| 07/10/2009 | 32 | Notice of motion/application Filed by Debtor Jeffrey Scott Beier (RE: related document(s)31 Motion to Disallow Claims *of Countrywide Home Loans Servicing, L.P.* Filed by Debtor Jeffrey Scott Beier). (Lamar, Kristin) (Entered: 07/10/2009) |
| 07/10/2009 | 33 | Motion to Disallow Claims of Pagter and Miller Filed by Debtor Jeffrey Scott Beier (Lamar, Kristin) CORRECT JUDGE INITIALS: TA - Modified on 7/13/2009 (Hanavan, Dorothy) (Entered: 07/10/2009) |
| 07/10/2009 | 34 | Notice of motion/application Filed by Debtor Jeffrey Scott Beier (RE: related document(s)33 Motion to Disallow Claims *of Pagter and Miller* Filed by Debtor Jeffrey Scott Beier). (Lamar, Kristin) (Entered: 07/10/2009) |
| 07/10/2009 |  | Hearing Set (RE: related document(s)31 Motion to Disallow Claim Countrywide Home Loans Servicing L P (Cl #1 for $1,653,385.75) filed by Debtor Jeffrey Scott Beier) The Hearing date is set for **8/25/2009 at 02:00 PM** at Crtrm 5B, 411 W Fourth St, Santa Ana, CA 92701. The case judge is Theodor Albert (Hanavan, Dorothy) (Entered: 07/10/2009) |
| 07/10/2009 |  | Hearing Set (RE: related document(s)33 Motion to Disallow Claims filed by Debtor Jeffrey Scott Beier) The Hearing date is set for **8/25/2009 at 02:00 PM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Ngo, Kim) (Entered: 08/19/2009) |
| 07/24/2009 | 35 | Amended Complaint to Quiet Title and Seeking Monetary Damages, Statutory Damages, Punitive Damages, Injunctive Relief, and Declaratory Relief by Kristin R Lamar on behalf of Jeffrey Scott Beier against Countrywide Home Loans Servicing, LP.(Lamar, Kristin) CORRECTION: FILED IN WRONG CASE; Attorney to re-file document in ADV 8:09-ap-01252-TA - Modified on 7/27/2009 (Hanavan, Dorothy) (Entered: 07/24/2009) |
| 07/24/2009 | 36 | Proof of service *of First Amended Complaint* Filed by Debtor Jeffrey Scott Beier (RE: related document(s)35 Amended Complaint). (Lamar, Kristin) (Entered: 07/24/2009) |
| 07/27/2009 | 37 | Notice of intent to pay claims . (Cohen, Amrane) (Entered: 07/27/2009) |
| 07/28/2009 |  | Hearing Continued (RE: related document(s)2 Chapter 13 Plan filed by Debtor Jeffrey Scott Beier) Confirmation hearing to be held on **9/22/2009 at 02:00 PM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. (Ngo, Kim) (Entered: 08/03/2009) |
| 08/11/2009 | 38 | Response to (related document(s): 33 Motion to Disallow Claims *of Pagter and Miller* filed by Debtor Jeffrey Scott Beier) *by Pagter and Miller to Debtor's Objection to its Claim No. 2; Declaration in Support with proof of service* Filed by Creditor Pagter and Miller (Pagter, R) (Entered: 08/11/2009) |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/14/2009 | 39 | Notice of Continued Confirmation Hearing Filed by Debtor Jeffrey Scott Beier . The Hearing date is set for **9/22/2009 at 02:00 PM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Bustillos, Denise) (Entered: 08/19/2009) |
| 08/14/2009 | 40 | Proof of service of Notice of Continued Status Conference Filed by Debtor Jeffrey Scott Beier . (Bustillos, Denise) (Entered: 08/19/2009) |
| 08/21/2009 | 41 | Reply to (related document(s): 38 Response filed by Creditor Pagter and Miller) Filed by Debtor Jeffrey Scott Beier (Lamar, Kristin) CORRECT Related Motion 13 - Modified on 8/21/2009 (Hanavan, Dorothy) (Entered: 08/21/2009) |
| 08/21/2009 | 42 | Declaration re: *Jeffrey Scott Beier in support of reply to response by Pagter and Miller to Debtor's Objection to its Claim No. 2* Filed by Debtor Jeffrey Scott Beier (RE: related document(s)41 Reply). (Lamar, Kristin) CORRECT Related Motion 33 - Modified on 8/21/2009 (Hanavan, Dorothy) (Entered: 08/21/2009) |
| 08/21/2009 | 43 | Proof of service *1. Declaration of Jeffrey Scott Beier in support of reply to response by Pagter and Miller to Debtor's claim, 2. Reply to response by Pagter and Miller to Debtor's objection to its Claim No. 2* Filed by Debtor Jeffrey Scott Beier (RE: related document(s)41 Reply, 42 Declaration). (Lamar, Kristin) CORRECT Related Motion 33 - Modified on 8/21/2009 (Hanavan, Dorothy) (Entered: 08/21/2009) |
| 08/25/2009 |   | Hearing Continued (RE: related document(s)31 Motion to Disallow Claims filed by Debtor Jeffrey Scott Beier) The Hearing date is set for **9/10/2009 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Ngo, Kim) (Entered: 08/27/2009) |
| 08/25/2009 |   | Hearing Held (RE: related document(s)33 Motion to Disallow Claims filed by Debtor Jeffrey Scott Beier) - OBJECTION OVERRULED - (cr: Reid) (Ngo, Kim) (Entered: 08/27/2009) |
| 09/04/2009 | 46 | Order on Objection to Claim No. 2 filed by Pagter and Miller; This Claim is allowed in the amount of $9,202.02 (Related Doc # 33) - Signed on **9/4/2009**. (This Order was officially entered on 9/4/2009 and was docketed in the wrong case: 8:07-12347-TA as Doc. # 207 ) (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Ngo, Kim) (Entered: 09/14/2009) |
| 09/07/2009 | 44 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 09/07/2009) |
| 09/10/2009 | 45 | Hearing Held (Bk Motion) (RE: related document(s) 31 Motion to Disallow Claims) - MOTION DENIED - (cr: Bust) (Ngo, Kim) (Entered: 09/10/2009) |
| 09/22/2009 |   | Hearing Held (RE: related document(s)2 Chapter 13 Plan filed by Debtor Jeffrey Scott Beier) - CASE DISMISSED - (cr: Bust) (Ngo, Kim) (Entered: 09/30/2009) |
| 10/01/2009 | 47 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (Ngo, Kim) (Entered: 10/01/2009) |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2009 | 48 | BNC Certificate of Service (RE: related document(s)47 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 39. Service Date **10/03/2009**. (Admin.) (Entered: 10/03/2009) |
| 11/05/2009 | 49 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen, Amrane) (Entered: 11/05/2009) |
| 12/23/2009 | 50 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by Trustee Amrane Cohen. (Cohen, Amrane) (Entered: 12/23/2009) |
| 12/23/2009 | 51 | Chapter 13 Trustee's Final Report and Account . (Cohen, Amrane) (Entered: 12/23/2009) |
| 12/23/2009 | 52 | Proof of service Filed by Trustee Amrane Cohen (RE: related document(s)51 Chapter 13 Trustee's Final Report and Account (batch)). (Cohen, Amrane) (Entered: 12/23/2009) |
| 12/29/2009 | 53 | ORDER discharging chapter 13 panel trustee and exonerate bond liability. (Bolte, Nickie) (Entered: 01/14/2010) |
| 01/29/2010 | 54 | Bankruptcy Case Closed - DISMISSED (Allen, Gloria) (Entered: 01/29/2010) |