United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10898-TA |
| Jeffrey S Beier | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2023 | Form ID: pdf002 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644 |
| 41521755 | | Gary and Patricia Beier, Drakes Bay, Laguna Niguel, CA 92677 |
| 41521756 | | National Service Professionals, 10001 W Oakland Park Blvd Ste 301, Sunrise, FL 33351-6925 |
| 41521758 | | Sandy Elsberg, 10 Tucson, Trabuco Cyn, CA 92679-5200 |
| 41521757 | + | Sandy Elsberg, 10 Tucson, Trabuco Canyon, CA 92679-5200 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 11 2023 00:29:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 11 2023 00:29:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2023 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | May 11 2023 00:29:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41521754 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 11 2023 00:29:00 | Bank of America, National Association, Attn: Bankruptcy Department, PO Box 982238, El Paso, TX 79998-2238 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41521759 | | Sergei Nasonav |
| 41521760 | | Steven Beier, San Jose |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: pdf002 | Total Noticed: 10 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: May 12, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Jeffrey S Beier LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

PETER C. ANDERSON
United States Trustee
Michael Hauser, SBN 140165
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>Jeffrey S Beier,<br><br>　　　　　Debtor. | CASE NUMBER: 8:23-10898-TA<br><br>CHAPTER 11<br><br>NOTICE OF HEARING |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

　　　NOTICE IS HEREBY GIVEN that the following hearing will be held on **June 7, 2023, at 10:00 a.m. in Crtm "5B" – ZoomGov**

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b); DECLARATIONS OF MICHAEL HAUSER AND MARILYN SORENSEN IN SUPPORT THEREOF

**Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Information on how to participate in the hearing using ZoomGov is provided below.**

　　1.　　Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:

　　　**Video/audio web address: https://cacb.zoomgov.com/j/1613937450**

　　　**ZoomGov meeting number: 161 393 7450**

**Password: 544961**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

2.   For more information see "Notice of Video and audio connection information for this hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from the tab on the left side of the page.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 5/10/23                              KATHLEEN J. CAMPBELL
                                            Clerk of Court