Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR**
**DEBTOR-IN-POSSESSION**
**JEFFREY SCOTT BEIER**

## UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

In Re:   JEFFREY SCOTT BEIER   )   BK. No. 8:23-bk-10898-TA
)
)   **Chapter 11**
)
)   **NOTICE OF STATUS CONFERENCE IN**
)   **CHAPTER 11 PROCEEDING**
)
)   **JUDGE**
)   Hon. Theodor Albert
)
)   **HEARING**
)   Date:  June 7th, 2023
)   Time: 10:00 A.M.
)   Place: 411 West Fourth Street #5B, Santa
)   Ana, CA 92701 (By Zoom.gov)
)
)
)

///

///

- 1 -
NOTICE OF STATUS CONFERENCE

1     DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER ("Debtor") hereby provides

2 notice of the pending Chapter 11 Status Conference to be held on June 7th, 2023 at 10:00A.M. in

3 courtroom 411 West Fourth Street #5B, Santa Ana, CA 92701.

4     Please see the attached order issued by the court.

5 Dated: May 16th, 2023     Signed: /S/ ANERIO V. ALTMAN, ESQ.
    ANERIO V. ALTMAN
6     PROPOSED COUNSEL FOR
    DEBTOR-IN-POSSESSION
7     JEFFREY SCOTT BEIER

- 2 -
NOTICE OF STATUS CONFERENCE

FOR COURT USE ONLY

FILED & ENTERED

MAY 02 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

JEFFREY S BEIER

Debtor(s)

CASE NO.: 8: 23-10898-TA

CHAPTER: 11

**ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**

DATE:      JUNE 07, 2023
TIME:      10:00 A.M.
COURTROOM:  5B VIA ZOOM/GOV
PLACE: U.S. Bankruptcy Court
            Ronald Reagan Federal Building
            411 W. Fourth Street
            Santa Ana, CA 92701

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 105(d), the Court will conduct a status conference in the above case at the place and time set forth above.

**PLEASE TAKE FURTHER NOTICE** that, based upon the Court's records and evidence presented at the status conference, the Court may do one or more of the following at the status conference (or at any continued hearing) without further notice:

1. dismiss the case;
2. convert the case to another chapter;
3. order the appointment of a chapter 11 trustee;
4. establish deadlines for the filing of claims, requests for payment of expenses of administration and/or objections to claims;
5. set deadlines for filing or soliciting acceptances of a proposed plan and disclosure statement by the debtor or any other party in interest;
6. fix the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement;
7. provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan;
8. set a deadline for confirmation of a plan;
9. set deadlines for compliance with reporting and other chapter 11 debtor in possession requirements;
10. set deadlines for the assumption or rejection of executory contracts or unexpired leases; and/or
11. refer matters to mediation.

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

May 2010

**IT IS HEREBY ORDERED** as follows:

1. The debtor in possession Jeffrey S Beier (or the chapter 11 trustee, if one has been appointed), shall serve a copy of this order on the United States Trustee, all secured creditors, the official committee of unsecured creditors and its counsel (or the 20 largest unsecured creditors, if no committee has been appointed) and any parties that have requested special notice in the cases not less than 24 days prior to the date scheduled for the status conference;

2. The debtor in possession (or the chapter 11 trustee, if one has been appointed) shall file with the court and serve on the parties identified in the preceding paragraph not less than 14 days prior to the date scheduled for the status conference a written status report that includes the following information:

    a. a brief description of the debtor's businesses and operations, if any, and the principal assets and liabilities of the estate;
    b. brief answers to these questions:
        1. What precipitated the bankruptcy filing?
        2. What does the debtor hope to accomplish in this chapter 11 case?
        3. What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?
        4. How does the debtor recommend that these disputes be resolved and why?
        5. Has the debtor complied with all of its duties under 11 U.S.C. § § 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?
        6. Do any parties claim an interest in cash collateral of the debtor?
        7. Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?
    c. the identity of all professional retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment;
    d. in operating cases, evidence regarding projected income and expenses for the first six months of the case;
    e. proposed deadlines for the filing of claims and objections to claims;
    f. a proposed deadlines for the filing of a plan and disclosure statement; and
    g. a discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts;
    h. if debtor is an individual, whether debtor proposes to combine the hearing on the disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi).

###

Date: May 2, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE OF STATUS CONFERENCE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Michael J Hauser michael.hauser@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 05/16/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/16/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/16/2023 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:23-bk-10898-TA
Central District of California
Santa Ana
Tue May 16 20:15:08 PDT 2023

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Bank of America, National Association
Attn: Bankruptcy Department
PO Box 982238
El Paso, TX 79998-2238

Gary and Patricia Beier
Drakes Bay
Laguna Niguel, CA 92677

National Service Professionals
10001 W Oakland Park Blvd Ste 301
Sunrise, FL 33351-6925

Sandy Elsberg
10 Tucson
Trabuco Canyon, CA 92679-5200

Sandy Elsberg
10 Tucson
Trabuco Cyn, CA 92679-5200

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Anerio V Altman
Lake Forest Bankruptcy II, APC
P.O. Box 515381
Ste 97627
Los Angeles, CA 90051-6681

Jeffrey S Beier
P O Box 7644
Laguna Niguel, CA 92607-7644


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)THE BANK OF NEW YORK MELLON FKA THE BANK O

(u)Sergei Nasonav


(u)Steven Beier
San Jose

End of Label Matrix
Mailable recipients    9
Bypassed recipients    4
Total                 13