| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br><br>Lake Forest Bankruptcy<br><br>PO Box 515381<br><br>Los Angeles, CA 90051<br><br>Phone and Fax:  (949) 218-2002<br><br>avaesq@lakeforestbkoffice.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* DEBTOR-IN-POSSESSION | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>JEFFREY SCOTT BEIER<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:23-bk-10898-TA<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><u>MOTION TO CONTINUE HEARING</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON MOTION TO CONTINUE HEARING</u>

was lodged on (*date*) <u>5/22/2023</u> and is attached.  This order relates to the motion which is docket number <u>26</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/22/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)5/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Delivery to the court per local rule and court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/22/2023 | ANERIO V. ALTMAN, ESQ. | /S/ ANERIO V. ALTMAN, ESQ. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax:  (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR**
**DEBTOR-IN-POSSESSION**
**JEFFREY SCOTT BEIER**

# UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In Re:   JEFFREY SCOTT BEIER | BK. No.  8:23-bk-10898-TA |
| | **Chapter 11** |
| | **ORDER** |

///

///

///

- 1 -
ORDER

On May 22nd, 2023, DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER and SECURED CREDITOR BANK OF AMERICA, N.A. filed a stipulated request to continue the hearing on the Debtor-In-Possession's Motion to Continue the Stay currently set for May 23rd, 2023. Based upon that motion, and good cause shown,

IT IS ORDERED,

1. The stay is extended to June 27th, 2023; and

2. The hearing scheduled for May 23rd, 2023 at 10:30 A.M. is continued to June 27th, 2023 at 10:30 A.M.

###

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, May 22, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11279893.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Jeffrey S Beier
- **Case Number**: 23-10898
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 26
- **On Date**: 05/22/2023 @ 06:48 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012