Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax:  (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR**
**DEBTOR-IN-POSSESSION**
**JEFFREY SCOTT BEIER**

**FILED & ENTERED**

**MAY 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus  **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURTS**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| | |
|---|---|
| In Re:  JEFFREY SCOTT BEIER | BK. No.  8:23-bk-10898-TA |
| | **Chapter 11** |
| | **ORDER APPROVING STIPULATION REGARDING THE REQEUST TO CONTINUE THE HEARING ON DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER'S MOTION TO CONTINUE THE AUTOMATIC STAY** |

///

///

///

- 1
ORDER

On May 22nd, 2023, DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER and SECURED CREDITOR BANK OF AMERICA, N.A. filed a stipulated request to continue the hearing on the Debtor-In-Possession's Motion to Continue the Stay currently set for May 23rd, 2023.  Based upon that motion, and good cause shown,

IT IS ORDERED,

1. The stay is extended to June 27th, 2023; and

2. The hearing scheduled for May 23rd, 2023 at 10:30 A.M. is continued to June 27th, 2023 at 10:30 A.M.

### 

Date: May 22, 2023

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

- 2
ORDER