| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy<br>PO Box 515381<br>Los Angeles, CA 90051<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>*Attorney for:* JEFFREY SCOTT BEIER | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JEFFREY SCOTT BEIER<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10898-TA<br>CHAPTER: 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br>(File with Application for Employment)<br><br>[No Hearing Required] |
|---|---|

1. Name, address and telephone number of the professional (Professional) submitting this Statement:
   ANERIO V. ALTMAN, ESQ. of LAKE FOREST BANKRUPTCY II, APC

2. The services to be rendered by the Professional in this case are *(specify)*:
   Representation of the Debtor-In-Possession as General Insolvency Counsel.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   Payment to be rendered after approval of fees by the Bankruptcy Court at a rate of $400 an hour.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    F 2014-1.STMT.DISINTEREST.PROF

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
   The Firm did not receive a retainer from the Debtor.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
   The Firm reviewed the Debtor's name and the names fo the Debtor's creditors and matched it against the Firm's database of names. There were no apparent conflicts or prior relationships.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
   There are no prior connections.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
    Anerio V. Altman, Esq. #228445
    Lake Forest Bankruptcy II, APC
    PO Box 515381
    Los Angeles, CA 90051
    Phone and Fax: (949) 218-2002
    avaesq@lakeforestbkoffice.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 2014-1.STMT.DISINTEREST.PROF

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

12. Total number of attached pages of supporting documentation: _____

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

5/24/2023        Anerio V. Altman, Esq.
Date                  Printed Name                                          Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3                                    F 2014-1.STMT.DISINTEREST.PROF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled: **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/24/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Michael J Hauser    michael.hauser@usdoj.gov
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/24/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/24/23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/24/23 | ANERIO V. ALTMAN, ESQ. | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 4    F 2014-1.STMT.DISINTEREST.PROF

```
Label Matrix for local noticing          Santa Ana Division                         Bank of America, National Association
0973-8                                   411 West Fourth Street, Suite 2030,        Attn: Bankruptcy Department
Case 8:23-bk-10898-TA                    Santa Ana, CA 92701-4500                   PO Box 982238
Central District of California                                                      El Paso, TX 79998-2238
Santa Ana
Wed May 24 15:39:28 PDT 2023

Gary and Patricia Beier                  National Service Professionals             Sandy Elsberg
 Lakes Bay                               10001 W Oakland Park Blvd Ste 301          10 Tucson
Laguna Niguel, CA 92677                  Sunrise, FL 33351-6925                     Trabuco Canyon, CA 92679-5200


Sandy Elsberg                            United States Trustee (SA)                 Anerio V Altman
 Tucson                                  411 W Fourth St., Suite 7160               Lake Forest Bankruptcy II, APC
Trabuco Cyn, CA 92679-5200               Santa Ana, CA 92701-4500                   P.O. Box 515381
                                                                                    Ste 97627
                                                                                    Los Angeles, CA 90051-6681

Jeffrey S Beier
PO Box 7644
Laguna Niguel, CA 92607-7644
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
)Courtesy NEF                            (u)THE BANK OF NEW YORK MELLON FKA THE BANK O    (u)Sergei Nasonav


)Steven Beier                            End of Label Matrix
 Jose                                    Mailable recipients    9
                                         Bypassed recipients    4
                                         Total                 13
```