United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10898-TA |
| Jeffrey S Beier | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

**Recip ID        Recipient Name and Address**
db          +  Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:**

**Name                     Email Address**

Anerio V Altman
       on behalf of Debtor Jeffrey S Beier LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com

Greg P Campbell
       on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Greg P Campbell
       on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Michael J Hauser
       on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

United States Trustee (SA)
       ustpregion16.sa.ecf@usdoj.gov

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: May 23, 2023     Form ID: pdf042     Total Noticed: 1
TOTAL: 5

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR**
**DEBTOR-IN-POSSESSION**
**JEFFREY SCOTT BEIER**

**FILED & ENTERED**

MAY 22 2023

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURTS**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

In Re:   JEFFREY SCOTT BEIER    ) BK. No.  8:23-bk-10898-TA
                                )
                                ) **Chapter 11**
                                )
                                ) **ORDER APPROVING STIPULATION**
                                ) **REGARDING THE REQEUST TO**
                                ) **CONTINUE THE HEARING ON**
                                ) **DEBTOR-IN-POSSESSION JEFFREY**
                                ) **SCOTT BEIER'S MOTION TO**
                                ) **CONTINUE THE AUTOMATIC STAY**
                                )
                                )
                                )
                                )
                                )
                                )
                                )
                                )

///

///

///

- 1 -
ORDER

On May 22nd, 2023, DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER and SECURED CREDITOR BANK OF AMERICA, N.A. filed a stipulated request to continue the hearing on the Debtor-In-Possession's Motion to Continue the Stay currently set for May 23rd, 2023. Based upon that motion, and good cause shown,

IT IS ORDERED,

1. The stay is extended to June 27th, 2023; and

2. The hearing scheduled for May 23rd, 2023 at 10:30 A.M. is continued to June 27th, 2023 at 10:30 A.M.

###

Date: May 22, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

- 2 -
ORDER