Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax:  (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR
DEBTOR-IN-POSSESSION
JEFFREY SCOTT BEIER**

# UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In Re:  JEFFREY SCOTT BEIER | BK. No.  8:23-bk-10898-TA |
| | **Chapter 11** |
| | **OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS; DECLARATION OF JEFFREY SCOTT BEIER; DECLARATION OF VALENTINA BEIER** |
| | <u>**JUDGE**</u><br>Hon. Theodor Albert |
| | <u>**HEARING**</u><br>Date:  June 7th, 2023<br>Time:  10:00 A.M.<br>Place:  411 West Fourth Street #5B, Santa Ana, CA 92701 (By Zoom.gov) |

///

///

- 1 -
OPPOSITION

1    DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER ("Debtor") and brings this

2    Opposition to the United States Trustee's Motion to Dismiss or Convert filed as Docket #18.

3    The United States Trustee has filed a Motion to Dismiss based upon the Debtor's failure to

4    complete certain initial tasks at the beginning of this matter.  The Debtor agrees that this case has

5    endured a slow start.  Nevertheless, issues complained of by the United States Trustee have been

6    addressed and the Debtor is prosecuting his case.

7    **I.    THE DEBTOR HAS SUBMITTED HIS 7 DAY PACKAGE**

8    The United States Trustee has requested dismissal or conversion because the Debtor had

9    not timely submitted his 7 day package.  This issue was cured on May 12th, 2023 with additional

10    documents being submitted as they are completed or updated.  Exhibit A.

11    **II.    THE DEBTOR HAS OPENED UP HIS DEBTOR-IN-POSSESSION**

12    **ACCOUNT**

13    The United States Trustee has requested dismissal or conversion because the Debtor had

14    not opened up a Debtor-In-Possession Account.  As the Debtor is located outside the United States,

15    this required a little more effort than normal for this process, but an account was opened and proof

16    was sent to the United States Trustee on May 16th, 2023.  Exhibit B.

17    **III.    THE DEBTOR HAS CLOSED HIS PRE-PETITION BANK ACCOUNT AT**

18    **SCHOOL'S FIRST FEDERAL CREDIT UNION**

19    The Debtor has closed his pre-petition bank account at School's First Federal Credit Union.

20    The documentation submitted with his first monthly operating report on May 21st, 2023

21    demonstrates the closure of that account.  Exhibit C.

22    In full disclosure, the Debtor provides that he Debtor's wife's pre-petition bank account

23    remains open.  As a Russian citizen, she must maintain a Russian bank account for interactions

24

- 2 -
OPPOSITION

1    with the Russian government. <u>See the Declaration of Valentina Beier attached.</u> This account is

2    not in the Debtor's name, and he has no access to this account and has no funds in this account.

3    <u>Id.</u> Russia is not a community property state so she has no interest in his funds or assets of the

4    estate. Any further income he receives will deposited into the DIP account.

5          Any pre-petition account in the Debtor's name has been closed.

6          **IV.    INSURANCE ON THE DEBTOR'S RESIDENCE**

7          The United States Trustee has requested dismissal or conversion because the Debtor has

8    not demonstrated an insurance policy that protects his real property in the United States. The

9    Debtor has applied for insurance upon his residence and is waiting to receive the paperwork from

10   his carrier. <u>See the Declaration of Jeffrey Scott Beier.</u>

11         **V.    FURTHER PROGRESS IN THE CASE**

12         The Debtor has been diligently advancing this case in anticipation of proposing a plan of

13   reorganization.

14               A. APPRAISALS OF THE PROPERTY LOCATED AT 10 TUCSON,

15                    TRABUCO CANYON, CA 92679 ("10 Tucson")

16         The Debtor has been working amicably with Bank of America to acquire appraisals, one

17   by the Debtor and one by secured creditor Bank of America to demonstrate the value of the 10

18   Tucson property, which is the major asset in this case. The Debtor's appraiser has evaluated the

19   property and is preparing the report. The Creditor's appraiser is scheduling an inspection time of

20   the property through Debtor's Counsel's office and with the Debtor. Counsel for the Debtor and

21   Bank of America have informally agreed that the outcomes of these appraisals will bear greatly on

22   the direction of this case and as a result have stipulated to continue the Debtor's Motion to

23   Continue the Automatic Stay until June 27th, 2023.

24

- 3 -
OPPOSITION

### B.  INTERVIEWING POTENTIAL RENTERS OF 10 TUCSON

The Debtor has been interviewing potential renters of 10 Tucson.  See Declaration *supra.* Potential renters are offering between $11,000 a month paid with a $100,000 advance and $12,500 a month for the Debtor's property.  Id. Other renters are also offering higher amounts.  Id.  The Debtor is being very careful about who they intend to utilize as a potential renter for the property although he is moving expeditiously to communicate with interested parties.

### C.  INTERVIEWING POTENTIAL COUNSEL

The Debtor has two litigation cases and is interviewing counsel to determine who would be interested in representing the estate during the pendency of the Chapter 11.  Counsel who are interested are concerned about whether they could be compensated by the liquidation of the property and so are waiting for the results of the appraisal.  The Debtor did not take a homestead exemption in the property, so to the extent there is value in the residence, the appraisal may be determinative of whether they will agree to represent the estate.

### D.  THE DEBTOR HAS FILED HIS APPLICATION TO EMPLOY COUNSEL

The Debtor has filed his application to employ counsel on behalf of the estate.  That motion was filed May 24th, 2023.

### E.  THE DEBTOR HAS FILED HIS MONTHLY OPERATING REPORT

The Debtor is current with his monthly operating reports.  Only one has come due and it has been filed.

### F.  THE DEBTOR HAS NOT FAILED TO APPEAR FOR ANY HEARINGS

The Debtor has not failed to appear for any hearings.  No hearings have been held as of the time of this writing.

- 4 -
OPPOSITION

1    G. NOTICE OF THE STATUS CONFERENCE WAS PROVIDED TO THE

2    CREDITORS OF THE ESTATE

3    The Debtor provided notice of the pending initial status conference to the creditors of the

4    estate.

5    **VI.    "UNUSUAL CIRCUMSTANCES" EXIST**

6    The Debtor asserts that even if the court finds "cause" to dismiss the case, "Unusual

7    circumstances" exists that speaks against the conversion or dismissal of the matter. In re Sanders,

8    2013 WL 1490971, at *7 (9th Cir. BAP Apr. 11, 2013) (citing In re Orbit Petroleum, Inc., 395

9    B.R. 145, 148 (Bankr.D.N.M 2008)).

10    As a first circumstance, the court should consider that this case is not even a month old.

11    The Debtor's prosecution of this matter has not been lax with an exception to a tardy 7 day

12    package. The Debtor has filed motions to continue the stay and employ counsel. The Debtor has

13    engaged an appraiser to produce evidence as to the value of the major collateral of the estate. The

14    Debtor has been involved in attempting to lease the property to generate income. This has been a

15    busy month.

16    As a second circumstance, the court should keep in mind that the Debtor resides in Russia.

17    While many activities may be conducted remotely, activities such as opening a DIP account is not

18    one of them. Further, the Debtor living in a time zone ten hours ahead of counsel and other parties

19    he needs to contact interferes with the prosecution of a case more than one would think.

20    Nevertheless, work is still transpiring.

21    As a third circumstance, no party, not even the Debtor, has acquired a dependable value of

22    10 Tucson and all parties would benefit from the appraiser's report. As a consequence, this court

23    cannot determine whether or not conversion or dismissal is in the best interest of the creditors. If

24

1   there is equity, and if the Debtor is not performing, there are unsecured creditors of the estate who

2   might benefit from the liquidation of the estate.   Both Bank of America and the Debtor are

3   acquiring an appraisal of the property in this case and can provide the same to the court.  Then, if

4   necessary, if the Debtor is still alleged to be in non-compliance, the court can revisit this issue.

5   **VII.   PRAYER**

6       Debtor requests that the court neither convert nor dismiss his case.

7

8   Dated: 5/24/2023                    Signed: _____

9                                       ANERIO V. ALTMAN
                                    PROPOSED COUNSEL FOR

10                                      DEBTOR-IN-POSSESSION
                                    JEFFREY SCOTT BEIER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

### DECLARATION OF JEFFREY SCOTT BEIER

I, JEFFREY SCOTT BEIER, declare as follows:

1. I am over the age of 18 years and am legally able and competent to testify to the following in a court of law if required to do so.

2. I have been in talks with several individuals who are interested in renting my property located at 10 Tucson, Trabuco Canyon, CA 92679.

3. I have received an offer of $100,000 prepayment of rent at a monthly rate of $12,500 per month.

4. I have also received offers between $12,000 and $13,500 a month. I am evaluating the possible tenants now.

5. I have initiated the process of acquiring insurance for my real property. I have not received the paperwork yet.

6. I have closed my pre-petition bank accounts. I have opened up a DIP account at Wells Fargo. As I could not personally be there to open the account, I had to open this through a third party.

7. I make these declarations under penalty of perjury of the laws of the United States and know that they are true.

Dated: May 24, 2023                Signed: _____

JEFFREY SCOTT BEIER

- 7 -
OPPOSITION

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR**
**DEBTOR-IN-POSSESSION**
**JEFFREY SCOTT BEIER**

**UNITED STATES BANKRUPTCY COURTS**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| | |
|---|---|
| In Re:   JEFFREY SCOTT BEIER | BK. No.  8:23-bk-10898-TA |
| | **Chapter 11** |
| | **DECLARATION OF VALENTINA BEIER** |
| | **JUDGE** |
| | Hon. Theodor Albert |

///

///

- 1 -
DECLARATION

I, VALENTINA BEIER, declare as follows:

1. I am over the age of 18 and I am legally able and competent to testify to the following in a court of law if required to do so.

2. I am married to Debtor-In-Possession Jeffrey Scott Beier. We have been married since February 2nd, 2021 under Russian Law.

3. I lived in the United States for several years and read and speak English fluently.

4. I am a Russian citizen.

5. As a Russian citizen I am required by law to maintain a bank account at a Russian financial institution.

6. The purpose of this account is to allow the government to deduct fines and penalties it assesses as against my funds in that account.

7. I have an account at the SBER (pronounced "SPARE") bank, which is a Russian financial institution.

8. I cannot close this bank account without opening another bank account at another Russian financial institution.

9. My husband's name is not on this bank account.

10. He does not have access to the account.

11. I will not allow him to deposit any funds he earns into this account during the Chapter 11 proceeding.

12. I make these declarations under penalty of perjury of the laws of the United States and know that they are true.

Dated:___May 24, 2023_____                    Signed:_____
_____
                                                 VALENTINA BEIER

- 2
DECLARATION

DECLARATION

EXHIBIT A

 Gmail

Anerio Altman <avaesq@lakeforestbkoffice.com>

---

## CH 11 COMPLIANCE: 8:23-bk-10898-TA; IN RE JEFF BEIER; 7 DAY PACKAGE

---

**Anerio V. Altman, Esq. #228445** <avaesq@lakeforestbkoffice.com>                    Fri, May 12, 2023 at 9:03 AM
To: USTP.REGION16.CH11@usdoj.gov


--
"Live Debt Free Again"
Anerio V. Altman, Esq. #228445
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax:  (949) 218-2002
www.lakeforestbankruptcy.com

This communication is for the intended recipient only. This communication may contain information that is privileged, confidential and exempt from disclosure under applicable law and constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510. If you are not the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited and may subject you to criminal or civil penalty. If you have received this communication in error, please notify us immediately by email, delete the message, and destroy any copies.

---

📄 **2023MAY12 BEIER 7 DAY PACKAGE.pdf**
19226K

EXHIBIT B

 Gmail

Anerio Altman <avaesq@lakeforestbkoffice.com>

---

## CH 11 COMPLIANCE: 8:23-bk-10898-TA; IN RE JEFF BEIER; DIP Paperwork

---

**Anerio V. Altman, Esq. #228445** <avaesq@lakeforestbkoffice.com>          Tue, May 16, 2023 at 11:12 AM
To: USTP.REGION16.CH11@usdoj.gov

Please find the paperwork for the newly opened DIP account.

--
"Live Debt Free Again"
Anerio V. Altman, Esq. #228445
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax:  (949) 218-2002
www.lakeforestbankruptcy.com

This communication is for the intended recipient only. This communication may contain information that is privileged, confidential and exempt from disclosure under applicable law and constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510. If you are not the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited and may subject you to criminal or civil penalty. If you have received this communication in error, please notify us immediately by email, delete the message, and destroy any copies.

---

📄 **2023MAY16 BEIER DIP.pdf**
    3128K

EXHIBIT C

# UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF  CALIFORNIA

SANTA ANA DIVISION

In Re. JEFFREY SCOTT BEIER    §    Case No.  23-10898
§
§
§
_____    §
Debtor(s)

☐ Jointly Administered

## Monthly Operating Report                                Chapter 11

Reporting Period Ended: 04/30/2023                Petition Date: 04/28/2023

Months Pending: 0                    Industry Classification: ☐ 0 ☐ 0 ☐ 0 ☐ 0

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):        0


**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer


JEFFREY SCOTT BEIER                     JEFFREY SCOTT BEIER
Signature of Responsible Party              Printed Name of Responsible Party
05/21/2023
Date
                                10 Tucson, Trabuco Canyon, CA 92679
                                Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name JEFFREY SCOTT BEIER

Case No. 23-10898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ○  Market ○  Other ●  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name JEFFREY SCOTT BEIER                                                 Case No.  23-10898

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Lake Forest Bankrupcty II, APC | Lead Counsel | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name JEFFREY SCOTT BEIER

Case No.  23-10898

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  JEFFREY SCOTT BEIER                                         Case No.  23-10898

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  JEFFREY SCOTT BEIER                                    Case No.  23-10898

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name JEFFREY SCOTT BEIER                    Case No.  23-10898

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xe | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  JEFFREY SCOTT BEIER                                    Case No.  23-10898

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ◉ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ◉ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ◉ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ | |

Debtor's Name JEFFREY SCOTT BEIER                                          Case No. 23-10898

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◉ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◉ No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/ JEFFREY SCOTT BEIER                              JEFFREY SCOTT BEIER

Signature of Responsible Party                       Printed Name of Responsible Party

Debtor-In-Possession                                 05/21/2023

Title                                                Date

Debtor's Name JEFFREY SCOTT BEIER                          Case No.  23-10898



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name JEFFREY SCOTT BEIER                              Case No.  23-10898



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Case 8:23-bk-10898-TA    Doc 34    Filed 05/24/23    Entered 05/24/23 22:00:11    Desc
Main Document    Page 28 of 30

Debtor's Name JEFFREY SCOTT BEIER                                        Case No. 23-10898



PageThree



PageFour

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

MONTHLY OPERATING REPORT #1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___05/22/2023___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Michael J Hauser michael.hauser@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

## 2. **SERVED BY UNITED STATES MAIL:**
On (*date*) ___05/22/2023___ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

No US Mail Service

☐ Service information continued on attached page

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___05/22/2023___ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/22/2023 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

Opposition to the United States Trustee's Motion to Dismiss

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

### 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders

and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___05/24/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Michael J Hauser michael.hauser@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

### 2. **SERVED BY UNITED STATES MAIL:**

On (*date*) ___05/24/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

### 3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method

<u>for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___05/24/2023___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/24/2023 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.