PETER C. ANDERSON
United States Trustee
Michael Hauser (SBN 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Michael.Hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Jeffrey S. Beier,

Debtor

CASE NUMBER: 8:23-bk-10898-TA

CHAPTER 11

STIPULATION REGARDING MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b)

DATE:   June 7, 2023
TIME:   10:00 A.M.
CTRM:   5B

**TO THE HONORABLE THEODOR ALBERT, CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND PARTIES IN INTEREST:**

It is stipulated, by and between Debtor's counsel, Anerio V. Altman, Esq., and the United States Trustee for Region 16 (U.S. Trustee) through his counsel, Michael Hauser, as to the following facts:

1

1. This case was commenced by the filing of a voluntary chapter 11 petition for relief on April 28, 2023.

2. On May 10, 2023, the U.S. Trustee filed a *Motion by United States Trustee to Dismiss Case or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C.§ 1112(b)* (the "Motion") [see dkt. # 18].

3. On May 24, 2023, Debtor filed an opposition to the Motion [see dkt. # 34].

4. On May 31, 2023, the U.S. Trustee filed a Reply to the opposition to the Motion [see dkt. # 35].

**IT IS FURTHER STIPULATED AND AGREED TO AS FOLLOWS:**

Based on the foregoing, the parties have agreed, subject to Court approval, that the court approve this Stipulation and enter an order directing the U.S. Trustee to appoint a Chapter 11 trustee in this case.

DEBTOR'S COUNSEL

Dated: 6/2/2023

By: Anerio V. Altman, Esq.
Attorney for the Debtor


U.S. TRUSTEE

Dated: June 2, 2023

/s/ Michael Hauser
Michael Hauser
Attorney for the U.S. Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE UNITED STATES TRUSTEE, 411 WEST FOURTH ST., SUITE 7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document entitled **STIPULATION REGARDING MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 2, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On **June 2, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey S Beier
P O Box 7644
Laguna Niguel, CA 92677

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 2, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who1consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 6/2/23                    Tari King                    *s/s Tari King*