Peter C. Anderson
United States Trustee
Michael Hauser, SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

**FILED & ENTERED**

JUN 02 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus  **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Jeffrey S. Beier,

Debtor.

CASE NUMBER:  8:23-bk-10898-TA

CHAPTER 11

**ORDER APPROVING STIPULATION REGARDING MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

Date:  June 7, 2023
Time:  10:00 a.m.
Crtrm:  5B

The Court having read and considered the *Stipulation Regarding Motion by United States Trustee to Dismiss Case or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C.§ 1112(b)* filed on June 2, 2023 at Docket # 36 ("Stipulation") and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The U.S. Trustee is directed to appoint a Chapter 11 Trustee in this case.

###

Date: June 2, 2023

Theodor C. Albert
United States Bankruptcy Judge