PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Kenneth.M.Misken@usdoj.gov

**FILED & ENTERED**

**JUN 08 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| In re:<br><br>Jeffrey S. Beier,<br><br>Debtor. | CASE NUMBER: 8:23-bk-10898-TA<br><br>CHAPTER 11<br><br>**ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>DATE:  NO HEARING REQUIRED<br>TIME:<br>CTRM: |
|---|---|

Upon consideration of the Application for the Appointment of a Chapter 11 Trustee (see Application filed on June 7, 2023 as docket item # 42 filed by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case.

###

Date: June 8, 2023

Theodor C. Albert
United States Bankruptcy Judge