| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio Altman, Esq. #228445<br>Lake Forest Bankruptcy<br>PO Box 515381<br>Los Angeles, CA 90051<br>Phone and Fax:  (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for:  DEBTOR | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JEFFREY SCOTT BEIER<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10898-TA<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>MOTION TO EMPLOY LAKE FOREST BANKRUPTCY II, APC<br><br><br><br>*(Specify name of Motion)*<br><br>DATE: 06/28/2023<br>TIME: 10:00 am<br>COURTROOM: 5B<br>PLACE: 411 West Fourth Street #5B, Santa Ana, CA 92701 |
|---|---|

1. TO (*specify name*):  ALL PARTIES ON THE ATTACHED LIST

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012 | Page 1 | F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 6/11/2023

LAKE FOREST BANKRUPTCY
Printed name of law firm

_____
Signature

ANERIO V. ALTMAN, ESQ.
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 9013-1.1.HEARING.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) MOTION TO EMPLOY LAKE FOREST BANKRUPTCY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/11/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 05/11/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/11/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2023 | ANERIO V. ALTMAN, ESQ. | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 9013-1.1.HEARING.NOTICE**

CM/ECF SERVICE

- **Anerio V Altman**  LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Arturo Cisneros**  arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

```
Label Matrix for local noticing        Santa Ana Division                      Bank of America, National Association
0973-8                                  411 West Fourth Street, Suite 2030,    Attn: Bankruptcy Department
Case 8:23-bk-10898-TA                   Santa Ana, CA 92701-4500               PO Box 982238
Central District of California                                                 El Paso, TX 79998-2238
Santa Ana
Sun Jun 11 14:38:42 PDT 2023

Jerry and Patricia Beier               INTERNAL REVENUE SERVICE                National Service Professionals
Lakes Bay                              P.O. BOX 7346                           10001 W Oakland Park Blvd Ste 301
Laguna Niguel, CA 92677                PHILADELPHIA, PA 19101-7346             Sunrise, FL 33351-6925


Sandy Elsberg                          Sandy Elsberg                           United States Trustee (SA)
 Tucson                                10 Tucson                               411 W Fourth St., Suite 7160
Trabuco Canyon, CA 92679-5200          Trabuco Cyn, CA 92679-5200              Santa Ana, CA 92701-4500


Nerio V Altman                         (p)ARTURO CISNEROS   TR                 Jeffrey S Beier
Lake Forest Bankruptcy II, APC         3403 TENTH STREET SUITE 714             P O Box 7644
P.O. Box 515381                        RIVERSIDE CA 92501-3641                 Laguna Niguel, CA 92607-7644
  97627
Los Angeles, CA 90051-6681
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Courtesy NEF                        (u)THE BANK OF NEW YORK MELLON FKA THE BANK O    (u)Sergei Nasonav



(d)Steven Beier                        End of Label Matrix
 San Jose                              Mailable recipients    11
                                       Bypassed recipients     4
                                       Total                  15
```

On May 24th, 2023 then Debtor-In-Possession Jeffrey Scott Beier filed a Motion to Employ Lake Forest Bankruptcy II, APC as general insolvency counsel.  This document was filed as Docket #31 in this matter.  That document was filed pursuant to L.R.B.P. 9013-1(o).  That motion was served upon all listed creditors of the case.

On June 5th, 2023, the United States Trustee filed an objection to that motion and requested that it be set for a hearing.

This motion will now be heard on June 28th, 2023 at 11:00 A.M. in courtroom 5B, 411 West Fourth Street, Santa Ana, CA 92701.

A supplemental notice of remote hearing instructions for any interested party will accompany this document.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Anerio V. Altman, Esq. #22845<br>Lake Forest Bankruptcy<br>PO Box 515381<br>Los Angeles, CA 90051<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☒ Attorney for Movant<br>☐ Movant appearing without an attorney | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br>JEFFREY SCOTT BEIER<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10898-TA<br>CHAPTER: 11<br>ADV. NO. |
|---|---|
| <br>Plaintiff(s)<br>v.<br><br>Defendant(s) | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE:    June 28th, 2023<br>HEARING TIME:    11:00 A.M.<br><br>☐ Movant intends to appear in person |
| **Movant:** JEFFREY SCOTT BEIER | |

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **MOTION TO EMPLOY LAKE FOREST BANKRUPTCY II, APC as GENERAL INSOLVENCY COUNSEL TO JEFFREY SCOTT BEIER**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

5. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

9. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1619170878

    Meeting ID: 161 917 0878

    Password: 344854

    Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

Date: June 11th, 2023

LAKE FOREST BANKRUPTCY II, APC
Printed name of law firm (if applicable)

ANERIO V. ALTMAN, ESQ.
Printed name of individual Movant or attorney for Movant