Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR DEBTOR**
**JEFFREY SCOTT BEIER**

# UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

In Re:  JEFFREY SCOTT BEIER

BK. No. 8:23-bk-10898-TA

**Chapter 11**

**REPLY TO THE UNITED STATES TRUSTEE'S OPPOSITION TO THE DEBTOR'S MOTION TO EMPLOY ANERIO V. ALTMAN, ESQ. OF LAKE FOREST BANKRUPTCY**

**JUDGE**
Hon. Theodor Albert

**HEARING**
Date: June 28th, 2023
Time: 10:00 A.M.
Place: 411 West Fourth Street #5B, Santa Ana, CA 92701 (By Zoom.gov)

///

///

- 1 -
REPLY

1     DEBTOR JEFFREY SCOTT BEIER ("Debtor") brings this Reply to the Opposition of the United States Trustee to the Motion to Employ Anerio V. Altman, Esq. of Lake Forest Bankruptcy as General Bankruptcy Counsel.

### I. EMPLOYMENT IS INTENDED TO BE ENGAGED UNDER 11 U.S.C. SEC. 330

The United States Trustee has objected to the employment of Lake Forest Bankruptcy II, APC under 11 U.S.C. Sec. 328. This objection is well taken. The request was intended to be filed under 11 U.S.C. Sec. 330. The selection of 11 U.S.C. Sec. 328 on this form was in error.

### II. PRAYER

Lake Forest Bankruptcy II, APC requests that employment be approved under 11 U.S.C. Sec. 330.

Dated: 6/29/2023        Signed: _____
ANERIO V. ALTMAN
PROPOSED COUNSEL FOR
DEBTOR-IN-POSSESSION
JEFFREY SCOTT BEIER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

Reply

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __06/20/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman  LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Greg P Campbell  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Michael J Hauser  michael.hauser@usdoj.gov
United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __06/20/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/20/2023 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**