Main Document Page 1 of 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92606<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor-In-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – Santa Ana DIVISION**

| In re: | CASE NO.: 8:23-bk-10898-TA |
|---|---|
| JEFFREY SCOTT BEIER | CHAPTER: 11 |
| Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>ORDER ON MOTION TO EMPLOY |

PLEASE TAKE NOTE that the order titled ORDER ON MOTION TO EMPLOY

was lodged on (*date*) 6/30/2023 and is attached. This order relates to the motion which is docket number 31.

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 1 **F 9021-1.2.BK.NOTICE.LODGMENT**

Main Document Page 2 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30th, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman** LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Greg P Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Arturo Cisneros** arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)** amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser** michael.hauser@usdoj.gov
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 30th, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual and general order.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/30/2023 | ANERIO V. ALTMAN, ESQ. | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 2 **F 9021-1.2.BK.NOTICE.LODGMENT**

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION JEFFREY SCOTT BEIER**

**UNITED STATES BANKRUPTCY COURTS**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| In Re: JEFFREY SCOTT BEIER | BK. No. 8:23-bk-10898-TA |
|---|---|
| | **Chapter 11** |
| | **ORDER ON MOTION TO EMPLOY ANERIO V. ALTMAN, ESQ. OF LAKE FOREST BANKRUPTCY II, APC AS DEBTOR'S COUNSEL** |

///

///

On June 27th, 2023, a hearing was held on Debtor's Motion to employ ANERIO V. ALTMAN, ESQ. of LAKE FOREST BANKRUPTCY II, APC as counsel to the Debtor. Debtor and the United States Trustee appeared through counsel.

Based upon the moving papers, opposition papers, reply papers and discussions in court,

IT IS ORDERED,

ANERIO V. ALTMAN, ESQ. of LAKE FOREST BANKRUPTCY II, APC is employed as Counsel to the Debtor pursuant to 11 U.S.C. Sec. 327, 330 and 331.

###

6/30/23, 5:30 AM Case 8:23-bk-10898-TA Doc 54 Filed 06/30/23 Entered 06/30/23 05:37:58 Desc Main Document Page 5 of 5

Lodged Order Upload (L.O.U)

L . O . U
Lodged Order Upload

**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, June 30, 2023

CONFIRMATION :

Your Lodged Order Info:

( **11282243.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Jeffrey S Beier
- **Case Number**: 23-10898
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 31
- **On Date**: 06/30/2023 @ 05:30 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

https://ecf-ciao.cacb.uscourts.gov/UploadOrders/Default.aspx?cmCookie=1835878-1025-549492210920001.894862744337876&cmCaseType=bk&cmAgentFor= 1/1