| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **ARTURO M. CISNEROS, Chapter 11 Trustee**<br>**3403 10th Street, Suite 714**<br>**Riverside, California 92501**<br>**Phone: (951) 682-9705**<br>**Fax: (949) 252-1032**<br>**Email: arturo@mclaw.org**<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for: Movant* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>**JEFFREY S. BEIER,**<br><br><br><br>Debtor. | CASE NO.: **8:23-bk-10898-TA**<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** was lodged on 07/06/2023 and is attached. This order relates to the motion which is docket number 9.
.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Malcolm ♦ Cisneros, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine, CA 92612**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org,**
**acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **July 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR: Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92677**

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **February 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2023 | Erica F. Pedraza | /s/ Erica F. Pedraza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

**SECTION 1 CONT.**

NOTICE: Anerio V Altman      LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
NOTICE: Greg P Campbell      ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
NOTICE: Arturo Cisneros      arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser      michael.hauser@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                              **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>ARTURO M. CISNEROS, Chapter 11 Trustee<br>3403 10th Street, Suite 714<br>Riverside, California 92501<br>Phone: (951) 682-9705<br>Fax: (949) 252-1032<br>Email: arturo@mclaw.org<br><br><br><br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| In re:<br><br>JEFFREY SCOTT BEIER,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:23-bk-10898-TA<br><br>CHAPTER: 11 |
|---|---|

| | **ORDER ☒ GRANTING ☐ DENYING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
|---|---|
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: June 27, 2023<br>TIME: 10:30a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 West Fourth Street, Santa Ana CA 92701 |

**Movant** *(name)*: JEFFREY SCOTT BEIER

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

   ☐ Vehicle *(describe year, manufacturer, type and model):*

     *Vehicle identification number:*

     *Location of vehicle (if known):*

Exhibit 1

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*

    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*      *10 TUCSON*
    *Unit Number:*
    *City, State, Zip Code: TRABUCO CANYON CA 92679*

    Legal description or document recording number *(including county of recording)*:

    Assessor's Parcel Number: 755-241-13
    Site Congressional District: 40th
    Census Tract: 320.46
    Census Block: 4005
    Carrier Route: B016
    Tax Rate Area: 83222
    Legal Book Page: //1
    Legal Description: N-Tract: 15841 Block: Lot: 1
    Orange County, California

    ☐ See attached page.

3. The Motion is granted on the grounds that:

  a. ☐ This case was filed in good faith.

  b. ☐ The Property is of consequential value or benefit to the estate.

  c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

  d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

  a. ☒ Imposed *as to all creditors* until ~~further order of the court~~ ***30 days from entry of the Order***

  b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

  d. ☐ Continued *as to all creditors* until further order of the court.

  e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

Exhibit 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                    Page 2                    **F 4001-1.IMPOSE.STAY.ORDER**

6. ☐ See attached continuation page for additional provisions.


7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown

   e. ☐ Other (*specify*):


###


Exhibit 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 3                          **F 4001-1.IMPOSE.STAY.ORDER**