ARTURO M. CISNEROS, Chapter 11 Trustee
3403 10th Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Fax: (949) 252-1032
Email: arturo@mclaw.org

**FILED & ENTERED**

JUL 07 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number: 8:23-bk-10898-TA |
| JEFFREY S. BEIER, | Chapter 11 |
| | **ORDER CONVERTING CASE TO CHAPTER 7 AFTER STATUS CONFERENCE** |
| Debtor. | **Status Conference:** <br> Date:  July 5, 2023 <br> Time: 10:00 a.m. <br> Location: Zoom Teleconference |

Pursuant to the Court's Order Setting Scheduling and Case Management Conference [Docket Entry 7] ("Scheduling Order"), the Court held a Chapter 11 Status Conference in the above-entitled and number Chapter 11 case on July 5, 2023.  Appearances were made by Michael J Hauser on behalf of the Office of the United States Trustee; Anerio V. Altman on behalf of Debtor; Greg P Campbell on behalf of Bank of America, N.A.; and the Chapter 11 Trustee, Arturo M. Cisneros ("Trustee").

Based upon Trustee's oral motion, paragraph 2 of the Scheduling Order; the papers and pleadings on file in this case; the lack of any opposition to conversion of Debtor's case from Chapter 11 to Chapter 7 by Debtor, the Office of the United States Trustee, Bank of America, N.A., or otherwise; and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that Debtor's case is converted from Chapter 11 to Chapter 7.

###

Date: July 7, 2023

Theodor C. Albert
United States Bankruptcy Judge