United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10898-TA |
| Jeffrey S Beier | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Jeffrey S Beier LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Greg P Campbell | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2023 | Form ID: pdf042 | Total Noticed: 1

Michael J Hauser
          on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

United States Trustee (SA)
          ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

ARTURO M. CISNEROS, Chapter 11 Trustee
3403 10th Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Fax: (949) 252-1032
Email: arturo@mclaw.org

**FILED & ENTERED**

**JUL 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

JEFFREY S. BEIER,

Debtor.

Bankruptcy Case Number: 8:23-bk-10898-TA

Chapter 11

**ORDER CONVERTING CASE TO CHAPTER 7 AFTER STATUS CONFERENCE**

**Status Conference:**
Date:  July 5, 2023
Time: 10:00 a.m.
Location: Zoom Teleconference

Pursuant to the Court's Order Setting Scheduling and Case Management Conference [Docket Entry 7] ("Scheduling Order"), the Court held a Chapter 11 Status Conference in the above-entitled and number Chapter 11 case on July 5, 2023.  Appearances were made by Michael J Hauser on behalf of the Office of the United States Trustee; Anerio V. Altman on behalf of Debtor; Greg P Campbell on behalf of Bank of America, N.A.; and the Chapter 11 Trustee, Arturo M. Cisneros ("Trustee").

Order                                                                                   1

Based upon Trustee's oral motion, paragraph 2 of the Scheduling Order; the papers and pleadings on file in this case; the lack of any opposition to conversion of Debtor's case from Chapter 11 to Chapter 7 by Debtor, the Office of the United States Trustee, Bank of America, N.A., or otherwise; and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that Debtor's case is converted from Chapter 11 to Chapter 7.

###

Date: July 7, 2023

Theodor C. Albert
United States Bankruptcy Judge