PETER ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CALIFORNIA 92701
TELEPHONE: (714) 338-3400
FAX: (714) 338-3421

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| IN RE:<br><br>**JEFFREY S. BEIER,**<br><br>Debtor. | CASE NO.: **8:23-bk-10898 TA**<br><br>CHAPTER 7<br><br>NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS TRUSTEE |
|---|---|

PURSUANT TO 11 U.S.C. 322

Arturo Cisneros
3403 10th Street, Suite 714
Riverside, CA 92501

to preside at the meeting of creditors. This case is covered by the Chapter 7 blanket bond on file with the Court on behalf of the trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: July 10, 2023

**PETER ANDERSON**
**United States Trustee**

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14), and on this basis, I hereby accept my appointment as Trustee. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: 7/10/23

ARTURO M. CISNEROS
Trustee