| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>ARTURO M. CISNEROS, Chapter 11 Trustee<br>3403 10th Street, Suite 714<br>Riverside, California 92501<br>Phone: (951) 682-9705<br>Fax: (949) 252-1032<br>Email: arturo@mclaw.org<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 17 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mccall    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| In re:<br><br>JEFFREY SCOTT BEIER,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:23-bk-10898-TA<br>CHAPTER: 11<br><br>**ORDER ☒ GRANTING    ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: June 27, 2023<br>TIME: 10:30a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 West Fourth Street, Santa Ana CA 92701 |
|---|---|

**Movant** *(name)*: JEFFREY SCOTT BEIER

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

   *Vehicle identification number:*
   *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018                                                    Page 1                                    F 4001-1.IMPOSE.STAY.ORDER

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*    10 TUCSON
    *Unit Number:*
    *City, State, Zip Code:* TRABUCO CANYON CA 92679

Legal description or document recording number *(including county of recording)*:

    Assessor's Parcel Number: 755-241-13
    Site Congressional District: 40th
    Census Tract: 320.46
    Census Block: 4005
    Carrier Route: B016
    Tax Rate Area: 83222
    Legal Book Page: //1
    Legal Description: N-Tract: 15841 Block: Lot: 1
    Orange County, California

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☐ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until ~~further order of the court~~
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☒ Continued *as to all creditors* until ~~further order of the court~~ **30 days from entry of the Order**
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018            Page 2            F 4001-1.IMPOSE.STAY.ORDER

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown
   e. ☐ Other (*specify*):

###

Date: July 17, 2023

*(signed)* Theodor C. Albert
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                    Page 3                    F 4001-1.IMPOSE.STAY.ORDER