United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 23-10898-TA

Jeffrey S Beier                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Jeffrey S Beier LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Greg P Campbell | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |

User: admin
Date Rcvd: Jul 17, 2023 Form ID: pdf042 Total Noticed: 1

Michael J Hauser
        on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

United States Trustee (SA)
        ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| ARTURO M. CISNEROS, Chapter 11 Trustee<br>3403 10th Street, Suite 714<br>Riverside, California 92501<br>Phone: (951) 682-9705<br>Fax: (949) 252-1032<br>Email: arturo@mclaw.org | **FILED & ENTERED**<br><br>**JUL 17 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mccall    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| In re:<br><br>JEFFREY SCOTT BEIER, | CASE NUMBER: 8:23-bk-10898-TA<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ☒ GRANTING   ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY** |
| | ☐ No hearing held<br>☒ Hearing held<br><br>DATE: June 27, 2023<br>TIME: 10:30a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 West Fourth Street, Santa Ana CA 92701 |
| Debtor(s). | |

**Movant** *(name)*: JEFFREY SCOTT BEIER

1. The Motion was:    ☒ Opposed      ☐ Unopposed      ☐ Settled by stipulation

2. The Motion affects the following property (Property):

☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*

    *Location of vehicle (if known):*

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                              Page 1                              **F 4001-1.IMPOSE.STAY.ORDER**

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*

    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*      *10 TUCSON*
    *Unit Number:*
    *City, State, Zip Code:*  *TRABUCO CANYON CA 92679*

Legal description or document recording number *(including county of recording)*:

Assessor's Parcel Number: 755-241-13
Site Congressional District: 40th
Census Tract: 320.46
Census Block: 4005
Carrier Route: B016
Tax Rate Area: 83222
Legal Book Page: //1
Legal Description: N-Tract: 15841 Block: Lot: 1
Orange County, California

☐ See attached page.

3. The Motion is granted on the grounds that:

  a. ☐ This case was filed in good faith.

  b. ☐ The Property is of consequential value or benefit to the estate.

  c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

  d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

  a. ☐ Imposed *as to all creditors* until ~~further order of the court~~

  b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

  d. ☒ Continued *as to all creditors* until ~~further order of the court~~ *30 days from entry of the Order*

  e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*             Page 2            **F 4001-1.IMPOSE.STAY.ORDER**

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown

   e. ☐ Other (*specify*):

###

Date: July 17, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                Page 3                        **F 4001-1.IMPOSE.STAY.ORDER**