1   A. Cisneros
    Email: amctrustee@mclaw.org
2   3403 Tenth Street, Suite 714
    Riverside, CA 92501
3   Telephone:    (951) 328-3124
    Telecopier:   (951) 682-9707
4

5   Chapter 7 Trustee

6

7

8                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
9                          SANTA ANA DIVISION

10

11  In re:                              )    Case No. 8:23-bk-10898-TA
                                        )
12  JEFFREY S. BEIER,                   )
                                        )    Chapter 7
13                                      )
                    Debtor.             )    **NOTIFICATION OF ASSET CASE**
14                                      )
                                        )
15                                      )
                                        )
16                                      )    {No Hearing Required}
                                        )
17  ─────────────────────────────────── )

18        **TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES**

19  **BANKRUPTCY COURT:**

20        A. Cisneros, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy

21  case, after reviewing the case docket and file and determining that no claims bar date has been

22  fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be

23  administered in the above-captioned case and appropriate notice be given to creditors to file

24  claims.

25

26  Dated: August 9, 2023

27
                                             _____
28                                           A. CISNEROS
                                             Chapter 7 Trustee