WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
e-mail: nathan@mclaw.org



**FILED & ENTERED**

**SEP 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

*Proposed Counsel for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY S. BEIER,<br><br><br>Debtor. | Bankruptcy Case Number: 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AS REAL ESTATE BROKER FOR THE ESTATE**<br><br>**Hearing Date:**<br>Date:  September 12, 2023<br>Time: 11:00 a.m.<br>Location: Zoom Teleconference |

The Chapter 7 Trustee's, A. Cisneros ("Trustee") Application to Employ Brian Thompson of Winterstone Real Estate ("Broker") as his real estate broker ("Application") came on for hearing before the Court on September 12, 2023.  The Application was filed on July 27, 2023 [Docket Entry 66], Debtor's opposition to the Application was filed on August 9, 2023 ("Opposition") [Docket Entry 72], and Trustee's reply to the Opposition ("Reply") was filed on August 31, 2023 [Docket Entry 74].

Appearances were made by Trustee and Anerio Altman on behalf of Debtor.

The Court, having read and considered the Application, the Opposition, the Reply, the pleadings and papers on file herein, having considered oral argument from the parties at the hearing on the Application, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. Trustee's Application is Granted;

2. Trustee's employment of Broker as his real estate broker is approved on the terms and conditions set forth in the Application and declaration in support thereof.

###

Date: September 28, 2023

Theodor C. Albert
United States Bankruptcy Judge