United States Bankruptcy Court
Central District of California

In re:  Case No. 23-10898-TA
Jeffrey S Beier  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Sep 28, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Jeffrey S Beier LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Greg P Campbell | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov


TOTAL: 8

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
e-mail: nathan@mclaw.org

**FILED & ENTERED**

**SEP 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

*Proposed Counsel for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY S. BEIER,<br><br><br><br><br><br>Debtor. | Bankruptcy Case Number: 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AS REAL ESTATE BROKER FOR THE ESTATE**<br><br>**Hearing Date:**<br>Date: September 12, 2023<br>Time: 11:00 a.m.<br>Location: Zoom Teleconference |

The Chapter 7 Trustee's, A. Cisneros ("Trustee") Application to Employ Brian Thompson of Winterstone Real Estate ("Broker") as his real estate broker ("Application") came on for hearing before the Court on September 12, 2023. The Application was filed on July 27, 2023 [Docket Entry 66], Debtor's opposition to the Application was filed on August 9, 2023 ("Opposition") [Docket Entry 72], and Trustee's reply to the Opposition ("Reply") was filed on August 31, 2023 [Docket Entry 74].

Appearances were made by Trustee and Anerio Altman on behalf of Debtor.

The Court, having read and considered the Application, the Opposition, the Reply, the pleadings and papers on file herein, having considered oral argument from the parties at the hearing on the Application, and good cause appearing therefore;

Order                                                                                       1

**IT IS HEREBY ORDERED** that:

1. Trustee's Application is Granted;

2. Trustee's employment of Broker as his real estate broker is approved on the terms and conditions set forth in the Application and declaration in support thereof.

###

Date: September 28, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge