1 | Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
2 | **ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
3 | San Diego, CA 92108
Telephone: (858) 750-7600
4 | Facsimile: (619) 590-1385

**FILED & ENTERED**

**OCT 17 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

Attorneys for *Respondent/Secured Creditor*
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10898-TA |
| JEFFREY S. BEIER, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE AN OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS: (5) DETERMINING THAT THE PROPOSED BUYER AND OVERBIDDER ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS, BRIAN THOMPSON, PROPOSED BUYER, AND OVERBIDDER IN SUPPORT THEREOF**<br><br>DATE:  October 31, 2023 |

- 1 -    Case No. 8:23-bk-10898-TA

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION TO SELL**

|   |   |
|---|---|
| 1 | TIME: 11:00 a.m. |
| 2 | CTRM: Via Zoom Teleconference |
| 3 | 411 West Fourth Street |
|   | Santa Ana, CA  92701 |

The Court, having considered the Stipulation to Extend Deadline to file an Opposition to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer and Overbidder are "Good Faith Purchasers" Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy Procedure 6004(h) ("Stipulation") filed herein on October 17, 2023 (Docket No.93), and entered into by and between The Bank of New York Mellon FKA the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-04 ("BONY"), by and through its attorneys of record, Aldridge Pite, LLP, and the Chapter 7 Trustee Arturo Cisneros ("Trustee"), by and through his attorney of record Nathan F. Smith, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the Stipulation is **Approved** and the deadline for BONY to file an opposition to the Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer and Overbidder are "Good Faith Purchasers" Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy Procedure 6004(h) shall be extended to October 20th, 2023.

###

Date: October 17, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

- 3 -    CASE NO. 8:23-bk-10898-TA
**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION TO SELL**