1  Brett A. Baer, SBN 212992
DOAN LAW FIRM, LLP
2  2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
baerb@doanlaw.com

4

5  Attorneys for PLAINTIFF

6

7

8

9

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |

**Central District of California, Santa Ana Division,**

10  In re:                                                 )    BK No. 8:09-bk-11124-TA
                                                          )
11  JEFFREY SCOTT BEIER                                   )    AP No. 8:09-ap-1252-TA
                                                          )
12  _____                  )
                                                          )    Chapter 13
13  JEFFREY SCOTT BEIER,                                  )
                                                          )    **JOINT STIPULATION AND**
14                                                        )    **MOTION FOR ORDER OF**
          Plaintiff,                                      )    **DISMISSAL OF ACTION**
15                                                        )
    vs.                                                   )
16                                                        )
    MORTGAGE ELECTRONIC REGISTRATION)
17  SYSTEMS, INC. (MERS), COUNTRYWIDE )
    HOME LOANS, INC. COUNTRYWIDE        )
18  HOME LOANS SERVICING, L.P., and     )
    Does 1 thru 50 inclusive., AND DOES 1 )
19  THROUGH 10 INCLUSIVE,               )
                                                          )
20        Defendants.                                     )
                                                          )
21

22

23

24

25

26

# Exhibit C

Case 8:09-ap-01232-TA    Doc 23    Filed 10/12/09    Entered 10/12/09 09:46:03    Desc
Main Document    Page 2 of 2

1    **IT IS HEREBY STIPULATED AND MOVED** by and between the

2  parties that this matter may be and hereby is dismissed with prejudice as to

3  all claims, each party to bear their own costs of suit.

4

5  Dated:        September 4, 2009

6

7  **DOAN LAW FIRM, LLP**

8  By: /s/ ecf Brett A. Baer
           Brett A. Baer, Attorney for Plaintiff Jeffrey Scott Beier

9

10

11  Dated:        September 4, 2009

12

13  **KIRBY & MCGUINN**

14  By: /s/ ecf Jana Logan
           Jana Logan, Attorneys for Defendants

15

16

17

18                    **ORDER**

                 IT IS SO ORDERED.

19

20

  DATED: September ____, 2009        _____
21                                      Hon. Theodor C. Albert
                                        United States Bankruptcy Judge
22

23

24

25

26

# Exhibit C