WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

**FILED & ENTERED**

OCT 25 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

*Proposed Attorneys for Chapter 7 Trustee, A. Cisneros*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY S. BEIER,<br><br>            Debtor. | Case No. 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MALCOLM CISNEROS AS GENERAL COUNSEL** |

      The Chapter 7 Trustee's Notice of Intent to Employ the Law Firm of MALCOLM ♦ CISNEROS, A Law Corporation, as General Counsel ("Notice") [Docket Entry No. 83] and Application to Employ the Law Firm of MALCOLM ♦ CISNEROS, A Law Corporation, as General Counsel ("Application") [Docket Entry No. 82] and the declaration of Nathan F. Smith in support thereof, were duly presented to this Court. It appearing that the assertions contained therein are true; that service was proper; no objection to the Application having been filed, and good cause appearing

///

///

///

///

///

1

IT IS HEREBY ORDERED:

1. The Application is approved and effective as of August 28, 2023.

2. Employment is authorized pursuant to 11 U.S.C. § 327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. § 330 or § 331.

###

Date: October 25, 2023

Theodor C. Albert
United States Bankruptcy Judge