# EXHIBIT "1"

# INTENTIONALLY LEFT BLANK