

```
         Lone Tree Packaging Store
           9227 E Lincoln Ave #200
              Lone Tree, CO 80124

                 303-649-0105
            co122@gopackagingstore.com


USPS First Class Mail                  9.10
    Track #: 70132250000204238087
USPS First Class Mail                  9.10
    Track #: 70132250000204238063
USPS First Class Mail                 10.05
    Track #: 70132250000204238070

      SUBTOTAL                        28.25
      TAX                              0.00
      TOTAL                           28.25
TEND MCVisa                           28.25

Customer: None selected
Don                              10/05/2015
#8794                               01:01 PM
CCTran#1187052996


Signature_____


    **********************************
       Thank you for your business!
    **********************************
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To  Severson+Werson
         Bank of NY c/o Dave Taylor
Street, Apt. No.; or PO Box No. 19100 Von Karman Ave St 700
City, State, ZIP+4  Irvine CA 92612

PS Form 3800, August 2006    See Reverse for Instructions

7013 2250 0002 0423 8070

$000.00  OCT 05 2015
MAILED FROM ZIP CODE 80124

Exhibit "3"                              Page 18