NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*



FILED & ENTERED

DEC 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

JEFFREY S. BEIER,

               Debtor.

Case No. 8:23-bk-10898-TA

Chapter 7

**ORDER OF ABANDONMENT**

      The court, having reviewed and considered the Trustee's Notice of Intent to Abandon certain claims of Debtor's bankruptcy estate ("Estate") pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, filed on November 7, 2023 [Docket Entry No. 102], and with good cause shown;

Order

1

2

3

4          IT IS HEREBY ORDERED that the following claims of the Estate are abandoned pursuant to 11

5    U.S.C. § 554(a):

6    Any claims that the Estate may have against Bank of America, N.A. and The Bank of New York Mellon

7    related to: (a) a promissory note dated March 2, 2005 and deed of trust dated March 2, 2005 and

8    recorded against the real property commonly known as 10 Tucson, Coto De Caza, California 92679 –

9    Assessor's Parcel Number 755-241-13 ("Property") in the Official Records of the Orange County

10   Recorder's Office as document number 2005000170527 and (b) related to the loan evidenced by the

11   promissory note and deed of trust.

12                                                                    ###

13

14

15

16

17

18

19

20

21

22

23

24         Date: December 7, 2023

25                                                              Theodor C. Albert
                                                               United States Bankruptcy Judge
26

27

28

Order

2