A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: arturo@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10898-TA |
| JEFFREY S. BEIER, | Chapter 7 |
| Debtor. | CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE |
| | [10 Tucson, Coto de Caza, CA 92679 – APN: 755-241-13] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

A. CISNEROS, the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Jeffrey S. Beier, respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g).

Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale.* All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale...."

Local Bankruptcy Rule 6004-1(g) states: "Unless otherwise ordered by the Court, the report of sale required by FRBP 6004(f)(1) must be filed and served not later than 21 days after the date of the sale of any property not in the ordinary course of business." The sale closed on November 30, 2023 and the Final Closing Statement is attached as Exhibit "1." The Trustee issued an interim distribution payment in the amount of $2,400,000 to The Bank of New York Mellon on December 18, 2023 pursuant to the order approving sale entered on November 15, 2023.

Property: 10 Tucson, Coto de Caza, CA 92679

Name of Purchasers: Lu Li

Purchase Price: $3,200,000

Dated: December 18, 2023

A. Cisneros, Chapter 7 Trustee

# EXHIBIT "1"



**ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 10 Tucson<br>Cota de Caza, CA 92679 | **DATE:** | November 30, 2023 |
| **SELLER:** | Bankruptcy Estate of Jeffrey S. Beier,<br>Bankruptcy Case No.:8:23-bk-10898-TA | **CLOSING DATE:**<br>**ESCROW NO.:** | November 30, 2023<br>105821-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 3,200,000.00 |
| EMD Paid Outside of Escrow | 96,000.00 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st 1/2 Taxes 2023-2024 at $11,069.14/semi-annually from 11/30/2023 to 01/01/2024 | | 1,906.35 |
| CZ Master Association at $270.00/monthly from 11/30/2023 to 12/01/2023 | | 9.00 |
| The Summit Gate Association at $189.00/quarterly from 11/30/2023 to 02/01/2024 | | 128.10 |
| **COMMISSION CHARGES** | | |
| Winterstone Real Estate and Development | 80,000.00 | |
| RE/MAX Edge | 80,000.00 | |
| **H.O.A./MANAGEMENT** | | |
| Post Processing Fee- Demand to Seabreeze Management Company, Inc. | 400.00 | |
| Owner Current Balance to CZ Master Association | 2,030.09 | |
| Document Fees prepaid -reimburse Escrow to A & A Escrow Services, Inc. | 659.95 | |
| **H.O.A./MANAGEMENT** | | |
| Quaterly Assesment balance due to The Summit Gate Association | 378.00 | |
| Resale Statement of Account + rush fee to First Service Residential California | 495.00 | |
| Document Fees prepaid -reimburse Escrow to A & A Escrow Services, Inc. | 683.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title Company** | | |
| Title - Owner's Title Insurance | 4,748.00 | |
| Title - Messenger Fee | 12.10 | |
| Title - Overnight Fees | 5.64 | |
| Title - Sub Escrow Fee | 62.50 | |
| Recording Release of Judgement Lien child sup | 10.00 | |
| Transfer Tax - County to Orange County | 3,520.00 | |
| 1st 1/2 Taxes 2023-2024 to Orange County Tax Collector | 11,069.14 | |

Date: November 30, 2023             Escrow No.: 105821-AA

Page 2 of 2:

|  | DEBITS | CREDITS |
|---|---:|---:|
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 4,800.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 45.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 2,916,850.08 | |
| **TOTAL** | $ 3,202,043.45 | $ 3,202,043.45 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(F) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/18/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Former Counsel:** Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
**Interested Party:** Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com; gcampbell@aldridgepite.com
**Trustee:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**Interested Party:** Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com
**Debtor's Counsel:** David R Haberbush    dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com, lbogard@lbinsolvency.com
**OUST Counsel:** Michael J Hauser    michael.hauser@usdoj.gov
**Trustee's Counsel:** Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
**OUST:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **12/18/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Jeffrey S. Beier, PO Box 7644, Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *xxxxxxxx*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/18/2023 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**