**B6A (Official Form 6A) (12/07)**

In re **Jeffrey Scott Beier,**
      **Toni Renita Beier**

Case No. _____

Debtors

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property - 10 Tucson, Coto De Caza, CA 92679** | **Fee simple** | **C** | **1,800,000.00** | **2,491,703.00** |

|  |  |  |
|---|---|---|
|  | Sub-Total >   **1,800,000.00** | (Total of this page) |
|  | Total >   **1,800,000.00** |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy



**Exhibit B**

B6D (Official Form 6D) (12/07)

In re **Jeffrey Scott Beier,**
       **Toni Renita Beier** Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Consolidated Builders** Attn Managing Agent 27446 Betanzos Street Mission Viejo, CA 92692 | | C | 12/2006 Mechanic's Lien Real Property - 10 Tucson, Coto De Caza, CA 92679 Value $ 1,800,000.00 | | | X | 7,677.00 | 7,677.00 |
| Account No. **xxxx8364** **Countrywide Home Loans Inc** Attn Managing Agent 400 Countrywide Way SV-35 Simi Valley, CA 93065 | | C | 4/2003 First Trust Deed & Second Trustee Deed Real Property - 10 Tucson, Coto De Caza, CA 92679 ($700,000 is business debt) Value $ 1,800,000.00 | | | | 2,200,000.00 | 400,000.00 |
| Account No. **Pxxx-xx001-1** **CZ Master Association** Keystone Pacific Prop Mgmt 16845 Von Karman Suite 200 Irvine, CA 92606-4920 | | C | 12/2007 - 1/2008 Homeowners Association Real Property - 10 Tucson, Coto De Caza, CA 92679 Value $ 1,800,000.00 | | | | 3,340.00 | 3,340.00 |
| Account No. **xxxxxxxx7769** **GMAC** Attn Managing Agent PO Box 380902 Bloomington, MN 55438-0902 | | C | 8/2004 Purchase money security 2004 Cadillac Escalade w/45,000 miles Value $ 30,000.00 | | | | 30,000.00 | 0.00 |
| __2__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 2,241,017.00 | 411,017.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Exhibit B

B6D (Official Form 6D) (12/07) - Cont.

In re **Jeffrey Scott Beier,**
**Toni Renita Beier**

Case No. _____

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5545**<br><br>**Mercedes-Benz Financial**<br>**Attn Managing Agent**<br>**PO Box 9001680**<br>**Louisville, KY 40290-1680** | | C | 10/2003<br><br>**Purchase money security**<br><br>**2003 Mercedes S500 w/45,000 miles**<br><br>Value $ 18,000.00 | | | | 17,910.00 | 0.00 |
| Account No. **SUGAT xx61 01**<br><br>**Summit Gate Association**<br>**c/o Merit Property Management**<br>**1 Polaris Way Suite 100**<br>**Aliso Viejo, CA 92656-5356** | | C | 1/2008 - 2/2008<br><br>**Homeowners Association**<br><br>**Real Property - 10 Tucson, Coto De Caza, CA 92679**<br><br>Value $ 1,800,000.00 | | | | 827.00 | 827.00 |
| Account No. **xxxx8750**<br><br>**Telesis Community Credit Union**<br>**Attn Managing Agent**<br>**9301 Winnetka Avenue**<br>**Chatsworth, CA 91311** | | C | 7/2005<br><br>**Purchase money security**<br><br>**2004 Sprinter Dodge w/40,000 miles**<br><br>Value $ 15,000.00 | | | | 12,350.00 | 0.00 |
| Account No.<br><br>**Telesis Community Credit Union**<br>**c/o Buchalter Nemer & Barry Smith**<br>**1000 Wilshire Boulevard Suite 1500**<br>**Los Angeles, CA 90017-2457** | | C | 12/2007<br><br>**Abstract of Judgment**<br><br>**Real Property - 10 Tucson, Coto De Caza, CA 92679**<br>**(Business debt)**<br><br>Value $ 1,800,000.00 | | | | 279,859.00 | 279,859.00 |
| Account No.<br><br>**Telesis Community Credit Union**<br>**Attn Manging Agent**<br>**9301 Winnetka Avenue**<br>**Chatsworth, CA 91311** | | C | 7/2006<br><br>**Purchase money security**<br><br>**2003 Mercedes SL55 w/15,000 miles**<br><br>Value $ 90,000.00 | | | | 90,000.00 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    400,946.00    280,686.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Exhibit B

B6D (Official Form 6D) (12/07) - Cont.

In re **Jeffrey Scott Beier,**
     **Toni Renita Beier** Case No. _____
,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0682**<br><br>**US Bank NA**<br>**Attn Managing Agent**<br>**PO Box 2188**<br>**Oshkosh, WI 54903-2188** | | C | 5/2006<br><br>**Leased 2004 Lexus GX470 w/40,000 miles**<br><br>Value $    0.00 | | | | 34,041.00 | 34,041.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    **34,041.00**    **34,041.00**

Total (Report on Summary of Schedules)    **2,676,004.00**    **725,744.00**

Exhibit B

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Central District of California

In re  Jeffrey Scott Beier
Toni Renita Beier

Debtor(s)

Case No.
Chapter  7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __50__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  April 25, 2008          Signature  /s/ Jeffrey Scott Beier
                                         Jeffrey Scott Beier
                                         Debtor

Date  April 25, 2008          Signature  /s/ Toni Renita Beier
                                         Toni Renita Beier
                                         Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Exhibit B