1  Brett A. Baer, SBN 212992
   DOAN LAW FIRM, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   baerb@doanlaw.com
4
5  Attorneys for PLAINTIFF
6
7
                    UNITED STATES BANKRUPTCY COURT
8
              Central District of California, Santa Ana Division,
9
10 In re:                              )   BK No. 8:09-bk-11124-TA
                                       )
11 JEFFREY SCOTT BEIER                 )   AP No. 8:09-ap-1252-TA
                                       )
12 _____ )
                                       )   Chapter 13
13 JEFFREY SCOTT BEIER,                )
                                       )   **JOINT STIPULATION AND**
14                                     )   **MOTION FOR ORDER OF**
          Plaintiff,                   )   **DISMISSAL OF ACTION**
15                                     )
   vs.                                 )
16                                     )
   MORTGAGE ELECTRONIC REGISTRATION)
17 SYSTEMS, INC. (MERS), COUNTRYWIDE )
   HOME LOANS, INC. COUNTRYWIDE        )
18 HOME LOANS SERVICING, L.P., and     )
   Does 1 thru 50 inclusive., AND DOES 1)
19 THROUGH 10 INCLUSIVE,               )
                                       )
20        Defendants.                  )
                                       )
21
22
23
24
25
26

Exhibit F

1     **IT IS HEREBY STIPULATED AND MOVED** by and between the
2 parties that this matter may be and hereby is dismissed with prejudice as to
3 all claims, each party to bear their own costs of suit.
4
5 Dated:     September 4, 2009
6
7 **DOAN LAW FIRM, LLP**
8 By: /s/ ecf Brett A. Baer
      Brett A. Baer, Attorney for Plaintiff Jeffrey Scott Beier
9
10
11 Dated:     September 4, 2009
12
13 **KIRBY & MCGUINN**
14 By: /s/ ecf Jana Logan
      Jana Logan, Attorneys for Defendants
15
16
17
18                  **ORDER**
19          IT IS SO ORDERED.
20
21 DATED: September ___, 2009          _____
                                        Hon. Theodor C. Albert
22                                         United States Bankruptcy Judge
23
24
25
26

**Exhibit F**