12/26/23, 10:28 AM

Case 8:23-bk-10898-TA    Doc 127-7    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
Exhibit G - PACER 10-bk-19081-TA    Page 1 of 6

8:10-bk-19081 - Jeffrey Scott Beier - courtdrive

Printed on Dec 26 2023 10:28 am

# 8:10-bk-19081 - Jeffrey Scott Beier

Docket Header Last Updated: 5/11/2023 3:03 pm

**PRVDISM, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:10-bk-19081-TA

|  |  |
|---|---|
| *Assigned to:* Theodor Albert | *Date filed:* 07/01/2010 |
| Chapter 7 | *Date terminated:* 05/04/2011 |
| Voluntary | *Debtor dismissed:* 03/10/2011 |
| No asset | *341 meeting:* 10/21/2010 |
|  | *Deadline for objecting to discharge:* 10/12/2010 |

*Debtor disposition:*  Dismissed for Other Reason

**Debtor**
**Jeffrey Scott Beier**
PO Box 6576
Laguna Niguel, CA 92607-6576
ORANGE-CA

represented by **Andrew S Bisom**
The Bisom Law Group
300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
714-643-8900
Fax : 714-643-8901

12/26/23, 10:28 AM

Case 8:23-bk-10898-TA    Doc 127-7    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
Exhibit G - PACER 10-bk-19081-TA    Page 2 of 6

8:10-bk-19081 Jeffrey Scott Beier - District - Cal. Central Live

SSN / ITIN: xxx-xx-0875

Email: abisom@bisomlaw.com

*Trustee*
**John M Wolfe (TR)**
5450 Trabuco Road
Irvine, CA 92620-5704
(800) 436-4646

represented by **John M Wolfe (TR)**
5450 Trabuco Road
Irvine, CA 92620-5704
(800) 436-4646
Email: john.wolfe1@earthlink.net

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Nancy S Goldenberg**
411 W Fourth St Ste 7160
Santa Ana, CA 92701-8000
714-338-3416
Fax : 714-338-3421
Email: nancy.goldenberg@usdoj.gov

| | | |
|---|---|---|
| 07/01/2010 | **1** | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Jeffrey Scott Beier Incomplete Filings due by **07/15/2010**. (Bisom, Andrew) CORRECTION: Deficient for Statement of Social Security Number due **7/15/2010**. Cert of Credit Counseling due **7/15/2010**. Statement of related cases (not signed) due **7/15/2010**. Db Cert of Employment Income (not signed) due **7/15/2010**. Electronic Filing Declaration due **7/15/2010**. Section 316 Incomplete Filings due **8/15/2010**. Modified on 7/2/2010 (Shimizu, Tina). (Entered: 07/01/2010) |
| 07/01/2010 | | Receipt of Voluntary Petition (Chapter 7)(8:10-bk-19081) [misc,volp7] ( 299.00) Filing Fee. Receipt number 15073455. Fee amount 299.00. (U.S. Treasury) (Entered: 07/01/2010) |
| 07/01/2010 | **2** | Meeting of Creditors with 341(a) meeting to be held on **08/12/2010 at 03:00 PM** at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections to Discharge due by **10/12/2010**. Proof of Claim due by **11/10/2010**. (Bisom, Andrew) (Entered: 07/01/2010) |
| 07/02/2010 | **3** | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey Scott Beier) (Shimizu, Tina) (Entered: 07/02/2010) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2010 | 4 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Shimizu, Tina) (Entered: 07/02/2010) |
| 07/02/2010 | 5 | Statement of Social Security Number(s) Form B21 Filed by Debtor Jeffrey Scott Beier (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Bisom, Andrew) (Entered: 07/02/2010) |
| 07/02/2010 | 6 | Declaration Re: Electronic Filing Filed by Debtor Jeffrey Scott Beier. (Bisom, Andrew) (Entered: 07/02/2010) |
| 07/02/2010 | 7 | Certificate of Credit Counseling Filed by Debtor Jeffrey Scott Beier (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Bisom, Andrew) (Entered: 07/02/2010) |
| 07/02/2010 | 8 | Debtor's Certification of Employment Income Filed by Debtor Jeffrey Scott Beier (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Bisom, Andrew) (Entered: 07/02/2010) |
| 07/02/2010 | 9 | Statement of related cases Filed by Debtor Jeffrey Scott Beier (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Bisom, Andrew) (Entered: 07/02/2010) |
| 07/04/2010 | 10 | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 7a)) No. of Notices: 9. Service Date 07/04/2010. (Admin.) (Entered: 07/04/2010) |
| 07/04/2010 | 11 | BNC Certificate of Notice (RE: related document(s)3 Case Commencement Deficiency Notice (BNC)) No. of Notices: 3. Service Date 07/04/2010. (Admin.) (Entered: 07/04/2010) |
| 07/04/2010 | 12 | BNC Certificate of Notice (RE: related document(s)4 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 07/04/2010. (Admin.) (Entered: 07/04/2010) |
| 07/09/2010 | 13 | Trustees Notice of Motion and Motion for Order Continuing the Automatic Stay under 11 U.S.C. 362(h)(2), for Adequate Protection and for Delivery of Personal Property in Individual Case Filed by Debtor Jeffrey Scott Beier (Bisom, Andrew) CORRECTION: Incorrect event code used. Attorney to re-file by using Motion code. Modified on 7/12/2010 (Ngo, Kim). (Entered: 07/09/2010) |
| 07/12/2010 | 14 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 07/12/2010) |
| 07/12/2010 | 15 | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Coto de Caza, CA. 92679 . Fee Amount $150, Filed by Debtor Jeffrey Scott Beier (Bisom, Andrew) (Entered: 07/12/2010) |
| 07/12/2010 |  | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay(8:10-bk-19081-TA) [motion,nmis] ( 150.00) Filing Fee. Receipt number 15219047. Fee amount 150.00. (U.S. Treasury) (Entered: 07/12/2010) |

12/26/23, 10:28 AM    Case 8:23-bk-10898-TA    Doc 127-7    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
8:10-bk-19081-TA Jeffrey Scott Beier 10 Tucson, Coto de Caza Drive
Exhibit G - PACER 10-bk-19081-TA    Page 4 of 6

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2010 | | Hearing Set (RE: related document(s)15 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey Scott Beier) The Hearing date is set for **8/3/2010 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Daniels, Sally) (Entered: 07/20/2010) |
| 08/03/2010 | 16 | Hearing Held (Bk Motion) (RE: related document(s) 15 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay) STAY WILL BE ISSUED FOR A PERIOD OF 60 DAYS. MOVANT TO SUBMIT FORM OF ORDER (Deramus, Glenda) (Entered: 08/03/2010) |
| 08/19/2010 | 17 | 341 Meeting of Creditors Continued (Trustee's 341 Filings) on **9/2/2010 at 03:00 PM** at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Wolfe (TR), John) (Entered: 08/19/2010) |
| 08/25/2010 | 18 | Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay 10 Tucson, Coto de Caza, CA. 92679(BNC-PDF) (Related Doc # 15). - Signed on 8/25/2010 (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Wright, Jennifer) (Entered: 08/25/2010) |
| 08/27/2010 | 19 | BNC Certificate of Notice - PDF Document. (RE: related document(s)18 Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF)) No. of Notices: 1. Service Date **08/27/2010**. (Admin.) (Entered: 08/27/2010) |
| 09/02/2010 | 20 | Motion to Dismiss Debtor *Pursuant to 11 U.S.C. Section 707(a)* Filed by U.S. Trustee United States Trustee (SA) (Goldenberg, Nancy) (Entered: 09/02/2010) |
| 09/02/2010 | 21 | Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee *and F.R.B.P. 2017* Filed by U.S. Trustee United States Trustee (SA) (Goldenberg, Nancy) (Entered: 09/02/2010) |
| 09/02/2010 | | Hearing Set (RE: related document(s)20 Dismiss Debtor filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for **10/5/2010 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Ngo, Kim) (Entered: 09/03/2010) |
| 09/02/2010 | | Hearing Set (RE: related document(s)21 Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for **10/5/2010 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Ngo, Kim) (Entered: 09/03/2010) |
| 09/03/2010 | 22 | Notice to creditors re: Notice of Hearing on Notice of Motion and Motion to Dismiss Case pursuant to 11 U.S.C. Section 707(a) (BNC-PDF) (Ngo, Kim) (Entered: 09/03/2010) |
| 09/03/2010 | 23 | Notice to creditors - Notice of Hearing on Notice of Motion and Motion by U.S. Trustee to Determine Whether Compensation Paid to Counsel was Excessive under 11 U.S.C. Section 329 and F.R.B.P. 2017 -(BNC-PDF) (Ngo, Kim) (Entered: 09/03/2010) |
| 09/05/2010 | 24 | BNC Certificate of Notice - PDF Document. (RE: related document(s)22 Notice to creditors (BNC-PDF)) No. of Notices: 9. Service Date **09/05/2010**. (Admin.) (Entered: 09/05/2010) |



12/26/23, 10:28 AM

Case 8:23-bk-10898-TA    Doc 127-7    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
Exhibit G - PACER 10-bk-19081-TA    Page 5 of 6

8:10-bk-19081 Jeffrey Scott Beier Patrick Cal/Courtdrive

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2010 | 25 | BNC Certificate of Notice - PDF Document. (RE: related document(s)23 Notice to creditors (BNC-PDF)) No. of Notices: 9. Service Date 09/05/2010. (Admin.) (Entered: 09/05/2010) |
| 09/08/2010 | 26 | 341 Meeting of Creditors Continued (Trustee's 341 Filings) on 9/16/2010 at 03:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Wolfe (TR), John) (Entered: 09/08/2010) |
| 09/21/2010 | 27 | 341 Meeting of Creditors Continued (Trustee's 341 Filings) on 10/7/2010 at 03:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Wolfe (TR), John) (Entered: 09/21/2010) |
| 09/29/2010 | 28 | Objection (related document(s): 20 Motion to Dismiss Debtor *Pursuant to 11 U.S.C. Section 707(a)* filed by U.S. Trustee United States Trustee (SA)) Filed by Debtor Jeffrey Scott Beier (Bisom, Andrew) (Entered: 09/29/2010) |
| 09/29/2010 | 29 | Opposition to (related document(s): 21 Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee *and F.R.B.P. 2017* filed by U.S. Trustee United States Trustee (SA)) Filed by Attorney Andrew S. Bisom (Bisom, Andrew) (Entered: 09/29/2010) |
| 09/29/2010 | 30 | Opposition to (related document(s): 20 Motion to Dismiss Debtor *Pursuant to 11 U.S.C. Section 707(a)* filed by U.S. Trustee United States Trustee (SA)) Filed by Debtor Jeffrey Scott Beier (Bisom, Andrew) (Entered: 09/29/2010) |
| 10/05/2010 | 31 | Hearing Held (Bk Motion) (RE: related document(s) 20 Dismiss Debtor) - MOTION GRANTED; case dismissed - (cr: Bust) (Ngo, Kim) (Entered: 10/05/2010) |
| 10/05/2010 | 32 | Hearing Held (Bk Motion) (RE: related document(s) 21 Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee) - Motion withdrawn - (cr: Bust) (Ngo, Kim) (Entered: 10/05/2010) |
| 10/12/2010 | 33 | 341 Meeting of Creditors Continued (Trustee's 341 Filings) on 10/21/2010 at 02:00 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Wolfe (TR), John) (Entered: 10/12/2010) |
| 10/19/2010 |  | Receipt of Certification Fee - $9.00 by 16. Receipt Number 80033697. (admin) (Entered: 10/20/2010) |
| 10/19/2010 |  | Receipt of Photocopies Fee - $2.50 by 16. Receipt Number 80033697. (admin) (Entered: 10/20/2010) |
| 03/10/2011 | 34 | Order withdrawing Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee (Related Doc # 21) - Signed on 3/10/2011 (Ngo, Kim) Modified on 3/10/2011 (Ngo, Kim). (Entered: 03/10/2011) |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2011 | 35 | Order Dismissing Case pursuant to 11 U.S.C. Section 707(a) - **Debtor** Dismissed. Signed on 3/10/2011. (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed Ngo, Kim) (Entered: 03/10/2011) |
| 03/10/2011 | 36 | Notice of dismissal (BNC) (Ngo, Kim) (Entered: 03/10/2011) |
| 03/12/2011 | 37 | BNC Certificate of Notice (RE: related document(s)36 Notice of dismissal (BNC)) No. of Notices: 7. Service Date 03/12/2011. (Admin.) (Entered: 03/12/2011) |
| 03/12/2011 | 38 | BNC Certificate of Notice - PDF Document. (RE: related document(s)34 Order on Motion to disgorge attorney's fees under 11 U.S.C. section 329 by U.S. Trustee) No. of Notices: 2. Service Date 03/12/2011. (Admin.) (Entered: 03/12/2011) |
| 03/28/2011 |  | Chapter 7 Trustee's Report of No Distribution: I, John M Wolfe (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee John M Wolfe (TR). (Wolfe (TR), John) (Entered: 03/28/2011) |
| 05/04/2011 | 39 | Bankruptcy Case Closed - DISMISSED (Corona, Heidi) (Entered: 05/04/2011) |