12/26/23, 10:47 AM                                                                 Case Access Print Case Information

Case 8:23-bk-10898-TA    Doc 127-9    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
Exhibit I - Case Docket 30-2011-00463450-CU-OR-CJC    Page 1 of 3

Case Summary:

| | |
|---|---|
| Case Id: | 30-2011-00463450-CU-OR-CJC |
| Case Title: | JEFFREY BEIER VS. BAC HOME LOANS SERVICING, LP |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 04/05/2011 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY BEIER, JEFFREY ON 04/05/2011 | 04/05/2011 | | 29 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY BEIER, JEFFREY ON 04/05/2011 | 04/05/2011 | | 1 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY BEIER, JEFFREY ON 04/05/2011 | 04/05/2011 | | 1 pages | ☐ |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER BANKS, ANDREW ON 04/05/2011. | 04/05/2011 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 166 - COMPLAINT OR OTHER 1ST PAPER, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 10870584 AND RECEIPT NUMBER 10694476. | 04/05/2011 | | 1 pages | ☐ |
| 6 | NOTICE OF PENDENCY OF ACTION FILED BY BEIER, JEFFREY ON 04/05/2011 | 04/05/2011 | | 1 pages | ☐ |
| 7 | EX PARTE APPLICATION - OTHER (TEMPORARY RESTRAINING ORDER) FILED BY BEIER, JEFFREY ON 04/05/2011 | 04/05/2011 | | 58 pages | ☐ |
| 8 | EX PARTE SCHEDULED FOR 04/05/2011 AT 08:45:00 AM IN C11 AT CENTRAL JUSTICE CENTER. | 04/05/2011 | | NV | |
| 9 | MINUTES FINALIZED FOR EX PARTE 04/05/2011 08:45:00 AM. | 04/05/2011 | | 1 pages | ☐ |
| 10 | DEMURRER TO COMPLAINT FILED BY BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A. ON 05/04/2011 | 05/04/2011 | | 14 pages | ☐ |
| 11 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, TRANSACTION NUMBER 10896723 AND RECEIPT NUMBER 10720615. | 05/05/2011 | | 1 pages | ☐ |
| 12 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, TRANSACTION NUMBER 10896727 AND RECEIPT NUMBER 10720619. | 05/05/2011 | | 1 pages | ☐ |
| 13 | DEMURRER TO COMPLAINT SCHEDULED FOR 10/07/2011 AT 01:30:00 PM IN C11 AT CENTRAL JUSTICE CENTER. | 05/05/2011 | | NV | |

Exhibit I

12/26/23, 10:47 AM　　　　　　　　　　　　　　　　　　ocCaseAccess 3 Print Case Information

Case 8:23-bk-10898-TA    Doc 127-9    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc
Exhibit I - Case Docket 30-2011-00463450-CU-OR-CJC    Page 2 of 3

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 14 | REQUEST FOR JUDICIAL NOTICE FILED BY BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A. ON 05/04/2011 | 05/04/2011 | | 41 pages | ☐ |
| 15 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/29/2011 AT 08:45:00 AM IN C11 AT CENTRAL JUSTICE CENTER. | 05/13/2011 | | 2 pages | ☐ |
| 16 | JURY TRIAL SCHEDULED FOR 04/23/2012 AT 09:00:00 AM IN C11 AT CENTRAL JUSTICE CENTER. | 08/29/2011 | | NV | |
| 17 | THE JURY TRIAL IS SCHEDULED FOR 04/23/2012 AT 09:00 AM IN DEPARTMENT C11. | 08/29/2011 | | NV | |
| 18 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 08/29/2011 08:45:00 AM. | 08/29/2011 | | 1 pages | ☐ |
| 19 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY ON 08/29/2011 | 08/29/2011 | | 5 pages | ☐ |
| 20 | NOTICE OF RULING FILED BY BAC HOME LOANS SERVICING, LP ON 10/07/2011 | 10/07/2011 | | 4 pages | ☐ |
| 21 | NOTICE OF RULING FILED BY BAC HOME LOANS SERVICING, LP ON 10/07/2011 | 10/07/2011 | | 4 pages | ☐ |
| 22 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 10/07/2011 01:30:00 PM. | 10/07/2011 | | 2 pages | ☐ |
| 23 | COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 11/09/2011 | | NV | |
| 24 | CASE DISMISSED WITH DISPOSITION OF REQUEST FOR DISMISSAL | 11/09/2011 | | NV | |
| 26 | E-FILING TRANSACTION 270491 RECEIVED ON 11/09/2011 03:11:39 PM. | 11/09/2011 | | NV | |
| 27 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY BEIER, JEFFREY ON 11/09/2011 | 11/09/2011 | | 3 pages | ☐ |
| 28 | MINUTES FINALIZED FOR CHAMBERS WORK 11/16/2011 03:17:00 PM. | 11/16/2011 | | 1 pages | ☐ |
| 29 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 11/16/2011 | | 1 pages | ☐ |
| 30 | JUDGMENT (OF DISMISSAL) FILED BY RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP ON 11/15/2011 | 11/15/2011 | | 4 pages | ☐ |
| | REQUEST FOR DISMISSAL FILED BY BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A. ON 11/15/2011 | 11/15/2011 | | 4 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| REED SMITH LLP | ATTORNEY | | 05/05/2011 | |
| JEFFREY BEIER | PLAINTIFF | | 04/05/2011 | |
| RECONTRUST COMPANY, N.A. | DEFENDANT | | 04/05/2011 | |
| BAC HOME LOANS SERVICING, LP | DEFENDANT | | 04/05/2011 | |
| LAW OFFICES OF DANIEL G. BROWN | ATTORNEY | | 04/05/2011 | |

Exhibit I

Hearings:

| Description | Date | Time | Department | Judge |

Print this page