Case Summary:

| | |
|---|---|
| Case Id: | 30-2015-00788856-CU-OR-CJC |
| Case Title: | BEIER VS. THE BANK OF NEW YORK MELLON |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 05/20/2015 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 4381153 RECEIVED ON 05/20/2015 07:00:34 PM. | 05/21/2015 | | *NV* | |
| 2 | COMPLAINT FILED BY BEIER, JEFFREY S. ON 05/20/2015 | 05/20/2015 | | 47 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY BEIER, JEFFREY S. ON 05/20/2015 | 05/20/2015 | | 1 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY BEIER, JEFFREY S. ON 05/20/2015 | 05/20/2015 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 11788085 AND RECEIPT NUMBER 11612408. | 05/21/2015 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER HORN, FREDERICK ON 05/20/2015. | 05/20/2015 | | 1 pages | ☐ |
| 7 | E-FILING TRANSACTION 3292723 RECEIVED ON 05/29/2015 09:42:41 AM. | 05/29/2015 | | *NV* | |
| 8 | PROOF OF SERVICE OF 30-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY BEIER, JEFFREY S. ON 05/29/2015 | 05/29/2015 | | 2 pages | ☐ |
| 10 | NOTICE OF HEARING OC GENERATED | 06/17/2015 | | 2 pages | ☐ |
| 11 | E-FILING TRANSACTION 3299547 RECEIVED ON 06/17/2015 09:10:01 AM. | 06/19/2015 | | *NV* | |
| 12 | NOTICE - OTHER (LIS PENDENS) FILED BY BEIER, JEFFREY S. ON 06/17/2015 | 06/17/2015 | | 4 pages | ☐ |
| 13 | E-FILING TRANSACTION 4397570 RECEIVED ON 06/25/2015 12:01:19 PM. | 06/25/2015 | | *NV* | |
| 14 | ANSWER TO COMPLAINT FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 06/25/2015 | 06/25/2015 | | 7 pages | ☐ |
| 15 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 11806519 AND RECEIPT NUMBER 11630827. | 06/25/2015 | | 1 pages | ☐ |

Exhibit J

12/26/23, 10:50 AM                                                          Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-10    Filed 12/26/23    Entered 12/26/23 17:17:38
                         Desc Exhibit J - Case Docket 30-2015-00788856-CU-OR-CJC    Page 2 of 6

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 16 | E-FILING TRANSACTION 4397677 RECEIVED ON 06/25/2015 01:55:56 PM. | 06/25/2015 | | *NV* | ☐ |
| 17 | PROOF OF SERVICE OF 30-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY BEIER, JEFFREY S. ON 06/25/2015 | 06/25/2015 | | 2 pages | ☐ |
| 18 | E-FILING TRANSACTION 1272933 RECEIVED ON 08/06/2015 10:37:05 AM. | 08/06/2015 | | *NV* | ☐ |
| 19 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S. ON 08/06/2015 | 08/06/2015 | | 5 pages | ☐ |
| 20 | E-FILING TRANSACTION 2398731 RECEIVED ON 08/10/2015 04:32:47 PM. | 08/10/2015 | | *NV* | ☐ |
| 21 | CASE MANAGEMENT STATEMENT FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 08/10/2015 | 08/10/2015 | | 6 pages | ☐ |
| 22 | JURY TRIAL SCHEDULED FOR 07/11/2016 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 08/25/2015 | | *NV* | ☐ |
| 23 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 06/10/2016 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 08/25/2015 | | *NV* | ☐ |
| 24 | THE JURY TRIAL IS SCHEDULED FOR 07/11/2016 AT 09:00 AM IN DEPARTMENT C31. | 08/25/2015 | | *NV* | ☐ |
| 25 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 06/10/2016 AT 09:00 AM IN DEPARTMENT C31. | 08/25/2015 | | *NV* | ☐ |
| 26 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 08/25/2015 09:00:00 AM. | 08/25/2015 | | 1 pages | ☐ |
| 27 | E-FILING TRANSACTION 4428273 RECEIVED ON 08/28/2015 11:58:50 AM. | 08/28/2015 | | *NV* | ☐ |
| 28 | MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 08/28/2015 | 08/28/2015 | | 19 pages | ☐ |
| 29 | REQUEST FOR JUDICIAL NOTICE FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 08/28/2015 | 08/28/2015 | | 59 pages | ☐ |
| 30 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11839944 AND RECEIPT NUMBER 11664192. | 08/28/2015 | | 1 pages | ☐ |
| 31 | MOTION FOR JUDGMENT ON THE PLEADINGS SCHEDULED FOR 09/30/2015 AT 01:30:00 PM IN C31 AT CENTRAL JUSTICE CENTER. | 08/28/2015 | | *NV* | ☐ |
| 32 | E-FILING TRANSACTION 4436839 RECEIVED ON 09/16/2015 06:31:35 PM. | 09/16/2015 | | *NV* | ☐ |
| 33 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 09/16/2015 | 09/16/2015 | | 18 pages | ☐ |

**Exhibit J**

12/26/23, 10:50 AM                                          Civil Case Access On23 Case Information

Case 8:23-bk-10898-TA    Doc 127-10    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit J - Case Docket 30-2015-00788856-CU-OR-CJC    Page 3 of 6

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 34 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 09/16/2015 | 09/16/2015 | | 7 pages | ☐ |
| 35 | E-FILING TRANSACTION 4440150 RECEIVED ON 09/23/2015 03:55:32 PM. | 09/24/2015 | | *NV* | ☐ |
| 36 | REPLY - OTHER FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 09/23/2015 | 09/23/2015 | | 10 pages | ☐ |
| 37 | RESPONSE FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 09/23/2015 | 09/23/2015 | | 4 pages | ☐ |
| 38 | MINUTES FINALIZED FOR MOTION FOR JUDGMENT ON THE PLEADINGS 09/30/2015 01:30:00 PM. | 10/01/2015 | | 1 pages | ☐ |
| 39 | E-FILING TRANSACTION 3342254 RECEIVED ON 10/16/2015 12:16:49 PM. | 10/16/2015 | | *NV* | ☐ |
| 40 | NOTICE OF RULING FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 10/16/2015 | 10/16/2015 | | 3 pages | ☐ |
| 41 | E-FILING TRANSACTION 1286162 RECEIVED ON 10/21/2015 04:45:41 PM. | 10/23/2015 | | *NV* | ☐ |
| 42 | AMENDED COMPLAINT (FIRST) FILED BY BEIER, JEFFREY S. ON 10/21/2015 | 10/21/2015 | | 74 pages | ☐ |
| 43 | E-FILING TRANSACTION 4466794 RECEIVED ON 11/19/2015 12:04:23 PM. | 11/30/2015 | | *NV* | ☐ |
| 44 | SUBSTITUTION OF ATTORNEY FILED BY BEIER, JEFFREY S. ON 11/19/2015 | 11/19/2015 | | 2 pages | ☐ |
| 45 | E-FILING TRANSACTION 1291869 RECEIVED ON 11/24/2015 02:49:07 PM. | 12/02/2015 | | *NV* | ☐ |
| 46 | DEMURRER TO AMENDED COMPLAINT FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 11/24/2015 | 11/24/2015 | | 21 pages | ☐ |
| 47 | REQUEST FOR JUDICIAL NOTICE FILED BY THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A. ON 11/24/2015 | 11/24/2015 | | 63 pages | ☐ |
| 48 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11885927 AND RECEIPT NUMBER 11710120. | 12/02/2015 | | 1 pages | ☐ |
| 49 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 01/06/2016 AT 01:30:00 PM IN C31 AT CENTRAL JUSTICE CENTER. | 12/02/2015 | | *NV* | ☐ |
| 50 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 01/06/2016 | | *NV* | ☐ |
| 51 | MINUTES FINALIZED FOR DEMURRER TO AMENDED COMPLAINT 01/06/2016 01:30:00 PM. | 01/08/2016 | | 1 pages | ☐ |

Exhibit J

12/26/23, 10:50 AM                         Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-10    Filed 12/26/23    Entered 12/26/23 17:17:38
                         Desc Exhibit J - Case Docket 30-2015-00788856-CU-OR-CJC    Page 4 of 6

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 52 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 01/08/2016 10:22:00 AM. | 01/08/2016 | | 1 pages | ☐ |
| 53 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 01/08/2016 | | 2 pages | ☐ |
| 54 | PROPOSED ORDER RECEIVED ON 02/18/2016 | 02/18/2016 | | 3 pages | ☐ |
| 55 | E-FILING TRANSACTION 4505562 RECEIVED ON 02/18/2016 11:44:04 AM. | 02/18/2016 | | NV | |
| 56 | EX PARTE APPLICATION - OTHER FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 02/18/2016 | 02/18/2016 | | 14 pages | ☐ |
| 57 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11922413 AND RECEIPT NUMBER 11746610. | 02/18/2016 | | 1 pages | ☐ |
| 58 | EX PARTE SCHEDULED FOR 02/19/2016 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 02/18/2016 | | NV | |
| 59 | E-FILING TRANSACTION 4505627 RECEIVED ON 02/18/2016 12:57:27 PM. | 02/18/2016 | | NV | |
| 60 | EX PARTE APPLICATION - OTHER FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 02/18/2016 | 02/18/2016 | | 14 pages | ☐ |
| 61 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11922420 AND RECEIPT NUMBER 11746617. | 02/18/2016 | | 1 pages | ☐ |
| 62 | EX PARTE SCHEDULED FOR 02/19/2016 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 02/18/2016 | | NV | |
| 63 | E-FILING TRANSACTION 4505746 RECEIVED ON 02/18/2016 02:51:13 PM. | 02/18/2016 | | NV | |
| 64 | PROOF OF SERVICE FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 02/18/2016 | 02/18/2016 | | 3 pages | ☐ |
| 65 | E-FILING TRANSACTION 1305493 RECEIVED ON 02/18/2016 12:25:53 PM. | 02/18/2016 | | NV | |
| 66 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY BEIER, JEFFREY S. ON 02/18/2016 | 02/18/2016 | | 2 pages | ☐ |
| 67 | AMENDED COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 02/18/2016 | | NV | |
| 68 | CASE DISMISSED WITH DISPOSITION OF REQUEST FOR DISMISSAL | 02/18/2016 | | NV | |
| 73 | E-FILING TRANSACTION NUMBER 4505563 REJECTED. | 02/19/2016 | | 1 pages | ☐ |
| 74 | PROPOSED ORDER RECEIVED ON 04/12/2016 | 04/12/2016 | | 3 pages | ☐ |

Exhibit J

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 75 | E-FILING TRANSACTION 4532223 RECEIVED ON 04/12/2016 05:24:24 PM. | 04/15/2016 | | *NV* | |
| 76 | MOTION TO EXPUNGE LIS PENDENS FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 04/12/2016 | 04/12/2016 | | 27 pages | ☐ |
| 77 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 04/12/2016 | 04/12/2016 | | 90 pages | ☐ |
| 78 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11952617 AND RECEIPT NUMBER 11776782. | 04/15/2016 | | 1 pages | ☐ |
| 79 | MOTION TO EXPUNGE LIS PENDENS SCHEDULED FOR 05/11/2016 AT 01:30:00 PM IN C31 AT CENTRAL JUSTICE CENTER. | 04/15/2016 | | *NV* | |
| 80 | E-FILING TRANSACTION 4535263 RECEIVED ON 04/19/2016 02:08:06 PM. | 04/19/2016 | | *NV* | |
| 81 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 04/19/2016 | 04/19/2016 | | 215 pages | ☐ |
| 82 | E-FILING TRANSACTION 4548179 RECEIVED ON 05/16/2016 03:39:55 PM. | 05/16/2016 | | *NV* | |
| 83 | NOTICE OF RULING FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 05/16/2016 | 05/16/2016 | | 6 pages | ☐ |
| 84 | PROPOSED ORDER RECEIVED ON 05/16/2016 | 05/16/2016 | | 2 pages | ☐ |
| 85 | MINUTES FINALIZED FOR MOTION TO EXPUNGE LIS PENDENS 05/11/2016 01:30:00 PM. | 05/16/2016 | | 2 pages | ☐ |
| 86 | E-FILING TRANSACTION 4550270 RECEIVED ON 05/19/2016 04:14:37 PM. | 05/19/2016 | | *NV* | |
| 87 | NOTICE OF RULING FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 05/19/2016 | 05/19/2016 | | 3 pages | ☐ |
| 88 | PROPOSED ORDER RECEIVED ON 05/19/2016 | 05/19/2016 | | 2 pages | ☐ |
| 89 | E-FILING TRANSACTION 4532224 RECEIVED ON 04/12/2016 05:24:34 PM. | 06/14/2016 | | *NV* | |
| 90 | PROPOSED ORDER (NOT SIGNED) FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 06/14/2016 | 06/14/2016 | | | |
| 91 | E-FILING TRANSACTION NUMBER 4548181 REJECTED. | 06/14/2016 | | 1 pages | ☐ |
| 92 | E-FILING TRANSACTION 4550269 RECEIVED ON 05/19/2016 04:14:34 PM. | 06/17/2016 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| LAW OFFICES OF DANIEL G. BROWN | ATTORNEY | | 05/21/2015 | |
| BANK OF AMERICA, N.A. | DEFENDANT | | 05/21/2015 | |
| JEFFREY S. BEIER | PLAINTIFF | | 05/21/2015 | |
| THE BANK OF NEW YORK MELLON | DEFENDANT | | 05/21/2015 | |
| SEVERSON & WERSON, A PROFESSIONAL COR | ATTORNEY | | 06/25/2015 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Exhibit J

Case 8:23-bk-10898-TA    Doc 127-10    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit J - Case Docket 30-2015-00788856-CU-OR-CJC    Page 6 of 6

Print this page

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 93 | ORDER - OTHER FILED BY BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON ON 06/14/2016 | 06/14/2016 | | 2 pages | ☐ |

Exhibit J