Case Summary:

| Case Id: | 30-2017-00907172-CU-OR-CJC |
|---|---|
| Case Title: | JEFFREY S. BEIER VS. BANK OF AMERICA N.A. |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 03/07/2017 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 3518842 RECEIVED ON 03/07/2017 12:26:11 PM. | 03/07/2017 | | NV | |
| 2 | COMPLAINT FILED BY BEIER, JEFFREY S. ON 03/07/2017 | 03/07/2017 | | 49 pages | ☐ |
| 3 | SUMMONS ISSUED AND FILED FILED BY BEIER, JEFFREY S. ON 03/07/2017 | 03/07/2017 | | 1 pages | ☐ |
| 4 | CIVIL CASE COVER SHEET FILED BY BEIER, JEFFREY S. ON 03/07/2017 | 03/07/2017 | | 2 pages | ☐ |
| 5 | PAYMENT RECEIVED BY LEGALCONNECT FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12118190 AND RECEIPT NUMBER 11942013. | 03/07/2017 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER GLASS, GEOFFREY ON 03/07/2017. | 03/07/2017 | | 1 pages | ☐ |
| 7 | E-FILING TRANSACTION 3531554 RECEIVED ON 04/07/2017 01:52:41 PM. | 04/11/2017 | | NV | |
| 8 | DECLARATION OF NON-MONETARY STATUS FILED BY CLEAR RECON CORP. ON 04/07/2017 | 04/07/2017 | | 3 pages | ☐ |
| 9 | E-FILING TRANSACTION 4706624 RECEIVED ON 04/10/2017 08:00:10 PM. | 04/13/2017 | | NV | |
| 10 | DEMURRER TO COMPLAINT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 04/10/2017 | 04/10/2017 | | 16 pages | ☐ |
| 11 | DECLARATION - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 04/10/2017 | 04/10/2017 | | 3 pages | ☐ |
| 12 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 04/10/2017 | 04/10/2017 | | 108 pages | ☐ |
| 13 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 12139381 AND RECEIPT NUMBER 11963164. | 04/13/2017 | | 1 pages | ☐ |

Exhibit L

12/26/23, 10:52 AM                  Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
                    Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 2 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 14 | DEMURRER TO COMPLAINT SCHEDULED FOR 05/15/2017 AT 01:30:00 PM IN C32 AT CENTRAL JUSTICE CENTER. | 04/13/2017 | | *NV* | ☐ |
| 15 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 09/05/2017 AT 09:00:00 AM IN C32 AT CENTRAL JUSTICE CENTER. | 04/21/2017 | | 2 pages | ☐ |
| 16 | E-FILING TRANSACTION 2551507 RECEIVED ON 05/02/2017 12:54:12 PM. | 05/02/2017 | | *NV* | ☐ |
| 17 | AMENDED COMPLAINT (FIRST) FILED BY BEIER, JEFFREY S. ON 05/02/2017 | 05/02/2017 | | 78 pages | ☐ |
| 18 | E-FILING TRANSACTION 2553994 RECEIVED ON 05/10/2017 03:44:44 PM. | 05/10/2017 | | *NV* | ☐ |
| 19 | NOTICE OF WITHDRAWAL OF MOTION FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 05/10/2017 | 05/10/2017 | | 3 pages | ☐ |
| 20 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 05/15/2017 01:30:00 PM. | 05/16/2017 | | 1 pages | ☐ |
| 21 | E-FILING TRANSACTION 3553057 RECEIVED ON 06/05/2017 03:29:27 PM. | 06/09/2017 | | *NV* | ☐ |
| 22 | DEMURRER TO AMENDED COMPLAINT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 06/05/2017 | 06/05/2017 | | 20 pages | ☐ |
| 23 | DECLARATION IN SUPPORT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 06/05/2017 | 06/05/2017 | | 3 pages | ☐ |
| 24 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 06/05/2017 | 06/05/2017 | | 108 pages | ☐ |
| 25 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12168917 AND RECEIPT NUMBER 11992617. | 06/09/2017 | | 1 pages | ☐ |
| 26 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 07/17/2017 AT 01:30:00 PM IN C32 AT CENTRAL JUSTICE CENTER. | 06/09/2017 | | *NV* | ☐ |
| 27 | E-FILING TRANSACTION 1395917 RECEIVED ON 06/28/2017 03:44:21 PM. | 06/28/2017 | | *NV* | ☐ |
| 28 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 06/28/2017 | 06/28/2017 | | 20 pages | ☐ |
| 29 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 06/28/2017 | 06/28/2017 | | 118 pages | ☐ |
| 30 | E-FILING TRANSACTION 2569705 RECEIVED ON 07/05/2017 02:10:30 PM. | 07/05/2017 | | *NV* | ☐ |
| 31 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S. ON 07/05/2017 | 07/05/2017 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 32 | E-FILING TRANSACTION 2571117 RECEIVED ON 07/10/2017 01:00:47 PM. | 07/10/2017 | | *NV* | ☐ |
| 33 | RESPONSE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 07/10/2017 | 07/10/2017 | | 4 pages | ☐ |
| 34 | REPLY - OTHER (IN SUPPORT) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 07/10/2017 | 07/10/2017 | | 7 pages | ☐ |
| 35 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 07/17/2017 | | *NV* | ☐ |
| 36 | MINUTES FINALIZED FOR DEMURRER TO AMENDED COMPLAINT 07/17/2017 01:30:00 PM. | 07/18/2017 | | 1 pages | ☐ |
| 37 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 08/01/2017 02:34:00 PM. | 08/03/2017 | | 1 pages | ☐ |
| 38 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/03/2017 | | 2 pages | ☐ |
| 39 | E-FILING TRANSACTION 4761104 RECEIVED ON 08/24/2017 12:08:46 PM. | 08/24/2017 | | *NV* | ☐ |
| 40 | CASE MANAGEMENT STATEMENT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 08/24/2017 | 08/24/2017 | | 6 pages | ☐ |
| 41 | PROPOSED STIPULATION AND ORDER RECEIVED ON 09/01/2017 | 09/01/2017 | | 5 pages | ☐ |
| 42 | E-FILING TRANSACTION 4764060 RECEIVED ON 09/01/2017 02:53:24 PM. | 09/01/2017 | | *NV* | ☐ |
| 43 | NOTICE - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 09/01/2017 | 09/01/2017 | | 6 pages | ☐ |
| 44 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 11/06/2017 AT 09:00:00 AM IN C32 AT CENTRAL JUSTICE CENTER. | 09/05/2017 | | *NV* | ☐ |
| 45 | CASE MANAGEMENT CONFERENCE CONTINUED TO 11/06/2017 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 09/05/2017 | | *NV* | ☐ |
| 46 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 09/05/2017 09:00:00 AM. | 09/05/2017 | | 1 pages | ☐ |
| 47 | E-FILING TRANSACTION 1416912 RECEIVED ON 09/01/2017 02:53:26 PM. | 09/07/2017 | | *NV* | ☐ |
| 48 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 09/07/2017 | 09/07/2017 | | 5 pages | ☐ |
| 49 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12216485 AND RECEIPT NUMBER 12040204. | 09/07/2017 | | 1 pages | ☐ |

Exhibit L

12/26/23, 10:52 AM

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 4 of 13

Civil Case Access - Case Information

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 50 | E-FILING TRANSACTION 1424798 RECEIVED ON 09/27/2017 10:59:51 AM. | 09/27/2017 | | *NV* | |
| 51 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY BEIER, JEFFREY S. ON 09/27/2017 | 09/27/2017 | | 2 pages | ☐ |
| 52 | E-FILING TRANSACTION 1426449 RECEIVED ON 10/02/2017 04:15:41 PM. | 10/03/2017 | | *NV* | |
| 53 | AMENDED COMPLAINT (SECOND) FILED BY BEIER, JEFFREY S. ON 10/02/2017 | 10/02/2017 | | 89 pages | ☐ |
| 54 | E-FILING TRANSACTION 4778911 RECEIVED ON 10/18/2017 03:01:35 PM. | 10/18/2017 | | *NV* | |
| 55 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S. ON 10/18/2017 | 10/18/2017 | | 6 pages | ☐ |
| 56 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 03/12/2018 AT 11:00:00 AM IN C32 AT CENTRAL JUSTICE CENTER. | 11/06/2017 | | *NV* | |
| 57 | CASE MANAGEMENT CONFERENCE CONTINUED TO 03/12/2018 AT 11:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 11/06/2017 | | *NV* | |
| 58 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 11/06/2017 09:00:00 AM. | 11/06/2017 | | 1 pages | ☐ |
| 59 | E-FILING TRANSACTION 2618305 RECEIVED ON 12/04/2017 05:14:40 PM. | 12/06/2017 | | *NV* | |
| 60 | DEMURRER TO AMENDED COMPLAINT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 12/04/2017 | 12/04/2017 | | 15 pages | ☐ |
| 61 | DECLARATION IN SUPPORT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 12/04/2017 | 12/04/2017 | | 3 pages | ☐ |
| 62 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 12/04/2017 | 12/04/2017 | | 108 pages | ☐ |
| 63 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12263675 AND RECEIPT NUMBER 12087380. | 12/06/2017 | | 1 pages | ☐ |
| 64 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 02/05/2018 AT 01:30:00 PM IN C32 AT CENTRAL JUSTICE CENTER. | 12/06/2017 | | *NV* | |
| 65 | E-FILING TRANSACTION 1460994 RECEIVED ON 01/22/2018 03:44:26 PM. | 01/22/2018 | | *NV* | |
| 66 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 01/22/2018 | 01/22/2018 | | 47 pages | ☐ |
| 67 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 01/22/2018 | 01/22/2018 | | 16 pages | ☐ |

12/26/23, 10:52 AM                               Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 5 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 68 | E-FILING TRANSACTION 2635235 RECEIVED ON 01/29/2018 04:14:44 PM. | 01/30/2018 | | *NV* | |
| 69 | REPLY - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 01/29/2018 | 01/29/2018 | | 9 pages | ☐ |
| 70 | RESPONSE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 01/29/2018 | 01/29/2018 | | 4 pages | ☐ |
| 71 | MINUTES FINALIZED FOR DEMURRER TO AMENDED COMPLAINT 02/05/2018 01:30:00 PM. | 02/08/2018 | | 1 pages | ☐ |
| 72 | E-FILING TRANSACTION 3644717 RECEIVED ON 03/09/2018 02:44:19 PM. | 03/09/2018 | | *NV* | |
| 73 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S. ON 03/09/2018 | 03/09/2018 | | 6 pages | ☐ |
| 74 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 05/07/2018 AT 11:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 03/12/2018 | | *NV* | |
| 75 | CASE MANAGEMENT CONFERENCE CONTINUED TO 05/07/2018 AT 11:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 03/12/2018 | | *NV* | |
| 76 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 03/12/2018 11:00:00 AM. | 03/14/2018 | | 1 pages | ☐ |
| 77 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/14/2018 | | 2 pages | ☐ |
| 78 | E-FILING TRANSACTION 4837891 RECEIVED ON 04/20/2018 05:30:44 PM. | 04/20/2018 | | *NV* | |
| 79 | CASE MANAGEMENT STATEMENT FILED BY BANK OF AMERICA N.A. ON 04/20/2018 | 04/20/2018 | | 6 pages | ☐ |
| 80 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 03/29/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 05/07/2018 | | *NV* | |
| 81 | COURT TRIAL SCHEDULED FOR 04/29/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 05/07/2018 | | *NV* | |
| 82 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 05/21/2018 AT 11:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 05/07/2018 | | *NV* | |
| 83 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 03/29/2019 AT 09:00 AM IN DEPARTMENT C31. | 05/07/2018 | | *NV* | |
| 84 | THE COURT TRIAL IS SCHEDULED FOR 04/29/2019 AT 09:00 AM IN DEPARTMENT C31. | 05/07/2018 | | *NV* | |
| 85 | CASE MANAGEMENT CONFERENCE CONTINUED TO 05/21/2018 AT 11:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 05/07/2018 | | *NV* | |

Exhibit L

12/26/23, 10:52 AM Civil Case Access — Case Interaction

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 6 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 86 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 05/07/2018 11:00:00 AM. | 05/09/2018 | | 1 pages | ☐ |
| 87 | E-FILING TRANSACTION 3669094 RECEIVED ON 05/18/2018 11:30:21 AM. | 05/18/2018 | | NV | ☐ |
| 88 | ANSWER TO AMENDED COMPLAINT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 05/18/2018 | 05/18/2018 | | 26 pages | ☐ |
| 89 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 05/21/2018 11:00:00 AM. | 05/23/2018 | | 1 pages | ☐ |
| 90 | COURT TRIAL SCHEDULED FOR 07/22/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 12/21/2018 | | NV | ☐ |
| 91 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 06/21/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 12/21/2018 | | NV | ☐ |
| 92 | E-FILING TRANSACTION 3742010 RECEIVED ON 12/21/2018 10:54:04 AM. | 12/28/2018 | | NV | ☐ |
| 93 | STIPULATION AND ORDER (TO CONTINUE TRIAL) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 12/21/2018 | 12/21/2018 | | 5 pages | ☐ |
| 94 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12475057 AND RECEIPT NUMBER 12298736. | 12/28/2018 | | 1 pages | ☐ |
| 95 | PROPOSED STIPULATION AND ORDER RECEIVED ON 03/25/2019 | 03/25/2019 | | 6 pages | ☐ |
| 96 | PROPOSED STIPULATION AND ORDER RECEIVED ON 03/25/2019 | 03/25/2019 | | 6 pages | ☐ |
| 97 | E-FILING TRANSACTION 3773579 RECEIVED ON 03/25/2019 02:07:03 PM. | 03/27/2019 | | NV | ☐ |
| 98 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 03/25/2019 | 03/25/2019 | | 1 pages | ☐ |
| 99 | E-FILING TRANSACTION 2776757 RECEIVED ON 03/25/2019 02:01:02 PM. | 03/27/2019 | | NV | ☐ |
| 100 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 03/25/2019 | 03/25/2019 | | 1 pages | ☐ |
| 101 | E-FILING TRANSACTION 4951496 RECEIVED ON 03/25/2019 02:01:10 PM. | 04/29/2019 | | NV | ☐ |
| 102 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY BEIER, JEFFREY S. ON 04/29/2019 | 04/29/2019 | | 6 pages | ☐ |
| 103 | PAYMENT RECEIVED BY LEGALCONNECT FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12542939 AND RECEIPT NUMBER 12366758. | 04/29/2019 | | 1 pages | ☐ |

Exhibit L

12/26/23, 10:52 AM                    Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
                Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 7 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 104 | E-FILING TRANSACTION 2776763 RECEIVED ON 03/25/2019 02:07:11 PM. | 04/29/2019 | | *NV* | |
| 105 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY BEIER, JEFFREY S. ON 04/29/2019 | 04/29/2019 | | 6 pages | ☐ |
| 106 | PAYMENT RECEIVED BY LEGALCONNECT FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12542943 AND RECEIPT NUMBER 12366762. | 04/29/2019 | | 1 pages | ☐ |
| 107 | PROPOSED STIPULATION AND ORDER RECEIVED ON 05/02/2019 | 05/02/2019 | | 6 pages | ☐ |
| 108 | E-FILING TRANSACTION 1618885 RECEIVED ON 05/02/2019 08:50:32 AM. | 05/02/2019 | | *NV* | |
| 109 | EX PARTE APPLICATION - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 05/02/2019 | 05/02/2019 | | 13 pages | ☐ |
| 110 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12545223 AND RECEIPT NUMBER 12369073. | 05/02/2019 | | 1 pages | ☐ |
| 111 | EX PARTE SCHEDULED FOR 05/03/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 05/02/2019 | | *NV* | |
| 112 | COURT TRIAL SCHEDULED FOR 10/21/2019 AT 09:00:00 AM IN C31 AT CENTRAL JUSTICE CENTER. | 05/03/2019 | | *NV* | |
| 114 | COURT TRIAL CONTINUED TO 10/21/2019 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 05/03/2019 | | *NV* | |
| 116 | MINUTES FINALIZED FOR EX PARTE 05/03/2019 09:00:00 AM. | 05/03/2019 | | 1 pages | ☐ |
| 117 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 05/03/2019 | | 2 pages | ☐ |
| 118 | CASE REASSIGNED TO MELISSA MCCORMICK EFFECTIVE 06/13/2019. | 05/24/2019 | | 2 pages | ☐ |
| 119 | E-FILING TRANSACTION 2790394 RECEIVED ON 05/02/2019 08:50:43 AM. | 06/07/2019 | | *NV* | |
| 120 | STIPULATION AND ORDER FILED BY BANK OF AMERICA N.A. ON 05/03/2019 | 05/03/2019 | | 6 pages | ☐ |
| 121 | PAYMENT RECEIVED BY LEGALCONNECT FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12566018 AND RECEIPT NUMBER 12389973. | 06/07/2019 | | 1 pages | ☐ |
| 122 | COURT TRIAL REASSIGNED TO C13 AT CENTRAL JUSTICE CENTER ON 10/21/2019 AT 09:00:00 AM. | 06/13/2019 | | *NV* | |

Exhibit L

12/26/23, 10:52 AM

Case 8:23-bk-10898-TA   Doc 127-12   Filed 12/26/23   Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC   Page 8 of 13

Civil Case Access - Civil Case Information

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 123 | CASE REASSIGNED TO LAYNE MELZER EFFECTIVE 07/08/2019. | 06/19/2019 | | 2 pages | ☐ |
| 124 | MINUTES FINALIZED FOR CHAMBERS WORK 06/21/2019 10:32:00 AM. | 06/21/2019 | | 1 pages | ☐ |
| 125 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/21/2019 | | 2 pages | ☐ |
| 126 | CASE REASSIGNED TO LAYNE MELZER EFFECTIVE 06/24/2019. | 06/21/2019 | | NV | |
| 127 | COURT TRIAL REASSIGNED TO C12 AT CENTRAL JUSTICE CENTER ON 10/21/2019 AT 09:00:00 AM. | 06/24/2019 | | NV | |
| 129 | COURT TRIAL SCHEDULED FOR 10/25/2019 AT 09:00:00 AM IN C12 AT CENTRAL JUSTICE CENTER. | 07/10/2019 | | 2 pages | ☐ |
| 130 | PROPOSED STIPULATION AND ORDER RECEIVED ON 07/16/2019 | 07/16/2019 | | 5 pages | ☐ |
| 131 | E-FILING TRANSACTION 2816166 RECEIVED ON 07/16/2019 01:57:37 PM. | 07/17/2019 | | NV | |
| 132 | EX PARTE APPLICATION - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 07/16/2019 | 07/16/2019 | | 14 pages | ☐ |
| 133 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12587261 AND RECEIPT NUMBER 12411300. | 07/17/2019 | | 1 pages | ☐ |
| 134 | EX PARTE SCHEDULED FOR 07/18/2019 AT 01:30:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 07/17/2019 | | NV | |
| 135 | E-FILING TRANSACTION 1641657 RECEIVED ON 07/08/2019 04:00:26 PM. | 07/17/2019 | | NV | |
| 136 | MOTION FOR SUMMARY JUDGMENT/ADJUDICATION FILED BY BANK OF AMERICA N.A. ON 07/08/2019 | 07/08/2019 | | 26 pages | ☐ |
| 137 | SEPARATE STATEMENT FILED BY BANK OF AMERICA N.A. ON 07/08/2019 | 07/08/2019 | | 28 pages | ☐ |
| 138 | REQUEST FOR JUDICIAL NOTICE FILED BY BANK OF AMERICA N.A. ON 07/08/2019 | 07/08/2019 | | 54 pages | ☐ |
| 139 | DECLARATION - OTHER FILED BY BANK OF AMERICA N.A. ON 07/08/2019 | 07/08/2019 | | 120 pages | ☐ |
| 140 | DECLARATION - OTHER FILED BY BANK OF AMERICA N.A. ON 07/08/2019 | 07/08/2019 | | 170 pages | ☐ |
| 141 | PAYMENT RECEIVED BY LEGALCONNECT FOR 38 - MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 12587470 AND RECEIPT NUMBER 12411509. | 07/17/2019 | | 1 pages | ☐ |

12/26/23, 10:52 AM                      Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-12  Filed 12/26/23  Entered 12/26/23 17:17:38
                          Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 9 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 142 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION SCHEDULED FOR 11/07/2019 AT 02:00:00 PM IN C12 AT . | 07/17/2019 | | *NV* | |
| 143 | E-FILING TRANSACTION 3813027 RECEIVED ON 07/16/2019 01:57:39 PM. | 07/18/2019 | | *NV* | |
| 144 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 07/18/2019 | 07/18/2019 | | 5 pages | ☐ |
| 145 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12588285 AND RECEIPT NUMBER 12412324. | 07/18/2019 | | 1 pages | ☐ |
| 146 | COURT TRIAL SCHEDULED FOR 12/09/2019 AT 09:00:00 AM IN C12 AT CENTRAL JUSTICE CENTER. | 07/18/2019 | | *NV* | |
| 147 | COURT TRIAL CONTINUED TO 12/09/2019 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO STIPULATION. | 07/18/2019 | | *NV* | |
| 148 | MINUTES FINALIZED FOR EX PARTE 07/18/2019 01:30:00 PM. | 07/18/2019 | | 1 pages | ☐ |
| 149 | E-FILING TRANSACTION 1678116 RECEIVED ON 10/17/2019 02:05:47 PM. | 10/18/2019 | | *NV* | |
| 150 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 10/17/2019 | 10/17/2019 | | 1 pages | ☐ |
| 151 | E-FILING TRANSACTION 2852439 RECEIVED ON 10/24/2019 02:48:46 PM. | 10/24/2019 | | *NV* | |
| 152 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 46 pages | ☐ |
| 153 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 68 pages | ☐ |
| 154 | DECLARATION IN SUPPORT FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 18 pages | ☐ |
| 155 | REQUEST FOR JUDICIAL NOTICE FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 29 pages | ☐ |
| 156 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 25 pages | ☐ |
| 157 | OPPOSITION FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 161 pages | ☐ |
| 158 | DECLARATION IN SUPPORT FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 8 pages | ☐ |
| 159 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 10/24/2019 | 10/24/2019 | | 2 pages | ☐ |
| 160 | PROPOSED ORDER RECEIVED ON 11/01/2019 | 11/01/2019 | | 8 pages | ☐ |
| 161 | E-FILING TRANSACTION 2855150 RECEIVED ON 11/01/2019 10:17:32 AM. | 11/01/2019 | | *NV* | |

Exhibit L

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 162 | REPLY - OTHER FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/01/2019 | 11/01/2019 | | 11 pages | ☐ |
| 163 | RESPONSE FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/01/2019 | 11/01/2019 | | 4 pages | ☐ |
| 164 | OBJECTION FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/01/2019 | 11/01/2019 | | 7 pages | ☐ |
| 165 | PROPOSED ORDER RECEIVED ON 11/06/2019 | 11/06/2019 | | 2 pages | ☐ |
| 166 | E-FILING TRANSACTION 2856703 RECEIVED ON 11/06/2019 10:08:32 AM. | 11/06/2019 | | NV | |
| 167 | MOTION FOR LEAVE TO AMEND (TO FILE THIRD AMENDED COMPLAINT) FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 276 pages | ☐ |
| 168 | STATEMENT - OTHER (OF PROPOSED CHANGES) FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 15 pages | ☐ |
| 169 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 1 pages | ☐ |
| 170 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12654128 AND RECEIPT NUMBER 12478747. | 11/06/2019 | | 1 pages | ☐ |
| 171 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT SCHEDULED FOR 02/27/2020 AT 02:00:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 11/06/2019 | | NV | |
| 172 | PROPOSED ORDER RECEIVED ON 11/06/2019 | 11/06/2019 | | 3 pages | ☐ |
| 173 | E-FILING TRANSACTION 3853492 RECEIVED ON 11/06/2019 10:34:35 AM. | 11/06/2019 | | NV | |
| 174 | EX PARTE APPLICATION - OTHER FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 285 pages | ☐ |
| 175 | DECLARATION - OTHER FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 3 pages | ☐ |
| 176 | PROOF OF SERVICE FILED BY BEIER, JEFFREY S. ON 11/06/2019 | 11/06/2019 | | 1 pages | ☐ |
| 177 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12654283 AND RECEIPT NUMBER 12478902. | 11/06/2019 | | 1 pages | ☐ |
| 178 | EX PARTE SCHEDULED FOR 11/07/2019 AT 01:30:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 11/06/2019 | | NV | |
| 179 | E-FILING TRANSACTION 1685652 RECEIVED ON 11/07/2019 10:16:05 AM. | 11/07/2019 | | NV | |

Exhibit L

12/26/23, 10:52 AM — Civil Case Access Civil Case Enterprise

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 11 of 13

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 180 | OPPOSITION FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/07/2019 | 11/07/2019 | | 8 pages | ☐ |
| 181 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/07/2019 | 11/07/2019 | | 22 pages | ☐ |
| 182 | MINUTES FINALIZED FOR EX PARTE 11/07/2019 01:30:00 PM. | 11/07/2019 | | 1 pages | ☐ |
| 183 | MINUTE ORDER DATED 11/07/19 CORRECTED NUNC PRO TUNC. | 11/07/2019 | | NV | |
| 184 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 11/07/2019 02:00:00 PM. | 11/07/2019 | | 4 pages | ☐ |
| 185 | E-FILING TRANSACTION 2858510 RECEIVED ON 11/12/2019 08:34:20 AM. | 11/12/2019 | | NV | |
| 186 | NOTICE OF RULING FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/12/2019 | 11/12/2019 | | 9 pages | ☐ |
| 187 | PROPOSED JUDGMENT RECEIVED ON 11/12/2019. | 11/12/2019 | | 9 pages | ☐ |
| 189 | E-FILING TRANSACTION 3851904 RECEIVED ON 11/01/2019 10:17:31 AM. | 11/12/2019 | | NV | |
| 190 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/01/2019 | 11/01/2019 | | 8 pages | ☐ |
| 191 | E-FILING TRANSACTION 3853493 RECEIVED ON 11/06/2019 10:35:12 AM. | 11/12/2019 | | NV | |
| 192 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/06/2019 | 11/06/2019 | | 3 pages | ☐ |
| 193 | E-FILING TRANSACTION 41031471 RECEIVED ON 11/06/2019 10:09:10 AM. | 11/12/2019 | | NV | |
| 194 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/06/2019 | 11/06/2019 | | 2 pages | ☐ |
| 195 | JUDGMENT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/21/2019 | 11/21/2019 | | 8 pages | ☐ |
| 196 | THE COURT ENTERS JUDGMENT AS TO AMENDED COMPLAINT. | 11/21/2019 | | NV | |
| 197 | AMENDED COMPLAINT DISPOSED WITH DISPOSITION OF SUMMARY JUDGMENT. | 11/21/2019 | | NV | |
| 198 | CASE DISPOSED WITH DISPOSITION OF SUMMARY JUDGMENT | 11/21/2019 | | NV | |
| 200 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 11/21/2019 | | 9 pages | ☐ |
| 201 | E-FILING TRANSACTION 3859308 RECEIVED ON 11/21/2019 12:49:13 PM. | 11/21/2019 | | NV | |

Exhibit L

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 202 | NOTICE OF ENTRY OF JUDGMENT FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 11/21/2019 | 11/21/2019 | | 13 pages | ☐ |
| 203 | E-FILING TRANSACTION 41054716 RECEIVED ON 01/14/2020 02:43:34 PM. | 01/14/2020 | | *NV* | |
| 204 | NOTICE OF APPEAL - UNLIMITED CIVIL FILED | 01/14/2020 | | 1 pages | ☐ |
| 205 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 01/14/2020 | 01/14/2020 | | 1 pages | ☐ |
| 206 | PAYMENT RECEIVED BY LEGALCONNECT FOR 24 - TRANSCRIPT ON APPEAL, DISTRICT COURT APPEAL IN THE AMOUNT OF 875.00, TRANSACTION NUMBER 12691192 AND RECEIPT NUMBER 12516190. | 01/14/2020 | | 1 pages | ☐ |
| 207 | NOTIFICATION OF FILING NOTICE OF APPEAL | 01/14/2020 | | 2 pages | ☐ |
| 208 | E-FILING TRANSACTION 1708909 RECEIVED ON 01/15/2020 02:02:56 PM. | 01/15/2020 | | *NV* | |
| 209 | ELECTION TO PROCEED BY APPENDIX (RULES OF COURT 5.1) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 210 | RECEIPT FOR RECORDS AND PAPERS G058753 | 01/17/2020 | | 3 pages | ☐ |
| 211 | DISBURSEMENT ON TRUST 350836 TO COURT OF APPEAL ISSUED IN THE AMOUNT OF 775.00 DUE TO OTHER. | 01/24/2020 | | *NV* | |
| 212 | NOTICE OF DEFAULT | 01/27/2020 | | 2 pages | ☐ |
| 213 | E-FILING TRANSACTION 3883371 RECEIVED ON 01/31/2020 11:21:41 AM. | 01/31/2020 | | *NV* | |
| 214 | NOTICE - OTHER FILED BY BEIER, JEFFREY S. ON 01/31/2020 | 01/31/2020 | | 4 pages | ☐ |
| 215 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 01/31/2020 | 01/31/2020 | | 1 pages | ☐ |
| 216 | E-FILING TRANSACTION 2886813 RECEIVED ON 01/31/2020 03:06:00 PM. | 01/31/2020 | | *NV* | |
| 217 | STATEMENT - OTHER FILED BY BEIER, JEFFREY S. ON 01/31/2020 | 01/31/2020 | | 4 pages | ☐ |
| 218 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 01/31/2020 | 01/31/2020 | | 1 pages | ☐ |
| 219 | E-FILING TRANSACTION 3887691 RECEIVED ON 02/13/2020 10:59:42 AM. | 02/13/2020 | | *NV* | |
| 220 | DESIGNATION OF RECORD ON APPEAL FILED BY BEIER, JEFFREY S. ON 02/13/2020 | 02/13/2020 | | 4 pages | ☐ |
| 221 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 02/13/2020 | 02/13/2020 | | 1 pages | ☐ |
| 222 | E-FILING TRANSACTION 1072500 RECEIVED ON 03/02/2020 01:59:42 PM. | 03/02/2020 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| BANK OF AMERICA N.A. | RESPONDENT ON APPEAL | | 01/15/2020 | *NV* |
| THE BANK OF NEW YORK MELLON | DEFENDANT | | 03/07/2017 | |
| JEFFREY S. BEIER | PLAINTIFF | | 03/07/2017 | |
| THE BANK OF NEW YORK MELLON | RESPONDENT ON APPEAL | | 01/15/2020 | |
| SEVERSON & WERSON | ATTORNEY | | 04/13/2017 | *NV* |
| ALDRIDGE PITE LLP | ATTORNEY | | 04/11/2017 | |
| BANK OF AMERICA N.A. | DEFENDANT | | 03/07/2017 | |
| JEFFREY S. BEIER | APPELLANT | | 01/14/2020 | |
| THE LAW OFFICES OF SANFORD PARKER | ATTORNEY | | 03/07/2017 | *NV* |
| CLEAR RECON CORP. | DEFENDANT | | 03/07/2017 | |

Exhibit L

12/26/23, 10:52 AM                    Civil Case Access - Case Enforced

Case 8:23-bk-10898-TA    Doc 127-12    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC    Page 13 of 13

Hearings:

| ROA | Docket Description | Filing Date | Filing Time | Filing Department | Document Party | Select Judge |
|---|---|---|---|---|---|---|
| 223 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION PROPOSED STATEMENT ON APPEAL FILED BY BEIER, JEFFREY S. ON 03/02/2020 | 07/2019 03/02/2020 | 02:00 | C12 | 7 pages | MELZER |
| 224 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 03/02/2020 | 03/02/2020 | | | 1 pages | ☐ |
| 225 | E-FILING TRANSACTION 41075568 RECEIVED ON 03/10/2020 10:38:04 AM. | 03/10/2020 | | | NV | |
| 226 | PROPOSED AMENDMENTS TO PROPOSED STATEMENT (RESPONDENT) FILED BY BANK OF AMERICA N.A.; THE BANK OF NEW YORK MELLON ON 03/10/2020 | 03/10/2020 | | | 4 pages | ☐ |
| 227 | NOTICE OF MAILING REGISTER OF ACTIONS | 06/01/2020 | | | 1 pages | ☐ |
| 228 | MINUTES FINALIZED FOR CHAMBERS WORK 06/02/2020 02:03:00 PM. | 06/02/2020 | | | 1 pages | ☐ |
| 229 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/02/2020 | | | 2 pages | ☐ |
| 230 | E-FILING TRANSACTION 2915945 RECEIVED ON 06/10/2020 09:52:31 AM. | 06/10/2020 | | | NV | |
| 231 | CORRECTED/MODIFIED STATEMENT ON APPEAL FILED BY BEIER, JEFFREY S. ON 06/10/2020 | 06/10/2020 | | | 7 pages | ☐ |
| 232 | PROOF OF ESERVICE FILED BY BEIER, JEFFREY S. ON 06/10/2020 | 06/10/2020 | | | 1 pages | ☐ |
| 233 | MINUTES FINALIZED FOR CHAMBERS WORK 06/26/2020 08:35:00 AM. | 06/26/2020 | | | 1 pages | ☐ |
| 234 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/26/2020 | | | 9 pages | ☐ |
| 235 | OPINION G058753 | 04/01/2021 | | | 26 pages | ☐ |
| 236 | REMITTITUR (G058753) FILED BY THE SUPERIOR COURT OF ORANGE ON 07/28/2022 | 07/28/2022 | | | 27 pages | ☐ |

Print this page

Exhibit L