12/26/23, 11:07 AM                                   Civil Case Access - Print Case Information

Case 8:23-bk-10898-TA    Doc 127-17    Filed 12/26/23    Entered 12/26/23 17:17:38
                         Desc Exhibit Q - Case Docket 30-2023-01312331-CU-OR-CJC    Page 1 of 4

Case Summary:

| | |
|---|---|
| Case Id: | 30-2023-01312331-CU-OR-CJC |
| Case Title: | JEFFREY S BEIER VS. BANK OF AMERICA, N.A. |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 03/08/2023 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 11111644 RECEIVED ON 03/08/2023 02:39:51 PM. | 03/15/2023 | | NV | |
| 2 | COMPLAINT FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 139 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY BEIER, JEFFREY S ON 03/08/2023 | 03/08/2023 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY LEGALCONNECT FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13192518 AND RECEIPT NUMBER 13020644. | 03/15/2023 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER MCCORMICK, MELISSA ON 03/08/2023. | 03/08/2023 | | NV | |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/17/2023 AT 09:00:00 AM IN C13 AT CENTRAL JUSTICE CENTER. | 03/15/2023 | | 2 pages | ☐ |
| 8 | THE CASE MANAGEMENT CONFERENCE CURRENTLY SET ON 08/17/2023 IS ORDERED ADVANCED TO 06/08/2023 AT 09:00 AM IN C13. | 03/15/2023 | | NV | |
| 9 | MINUTES FINALIZED FOR CHAMBERS WORK 03/15/2023 07:45:00 AM. | 03/15/2023 | | 1 pages | ☐ |
| 10 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/15/2023 | | 2 pages | ☐ |
| 11 | PROPOSED ORDER RECEIVED ON 03/15/2023 | 03/15/2023 | | 2 pages | ☐ |
| 12 | E-FILING TRANSACTION 21285463 RECEIVED ON 03/15/2023 01:46:51 PM. | 03/15/2023 | | NV | |
| 13 | EX PARTE APPLICATION - OTHER FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 136 pages | ☐ |
| 14 | DECLARATION FOR TEMPORARY RESTRAINING ORDER FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 128 pages | ☐ |
| 15 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/15/2023 | 03/15/2023 | | 3 pages | ☐ |

Exhibit Q

12/26/23, 11:07 AM                    Civil Case Access - Case Information

Case 8:23-bk-10898-TA    Doc 127-17    Filed 12/26/23    Entered 12/26/23 17:17:38
                         Desc Exhibit Q - Case Docket 30-2023-01312331-CU-OR-CJC    Page 2 of 4

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 16 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13193022 AND RECEIPT NUMBER 13021148. | 03/15/2023 | | 1 pages | ☐ |
| 17 | EX PARTE SCHEDULED FOR 03/16/2023 AT 01:30:00 PM IN C13 AT CENTRAL JUSTICE CENTER. | 03/15/2023 | | NV | |
| 19 | MINUTES FINALIZED FOR CHAMBERS WORK 03/16/2023 09:54:00 AM. | 03/16/2023 | | 1 pages | ☐ |
| 20 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/16/2023 | | 2 pages | ☐ |
| 21 | E-FILING TRANSACTION 21286047 RECEIVED ON 03/16/2023 12:18:49 PM. | 03/16/2023 | | NV | |
| 22 | DECLARATION IN SUPPORT FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 128 pages | ☐ |
| 23 | PROPOSED ORDER RECEIVED ON 03/16/2023 | 03/16/2023 | | 2 pages | ☐ |
| 24 | E-FILING TRANSACTION 31283365 RECEIVED ON 03/16/2023 12:18:40 PM. | 03/16/2023 | | NV | |
| 25 | EX PARTE APPLICATION - OTHER FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 136 pages | ☐ |
| 26 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 3 pages | ☐ |
| 27 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13193654 AND RECEIPT NUMBER 13021780. | 03/16/2023 | | 1 pages | ☐ |
| 28 | EX PARTE SCHEDULED FOR 03/17/2023 AT 11:45:00 AM IN N06 AT NORTH JUSTICE CENTER. | 03/16/2023 | | NV | |
| 29 | E-FILING TRANSACTION 31283772 RECEIVED ON 03/16/2023 08:23:48 PM. | 03/17/2023 | | NV | |
| 30 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 2 pages | ☐ |
| 31 | E-FILING TRANSACTION 11114562 RECEIVED ON 03/15/2023 01:47:02 PM. | 03/17/2023 | | NV | |
| 32 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 03/15/2023 | 03/15/2023 | | 2 pages | ☐ |
| 33 | MINUTES FINALIZED FOR EX PARTE 03/17/2023 11:45:00 AM. | 03/17/2023 | | 1 pages | ☐ |

Exhibit Q

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 34 | E-FILING TRANSACTION 11115148 RECEIVED ON 03/16/2023 01:55:04 PM. | 03/20/2023 | | *NV* | |
| 35 | PROPOSED ORDER FILED BY THE SUPERIOR COURT OF ORANGE ON 03/16/2023 | 03/16/2023 | | 2 pages | |
| 36 | E-FILING TRANSACTION NUMBER 21290002 REJECTED. | 03/24/2023 | | 1 pages | |
| 37 | E-FILING TRANSACTION 31287712 RECEIVED ON 03/24/2023 07:15:51 PM. | 03/27/2023 | | *NV* | |
| 38 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (HON. MELISSA MCCORMICK) FILED BY BEIER, JEFFREY S ON 03/24/2023 | 03/24/2023 | | 1 pages | |
| 39 | PEREMPTORY CHALLENGE UNDER C.C.P. 170.6 AS TO THE HONORABLE MELISSA R. MCCORMICK FILED. | 03/27/2023 | | *NV* | |
| 40 | THIS CASE IS REASSIGNED TO THE HONORABLE KIMBERLY A. KNILL FOR ALL PURPOSES. | 03/27/2023 | | *NV* | |
| 41 | MINUTES FINALIZED FOR CHAMBERS WORK 03/27/2023 08:10:00 AM. | 03/27/2023 | | 1 pages | |
| 42 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/27/2023 | | 2 pages | |
| 43 | E-FILING TRANSACTION 31285582 RECEIVED ON 03/21/2023 04:52:17 PM. | 04/06/2023 | | *NV* | |
| 44 | NOTICE OF STAY OF PROCEEDINGS - CASE FILED BY BEIER, JEFFREY S ON 03/21/2023 | 03/21/2023 | | 3 pages | |
| 46 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/22/2023 AT 01:30:00 PM IN C17 AT CENTRAL JUSTICE CENTER. | 04/13/2023 | | 2 pages | |
| 47 | E-FILING TRANSACTION 21301364 RECEIVED ON 04/19/2023 09:57:53 AM. | 04/19/2023 | | *NV* | |
| 48 | CASE MANAGEMENT STATEMENT FILED BY BEIER, JEFFREY S ON 04/19/2023 | 04/19/2023 | | 5 pages | |
| 49 | E-FILING TRANSACTION 31283370 RECEIVED ON 03/16/2023 12:28:44 PM. | 04/19/2023 | | *NV* | |
| 50 | DECLARATION RE: EX-PARTE NOTICE FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 3 pages | |
| 51 | E-FILING TRANSACTION 11115147 RECEIVED ON 03/16/2023 01:55:02 PM. | 04/19/2023 | | *NV* | |
| 52 | DECLARATION - OTHER (RE: SERVICE OF SUMMONS AND COMPLAINT) FILED BY BEIER, JEFFREY S ON 03/16/2023 | 03/16/2023 | | 2 pages | |
| 53 | E-FILING TRANSACTION 11129837 RECEIVED ON 04/18/2023 03:16:56 PM. | 04/20/2023 | | *NV* | |

Exhibit Q

12/26/23, 11:07 AM — Civil Case Access 2.0.13 Case Information

Case 8:23-bk-10898-TA    Doc 127-17    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit Q - Case Docket 30-2023-01312331-CU-OR-CJC    Page 4 of 4

Participants:

| Name | Type |
|---|---|
| BANK OF AMERICA, N.A. | DEFENDANT |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | DEFENDANT |
| WELLS FARGO BANK, N.A. | DEFENDANT |
| LAW OFFICES OF SANFORD PARKE | ATTORNEY |
| JP MORGAN CHASE BANK, N.A. | DEFENDANT |
| CLEAR RECON CORP | DEFENDANT |
| SEVERSON & WERSON | ATTORNEY |
| THE BANK OF NEW YORK MELLON | DEFENDANT |
| JEFFREY S BEIER | PLAINTIFF |

Docket

| ROA | Docket | Doc Assoc | Filing Date | Filing Party | Document Start Date | Document End Date | Select |
|---|---|---|---|---|---|---|---|
| 54 | NOTICE OF REMOVAL TO FEDERAL COURT FILED BY BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON; JP MORGAN CHASE BANK, N.A.; THE BANK OF NEW YORK MELLON ON 04/18/2023 | | 04/18/2023 | | 16 pages | | ☐ |
| 56 | MINUTES FINALIZED FOR 04/19/2023 10:01:00 AM | | 04/20/2023 | | 1 pages | | ☐ |
| 57 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | 04/20/2023 | | 2 pages | | ☐ |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

Exhibit Q