12/21/23, 5:34 PM

Case 8:23-bk-10898-TA Doc 127-19 Filed 12/26/23 Entered 12/26/23 17:17:38
Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 1 of 7

8:23-cv-00668 - Jeffrey S. Beier v. Bank of America N.A. et al | CourtDrive

Printed on Dec 21 2023 5:34 pm

# 8:23-cv-00668 - Jeffrey S. Beier v. Bank of America N.A. et al

Docket Header Last Updated: 12/21/2023 5:34 pm

ACCO,(JDEx),CLOSED,DISCOVERY,MANADR

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:23-cv-00668-FWS-JDE

| | |
|---|---|
| Jeffrey S. Beier v. Bank of America N.A. et al | Date Filed: 04/17/2023 |
| Assigned to: Judge Fred W. Slaughter | Date Terminated: 05/01/2023 |
| Referred to: Magistrate Judge John D. Early | Jury Demand: Plaintiff |
| Case in other court: Orange County Superior Court, 30-02023-01312331-CU-OR-CJC | Nature of Suit: 480 Consumer Credit |
| Cause: 28:1441 Notice of Removal - Fair Credit Reporting Act | Jurisdiction: Federal Question |

**Plaintiff**

**Jeffrey S. Beier**   represented by **Sanford C Parke**
Law Offices of Sanford Parke
1913 East 17th Street Suite 212
Santa Ana, CA 92705
714-750-5900
Fax: 714-948-4468
Email: ocattorney@pacbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA Doc 127-19 Filed 12/26/23 Entered 12/26/23 17:17:38 Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 2 of 7

**Defendant**
**Bank of America N.A.**                                              represented by **Douglas C Stastny**
Severson and Werson
19100 Von Karman Avenue Suite 700
Irvine, CA 92612
949-442-7110
Fax: 949-442-7118
Email: dcs@severson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
Severson and Werson APC
19100 Von Karman Avenue Suite 700
Irvine, CA 92612-6578
949-442-7110
Fax: 949-442-7118
Email: owen.campbell@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mortgage Electronic Registration Systems, Inc.**                   represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Wells Fargo Bank, N.A.**                                            represented by **Douglas C Stastny**
(See above for address)

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA Doc 127-19 Filed 12/26/23 Entered 12/26/23 17:17:38
Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 3 of 7

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**The Bank of New York Mellon**
*Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4*
*formerly known as*
The Bank of New York

represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**The Bank of New York Mellon as Trustee**
*on behalf of*
Bear Stearns ALT-A Trust 2005-4

represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**Wells Fargo Bank N.A. as Trustee**
*on behalf of*
BSALTA 2005-04

represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA Doc 127-19 Filed 12/26/23 Entered 12/26/23 17:17:38
Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 4 of 7

        **John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**The Bank of New York Mellon**
*Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04*
*formerly known as*
The Bank of New York

represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**Clear Recon Corp.**

#### Defendant

**JP Morgan Chase Bank N.A.**

represented by **Douglas C Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Owen Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

#### Defendant

**Does**
*1 through 50*

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA    Doc 127-19    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 5 of 7

| | | |
|---|---|---|
| 04/17/2023 | 1 | NOTICE OF REMOVAL from Orange County Superior Court, case number 30-2023-01312331 Receipt No: ACACDC-35147039 - Fee: $402, filed by defendant The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, JP Morgan Chase Bank, N.A., Bank of America, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04, Wells Fargo Bank, N.A., The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04. (Attachments: # 1 State Court Summons and Complain, # 2 Court Set Case Management Conference, # 3 Proposed Order on Ex Parte Application filed 3/15/23, # 4 Ex Parte Application Filed on 3/15/2023, # 5 Declaration for Temporary Restraining Order filed 3/15/23, # 6 Declaration re - Ex Parte Notice filed 3/16/23, # 7 Minutes Finalized for Chambers Work, # 8 Declaration in Support of TRO and Request for OSC filed 3/16/2023, # 9 Proposed Order re Ex Parte Application filed 3/16/23, # 10 Ex Parte Application for TRO and Request for OSC filed 3/16/23, # 11 Declaration re Notice of Ex Parte Application filed 3/16/23, # 12 Declaration re Service of Ex Parte Application filed 3/16/23, # 13 Proposed Order (Not Signed) Filed by Court, # 14 Minute Order on Ex Parte Application, # 15 Proposed Order on Ex Parte Application Filed by Court 3/16/23, # 16 Declaration iso Motion re Peremptory Challenge to Judge, # 17 Minute Order re Peremptory Challenge to Judge, # 18 Notice of Stay of Proceedings, # 19 Case Management Conference Scheduled) (Attorney Douglas C Stastny added to party Bank of America, N.A.(pty:dft), Attorney Douglas C Stastny added to party JP Morgan Chase Bank, N.A.(pty:dft), Attorney Douglas C Stastny added to party Mortgage Electronic Registration Systems, Inc.(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04(pty:dft), Attorney Douglas C Stastny added to party The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4(pty:dft), Attorney Douglas C Stastny added to party Wells Fargo Bank, N.A.(pty:dft), Attorney Douglas C Stastny added to party Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04(pty:dft))(Stastny, Douglas) (Entered: 04/17/2023) |
| 04/17/2023 | 2 | CIVIL COVER SHEET filed by Defendants Bank of America, N.A., JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04, The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04. (Stastny, Douglas) (Entered: 04/17/2023) |
| 04/17/2023 | 3 | NOTICE of Interested Parties filed by Defendants Bank of America, N.A., JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4, The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04, The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4, Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04, identifying Bank of America, N.A.; BAC North America Holding Company; NB Holdings Corporation; Bank of America Corporation; Berkshire Hathaway Inc.; Mortgage Electronic Registration Systems, Inc.; MERSCORP Holdings, Inc.; ICE Mortgage Services, LLC; Intercontinental Exchange, Inc., Wells Fargo Bank, N.A.; Wells Fargo & Company; The Bank of New York Mellon; The Bank of New York Mellon Corporation; The Bank of New York Mellon FKA The Bank of New York Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee, BSALTA Trust, 2005-04; The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-4; The Bank of New York Mellon as Trustee on behalf of Bear Stearns ALT-A Trust 2005-4; Wells Fargo Bank, N.A. as Trustee on Behalf of BSALTA 2005-04; JP Morgan Chase Bank, N.A.; JPMorgan Chase & Co.; The Vanguard Group, Inc. (Stastny, Douglas) (Entered: 04/17/2023) |
| 04/17/2023 | | CONFORMED E-FILED COPY OF SUMMONS AND COMPLAINT against Defendants Bank of America N.A., Clear Recon Corp., Does, JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee., |

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA    Doc 127-19    Filed 12/26/23    Entered 12/26/23 17:17:38    Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 6 of 7

| Date Filed | # | Docket Text |
| --- | --- | --- |
| | | filed by Plaintiff Jeffrey S. Beier.[FILED IN STATE COURT 03/08/2023 SUBMITTED AS ATTACHMENT NO. 1 EXHIBIT TO THE NOTICE OF REMOVAL 1 ] (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 4 | NOTICE RE INTRA-DISTRICT TRANSFER by Clerk of Court due to incorrect intra-district venue selected by the filer. Case is transferred to the Southern Division. Case has been assigned to Judge Fred W. Slaughter for all further proceedings. Any matters that may be referred to a Magistrate Judge are assigned to John D. Early. New Case Number 8:23-cv-00668 FWS (JDEx). (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 5 | NOTICE OF ASSIGNMENT to District Judge Fred W. Slaughter and Magistrate Judge John D. Early. (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (sh) (Entered: 04/18/2023) |
| 04/18/2023 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 04/18/2023) |
| 04/20/2023 | 8 | CIVIL STANDING ORDER by Judge Fred W. Slaughter. (mku) (Entered: 04/20/2023) |
| 04/20/2023 | 9 | PROOF OF SERVICE filed by defendants Bank of America N.A., JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee, Wells Fargo Bank, N.A., re Notice of Removal (Attorney Civil Case Opening),,,,,,,,,,, 1 , Certificate/Notice of Interested Parties,,,,,, 3 , Civil Cover Sheet (CV-71),, 2 served on 4/18/2023. (Stastny, Douglas) (Entered: 04/20/2023) |
| 04/20/2023 | 10 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Bank of America N.A., JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, The Bank of New York Mellon, The Bank of New York Mellon as Trustee, Wells Fargo Bank N.A. as Trustee, Wells Fargo Bank, N.A.. Motion set for hearing on 5/25/2023 at 10:00 AM before Judge Fred W. Slaughter. (Attachments: # 1 Request for Judicial Notice; Exhibit 1 - Pooling and Servicing Agreement, # 2 Proposed Order) (Stastny, Douglas) (Entered: 04/20/2023) |
| 04/25/2023 | 11 | ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE by Judge Fred W. Slaughter. Scheduling Conference set for 6/8/2023 at 9:00 a.m. See Order for details. (mku) (Entered: 04/25/2023) |
| 05/01/2023 | 12 | First STIPULATION to Dismiss Case pursuant to Joint Stipulation filed by Plaintiff Jeffrey S. Beier.(Parke, Sanford) (Entered: 05/01/2023) |

**PACER Service Center**

Receipt: 12/21/2023 14:34:00

12/21/23, 5:34 PM

Case 8:23-bk-10898-TA    Doc 127-19    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit S - Case Docket 23-cv-00668-FWS-JDE    Page 7 of 7

| | |
|---|---|
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 8:23-cv-00668-FWS-JDE Start date: 04/25/2023 End date: 12/21/2023 |
| **Pages:** | 4 ($0.40) |