Printed on Dec 26 2023 11:12 am

# 8:23-bk-10556 - Jeffrey S Beier

*Docket Header Last Updated: 6/6/2023 4:56 pm*

**Incomplete, Repeat-cacb, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:23-bk-10556-TA

| | |
|---|---|
| *Assigned to:* Theodor Albert | *Date filed:* 03/17/2023 |
| Chapter 7 | *Date terminated:* 04/07/2023 |
| Voluntary | *Debtor dismissed:* 04/04/2023 |
| No asset | *341 meeting:* 04/27/2023 |
| | *Deadline for objecting to discharge:* 06/26/2023 |
| | *Deadline for financial mgmt. course:* 06/26/2023 |

*Debtor disposition:* Dismissed for Failure to File Information

| **Debtor** | represented by **Anerio V Altman** |
|---|---|
| **Jeffrey S Beier** | Lake Forest Bankruptcy II APC |
| 10 Tuscon | PO Box 515381 |
| Trabuco Canyon, CA 92679 | Los Angeles, CA 90051-6681 |
| ORANGE-CA | 949-218-2002 |
| | Fax : 949-218-2002 |

Exhibit T

SSN / ITIN: xxx-xx-0875                                           Email: **LakeForestBankruptcy@jubileebk.net**

*Trustee*

**Weneta M.A. Kosmala (TR)**

c/o Law Offices of Weneta M.A. Kosmala

4425 Jamboree Rd., Suite 183

Newport Beach, CA 92660

(714) 708-8190

*U.S. Trustee*

**United States Trustee (SA)**

411 W Fourth St., Suite 7160

Santa Ana, CA 92701-4593

(714) 338-3400

---

| Date | # | Description |
|---|---|---|
| 03/17/2023 | **1** | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Jeffrey S Beier (Altman, Anerio)See docket entry no 6 for correction. Case deficient re Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **3/31/2023**. Schedule C: The Property You Claim as Exempt (Form 106C) due **3/31/2023**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **3/31/2023**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **3/31/2023**. Schedule H: Your Codebtors (Form 106H or 206H) due **3/31/2023**. Schedule I: Your Income (Form 106I) due **3/31/2023**. Schedule J: Your Expenses (Form 106J) due **3/31/2023**. Statement of Financial Affairs (Form 107 or 207) due **3/31/2023**. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: **3/31/2023**. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: **3/31/2023**. Chapter 7 Means Test Calculation (Form 122A-2) Due: **3/31/2023**.Statement of Related Cases (LBR Form F1015-2) due **3/31/2023**. Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due **3/31/2023**. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **3/31/2023**. Incomplete Filings due by **3/31/2023**. Modified on 3/20/2023 (VN). (Entered: 03/17/2023) |
| 03/17/2023 | **2** | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 03/17/2023) |
| 03/17/2023 | **3** | Certificate of Credit Counseling Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 03/17/2023) |

**Exhibit T**

12/26/23, 11:12 AM

Case 8:23-bk-10898-TA    Doc 127-20    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit T - PACER 23-bk-10556-TA    Page 3 of 4

8:23-bk-10556-Jeffrey S Beier - Bankr.cd.uscourts.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2023 | 4 | Meeting of Creditors with 341(a) meeting to be held on **4/27/2023 at 09:00 AM** at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by **6/26/2023**. Last day to oppose discharge or dischargeability is **6/26/2023**. (Scheduled Automatic Assignment, shared account) (Entered: 03/17/2023) |
| 03/17/2023 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey S Beier) Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **3/31/2023**. Schedule C: The Property You Claim as Exempt (Form 106C) due **3/31/2023**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **3/31/2023**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **3/31/2023**. Schedule H: Your Codebtors (Form 106H or 206H) due **3/31/2023**. Schedule I: Your Income (Form 106I) due **3/31/2023**. Schedule J: Your Expenses (Form 106J) due **3/31/2023**. Statement of Financial Affairs (Form 107 or 207) due **3/31/2023**. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: **3/31/2023**. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: **3/31/2023**. Chapter 7 Means Test Calculation (Form 122A-2) Due: **3/31/2023**. Incomplete Filings due by **3/31/2023**. (VN) (Entered: 03/20/2023) |
| 03/17/2023 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey S Beier) Statement of Related Cases (LBR Form F1015-2) due **3/31/2023**. Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due **3/31/2023**. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **3/31/2023**. (VN) (Entered: 03/20/2023) |
| 03/19/2023 | | Receipt of Voluntary Petition (Chapter 7)( 8:23-bk-10556) [misc,volp7] ( 338.00) Filing Fee. Receipt number A55256022. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/19/2023) |
| 03/19/2023 | 5 | BNC Certificate of Notice (RE: related document(s)4 Meeting (AutoAssign Chapter 7)) No. of Notices: 1. Notice Date 03/19/2023. (Admin.) (Entered: 03/19/2023) |
| 03/20/2023 | | Notice of Debtor's Prior Filings for debtor Jeffrey S Beier Case Number 08-12163, Chapter 7 filed in California Central Bankruptcy on 04/25/2008 , Standard Discharge on 08/21/2008; Case Number 09-11124, Chapter 13 filed in California Central Bankruptcy on 02/11/2009 , Dismissed for Other Reason on 10/01/2009; Case Number 10-19081, Chapter 7 filed in California Central Bankruptcy on 07/01/2010 , Dismissed for Other Reason on 03/10/2011.(Admin) (Entered: 03/20/2023) |
| 03/20/2023 | 6 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey S Beier) (VN) (Entered: 03/20/2023) |
| 03/20/2023 | 7 | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey S Beier) (VN) (Entered: 03/20/2023) |
| 03/20/2023 | 8 | ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jeffrey S Beier) (VN) (Entered: 03/20/2023) |
| 03/22/2023 | 9 | BNC Certificate of Notice (RE: related document(s)7 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 03/22/2023. (Admin.) (Entered: 03/22/2023) |



12/26/23, 11:12 AM

Case 8:23-bk-10898-TA    Doc 127-20    Filed 12/26/23    Entered 12/26/23 17:17:38
Desc Exhibit T - PACER 23-bk-10556-TA    Page 4 of 4

8:23-bk-10556 - uefieys12beer/23nkr.cdut0er0c.ou70226/

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2023 | 10 | BNC Certificate of Notice (RE: related document(s)8 ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 1. Notice Date 03/22/2023. (Admin.) (Entered: 03/22/2023) |
| 04/04/2023 | 11 | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (SM2 ) (Entered: 04/04/2023) |
| 04/06/2023 | | Chapter 7 Trustee's Report of No Distribution: I, Weneta M.A. Kosmala (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Weneta M.A. Kosmala (TR) (RE: related document(s)4 Meeting of Creditors with 341(a) meeting to be held on 4/27/2023 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 6/26/2023. Last day to oppose discharge or dischargeability is 6/26/2023. (Scheduled Automatic Assignment, shared account)). (Kosmala (TR), Weneta) (Entered: 04/06/2023) |
| 04/06/2023 | 12 | BNC Certificate of Notice (RE: related document(s)11 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC)) No. of Notices: 1. Notice Date 04/06/2023. (Admin.) (Entered: 04/06/2023) |
| 04/07/2023 | 13 | Bankruptcy Case Closed - DISMISSED. Order of Dismissal in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Auto Closed) (SM2 ) - (Entered: 04/07/2023) |