# Central District of California
# Claims Register

[8:23-bk-10898-TA Jeffrey S Beier](#) **Converted** 07/07/2023

|  |  |
|---|---|
| **Judge:** Theodor Albert | **Chapter:** 7 |
| **Office:** Santa Ana | **Last Date to file claims:** 11/13/2023 |
| **Trustee:** Arturo Cisneros (TR) | **Last Date to file (Govt):** |

---

| Creditor: (41557836) | **Claim No: 1** | Status: |
|---|---|---|
| INTERNAL REVENUE SERVICE | *Original Filed* | *Filed by:* CR |
| P.O. BOX 7346 | *Date:* 06/05/2023 | *Entered by:* Timothy C Schakow |
| PHILADELPHIA, PA 19101-7346 | *Original Entered* | *Modified:* |
|  | *Date:* 06/05/2023 |  |

Amount  claimed: $74894.20
Secured claimed:       $0.00
Priority  claimed: $57980.45

*History:*

| Details | 🌐 | 1-1 | 06/05/2023 Claim #1 filed by INTERNAL REVENUE SERVICE, Amount claimed: $74894.20 (Schakow, Timothy) |
|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor: (41607351) | **Claim No: 2** | Status: |
|---|---|---|
| THE BANK OF NEW YORK MELLON | *Original Filed* | *Filed by:* CR |
| C/O Bank of America, N.A. | *Date:* 07/12/2023 | *Entered by:* Greg P Campbell |
| P.O. Box 31785 | *Original Entered* | *Modified:* |
| Tampa FL 33631-3785 | *Date:* 07/12/2023 |  |

Amount  claimed: $2786180.50
Secured claimed: $2786180.50

*History:*

| Details | 🌐 | 2-1 | 07/12/2023 Claim #2 filed by THE BANK OF NEW YORK MELLON, Amount claimed: $2786180.50 (Campbell, Greg) |
|---|---|---|---|
|  |  | 108 | 12/01/2023 Objection to Claim #2 by Claimant The Bank of New York Mellon FKA the Bank of New York Successor Trustee to Jpmorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-04. in the amount of $ 2,786,180.50 Filed by Debtor Jeffrey S Beier. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Haberbush, David) - See docket entry no.: 113 for corrections Modified on 12/4/2023 (GD). |

*Description:* (2-1) 8364

*Remarks:*

---

| Creditor: (41663708) | **Claim No: 3** | Status: |
|---|---|---|
| Office of the U.S. Trustee | *Original Filed* | *Filed by:* CR |
| 411 West Fourth Street, Suite 7160 | *Date:* 08/29/2023 | *Entered by:* Kenneth Misken |
| Santa Ana, CA 92701 | *Original Entered* | *Modified:* |
|  | *Date:* 08/29/2023 |  |

Amount claimed: $500.00

*History:*

| Details | 🌐 | 3-1 | 08/29/2023 Claim #3 filed by Office of the U.S. Trustee, Amount claimed: $500.00 (Misken, Kenneth) |
|---|---|---|---|

*Description:*

*Remarks:*

Priority  claimed: $500.00

*History:*
Details  ●  3-1  08/29/2023 Claim #3 filed by Office of the U.S. Trustee, Amount claimed: $500.00 (Misken, Kenneth)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| Creditor:  (41521755)<br>Gary and Patricia Beier<br>Drakes Bay<br>Laguna Niguel, CA 92677 | **Claim No: 4**<br>*Original Filed*<br>*Date:* 11/11/2023<br>*Original Entered*<br>*Date:* 11/11/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Anerio V Altman<br>*Modified:* |

Amount  claimed: $1207197.00
Secured claimed: $1207197.00
Priority   claimed: $1207197.00

*History:*
Details  ●  4-1  11/11/2023 Claim #4 filed by Gary and Patricia Beier, Amount claimed: $1207197.00 (Altman, Anerio)

*Description:*
*Remarks:*


## Claims Register Summary

**Case Name:** Jeffrey S Beier
**Case Number:** 8:23-bk-10898-TA
**Chapter:** 7
**Date Filed:** 04/28/2023
**Total Number Of Claims:** 4

| | |
|---|---|
| **Total Amount Claimed\*** | $4068771.70 |
| **Total Amount Allowed\*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $3993377.50 | |
| **Priority** | $1265677.45 | |
| **Administrative** | | |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/02/2024 13:53:38 | | | |
| **PACER Login:** | vhaberbush | **Client Code:** | Alexander |
| **Description:** | Claims Register | **Search Criteria:** | 8:23-bk-10898-TA Filed or Entered From: 1/1/2023 Filed or Entered To: 12/31/2024 |

| **Billable Pages:** | 1 | **Cost:** | 0.10 |
|---|---|---|---|