

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?   ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Lane K. Bogard          Attorney Bar# 306972
Law Firm: Haberbush, LLP
Mailing Address: 444 West Ocean Blvd., Suite 1400, Long Beach, CA 90802

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Alex Bostic
Telephone: (562) 435-3456        E-mail: abostic@lbinsolvency.com
Bankruptcy Case #: 8:23-bk-10898-TA       Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 01/09/2024   Time: 11:00 am
Debtor: Jeffrey S. Beier
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: T. Albert                   Courtroom #: SA 5B
**TRANSCRIBER:** Ben Hyatt           **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
|---|---|

☐ Ordinary (30 days)    ☐ 3 Days          ☒ Entire Hearing
☐ 14 Days               ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                   ☐ Testimony of Witness _____
                                           ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_)Time Start (Index #): \_\_\_\_\_ Time End (Index #): \_\_\_\_\_ Time Start: \_\_\_\_\_ Time End: \_\_\_\_\_
(Tape #:\_\_\_)Time Start (Index #): \_\_\_\_\_ Time End (Index #): \_\_\_\_\_ Time Start: \_\_\_\_\_ Time End: \_\_\_\_\_
Court Recorder: _____ Division: _____ Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*