Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Respondent/Secured Creditor*
THE BANK OF NEW YORK MELLON FKA THE BANK
OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS
ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005-04

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY S. BEIER,<br><br>     Debtor. | Case No. 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**DECLARATION OF JOSEPH C. DELMOTTE IN SUPPORT OF OPPOSITION TO OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04**<br><br>DATE:  January 9, 2024<br>TIME:   11:00 a.m.<br>CTRM:  5b<br><br>411 West Fourth Street<br>Santa Ana, CA  92701 |

I, Joseph C. Delmotte, declare as follows:

     1.     I am employed as a Supervising Attorney at the law firm of Aldridge Pite, LLP

("AP"), counsel for The Bank of New York Mellon, FKA The Bank of New York Successor

Trustee to JPMorgan Chase Bank, N.A., as Trustee for The Bear Stearns ALT-A Trust,

- 1 -   CASE NO. 8:23-bk-10898-TA
**DECLARATION OF JOSEPH C. DELMOTTE IN SUPPORT OF OPPOSITION TO DEBTOR'S
OBJECTION TO PROOF OF CLAIM NO. 2-1**

EXHBIIT "I"                    Page 177

Mortgage Pass-Through Certificates, Series 2005-04 ("BONY") in this proceeding.

2.    This declaration is based on my own personal knowledge and upon my review of AP's business records.

3.    I have access to and am familiar with AP's books and records regarding this case. I am familiar with the manner in which AP maintains its books and records. AP's records are made at or near the time of the occurrence of the matters set forth in such records by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by AP in the regular course of its business. AP relies on such records in the ordinary course of its business.

4.    Pursuant to my communications with the Trustee's counsel of record Nathan Smith regarding the Chapter 7 Trustee's Motion for an Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. Section 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer and Overbidder Are "Good Faith Purchasers" Under 11 U.S.C. Section 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h) ("Motion to Sell") (Docket No. 87) and Order Granting the Motion to Sell ("Sale Order") (Docket No. 104), he confirmed it was the Trustee's position that BONY's lien attached to the sale proceeds by operation of law and therefore it was not necessary to include express language in the Sale Order that BONY's lien attached to the sale proceeds.

Executed this 26th day of December, 2023, at  San Diego, CA 92108.

/s/Joseph Delmotte

_____

Joseph C. Delmotte

**DECLARATION OF JOSEPH C. DELMOTTE IN SUPPORT OF OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8880 Rio San Diego Drive, Suite 725  San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **Declaration Of Joseph C. Delmotte In Support Of Opposition To Objection To Proof Of Claim 2-1 Filed By The Bank Of New York Mellon, Fka The Bank Of New York Succesor Trustee To JPMorgan Chase Bank, N.A., As Trustee For The Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2005-04** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____December 26, 2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.sa.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
David R Haberbush dhaberbush@lbinsolvency.com

**TRUSTEE:**
Arturo  Cisneros- arturo@mclaw.org

**TRUSTEE'S ATTORNEY:**
Nathan F. Smith- nathan@mclaw.org

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____December 26, 2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**PRESIDING JUDGE:**
Honorable Theodor Albert
U.S. Bankruptcy Court  Central District Of California
(Santa Ana)
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

**DEBTOR:**
Jeffrey S Beier
P O Box 7644
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/26/2023 | Lauren Timby | /s/ Lauren Timby |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**