```
 1  Joseph C. Delmotte (CA SBN 259460)
    jdelmotte@aldridgepite.com
 2  ALDRIDGE PITE, LLP
    8880 Rio San Diego Drive, Suite 725
 3  San Diego, CA 92108
    Telephone: (858) 750-7600
 4  Facsimile: (619) 590-1385

 5  Attorneys for Respondent/Secured Creditor
    THE BANK OF NEW YORK MELLON FKA THE BANK
 6  OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN
    CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS
 7  ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES,
    SERIES 2005-04
 8
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY S. BEIER,<br><br>        Debtor. | Case No. 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**DECLARATION OF JAE MIN IN SUPPORT OF OPPOSITION TO OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04**<br><br>DATE: January 9, 2024<br>TIME: 11:00 a.m.<br>CTRM: 5b<br><br>411 West Fourth Street<br>Santa Ana, CA  92701 |

I, _Jae Min_, declare:

1. I am a _Assistant Vice President_ of Bank of America, N.A. ("BANA") and am authorized to sign this declaration on behalf of BANA, successor by merger to BAC Home Loan Servicing, LP, as servicing agent for The Bank of New York Mellon FKA

- 1 -    CASE NO. 8:23-bk-10898-TA
**DECLARATION OF JAE MIN IN SUPPORT OF OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**

1. The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-04 ("BONY") with respect to a certain loan (the "Loan") provided to Jeffrey S. Beier ("Debtor") and Toni R. Beier (collectively, the "Borrowers") which loan is evidenced by the InterestOnly Adjustable Rate Note ("Note") (defined below) and secured by the Deed of Trust ("Deed of Trust") (defined below).

2. As part of my job responsibilities for BANA, I have personal knowledge of and am familiar with the types of records maintained by BANA in connection with the Loan and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of BANA that pertain to the Loan including the loss mitigation history of the Loan, and extensions of credit given to Borrowers concerning the Property (defined below).

3. The information in this declaration is taken from BANA's business records regarding the Loan. I have personal knowledge of BANA's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records.

4. On or about March 2, 2005, the Borrowers executed the Note in the original principal amount of $1,470,000.00. A true and correct copy of the Note is attached hereto as **Exhibit A.**

5. The endorsement stamp from Countrywide Home Loans, Inc. to JPMorgan Chase Bank, as Trustee on the Note was voided.

6. As evidenced by the allonge attached to the Note, the Note is endorsed in blank. According to BANA's records, BONY was in possession, either directly or through the use of an authorized agent and/or document custodian, of the endorsed in blank Note at the time BONY filed its proof of claim ("Proof of Claim") in Debtor's case number 8:23-bk-10898-TA on July 12, 2023, and BONY remains in possession of the Note as of the date of this declaration.

- 2 -   CASE NO. 8:23-bk-10898-TA
**DECLARATION OF JAE MIN IN SUPPORT OF OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**

7. Pursuant to the Deed of Trust, all obligations of the Borrowers under the Note and Deed of Trust under and with respect to the Loan are secured by certain real property (the "Property"). The Property address is 10 Tucson, Coto De Caza Area, California 92679. A copy of the Deed of Trust is attached hereto as **Exhibit B**.

8. All rights and remedies under the Deed of Trust have been assigned to BONY pursuant to certain assignments of deed of trust. A copy of the Substitution of Trustee and Assignment of Deed of Trust and Corrective Assignment of Deed of Trust are attached collectively hereto as **Exhibit C**.

9. After the origination of the Loan, the Loan was serviced by Countrywide Home Loans Servicing LP. Effective April 27, 2009, Countrywide Home Loans Servicing LP changed its name to BAC Home Loans Servicing, LP. Effective July 1, 2011, BAC Home Loans Servicing, LP merged with and into BANA and BANA has serviced the Loan since July 1, 2011 to this date.

10. BANA was appointed as attorney-in-fact by The Bank of New York Mellon F/K/A The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A., as Trustee in connection with certain trusts including the BONY trust. A copy of the Limited Power of Attorney is attached hereto as **Exhibit D**.

11. On or about November 1, 2016, BANA received a Request for Mortgage Assistance from Debtor regarding the Loan but was denied a loan modification. Debtor appealed the denial of the loan modification and the appeal was denied. A copy of the Request for Mortgage Assistance sent by Debtor to BANA and BANA's letter denying the loan modification appeal are attached collectively hereto as **Exhibit E**.

/././
/././
/././
/././
/././
/././

- 3 -    CASE NO. 8:23-bk-10898-TA
**DECLARATION OF JAE MIN IN SUPPORT OF OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**

12. On July 12, 2023, BONY filed its Proof of Claim in Debtor's case number 8:23-bk-10898-TA, which was designated as claim number 2 on the Court's claims register and which reflects a total secured claim in the amount of $2,786.180.50, and a pre-petition arrearage claim of $1,787,448.67 as of the bankruptcy petition date of April 28, 2023. A copy of the filed Proof of Claim is attached hereto as **Exhibit F**.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _22_ day of _December_ 2023 at _Simi Valley, California_

Name: _Jae Min_

Title: _Assistant Vice President_

- 4 -    CASE NO. 8:23-bk-10898-TA

**DECLARATION OF JAE MIN IN SUPPORT OF OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8880 Rio San Diego Drive, Suite 725  San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **Declaration Of Jae Min In Support Of Opposition To Objection To Proof Of Claim 2-1 Filed By The Bank Of New York Mellon, Fka The Bank Of New York Succesor Trustee To Jpmorgan Chase Bank, N.A., As Trustee For The Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2005-04** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____December 26, 2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.sa.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
David R Haberbush dhaberbush@lbinsolvency.com

**TRUSTEE:**
Arturo   Cisneros- arturo@mclaw.org

**TRUSTEE'S ATTORNEY:**
Nathan F. Smith- nathan@mclaw.org

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____December 26, 2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Theodor Albert
U.S. Bankruptcy Court  Central District Of California (Santa Ana)
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

**DEBTOR:**
Jeffrey S Beier
P O Box 7644
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/26/2023 | Lauren Timby | /s/ Lauren Timby |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**