Printed on Feb 20 2024 9:13 am

# 8:23-bk-10898 - Jeffrey S Beier

Docket Header Last Updated: 2/20/2024 9:13 am

Repeat-cacb, RepeatPACER, CONVERTED

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:23-bk-10898-TA

*Assigned to:* Theodor Albert

Chapter 7

Previous chapter 11

Original chapter 11

Voluntary

Asset

Claims Register

*Date filed:* 04/28/2023
*Date converted:* 07/07/2023
*341 meeting:* 08/09/2023
*Deadline for filing claims:* 11/13/2023
*Deadline for objecting to discharge:* 10/10/2023
*Deadline for financial mgmt. course:* 10/10/2023

*Debtor*
**Jeffrey S Beier**
P O Box 7644
Laguna Niguel, CA 92677

represented by **Anerio V Altman**
Lake Forest Bankruptcy II, APC
P.O. Box 515381
Ste 97627

Exhibit B

2/20/24, 9:13 AM

Case 8:23-bk-10898-TA    Doc 147-2    Filed 02/20/24    Entered 02/20/24 16:26:39    Desc
8:23-bk-10898 Jeffrey Olsen (BankruptcyCM/ECF-LIVE)
Exhibit B - PACER    Page 2 of 19

ORANGE-CA

SSN / ITIN: xxx-xx-0875

Los Angeles, CA 90051-6681

949-218-2002

Fax : 949-218-2002

Email: LakeForestBankruptcy@jubileebk.net

*TERMINATED: 12/05/2023*

**Lane K Bogard**

Haberbush, LLP

444 W. Ocean Blvd., Ste 1400

Long Beach, CA 90802

562-435-3456

Fax : 562-435-0633

Email: lbogard@lbinsolvency.com

**David R Haberbush**

Haberbush, LLP

444 W Ocean Blvd Ste 1400

Long Beach, CA 90802

562-435-3456

Fax : 562-435-6335

Email: dhaberbush@lbinsolvency.com

*Trustee*
**Arturo Cisneros (TR)**
3403 Tenth Street, Suite 714
Riverside, CA 92501

represented by **Arturo Cisneros**
2112 Business Center Dr 2nd Fl
Irvine, CA 92612
949-252-9400
Email: arturo@mclaw.org

(951) 328-3124

**Nathan F Smith**
Malcolm - Cisneros
2112 Business Center Dr
Irvine, CA 92612
949-252-9400
Fax : 949-252-1032
Email: nathan@mclaw.org

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Michael J Hauser**
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593
714-338-3417
Fax : 714-338-3421
Email: michael.hauser@usdoj.gov

---

| Date | # | Description |
|---|---|---|
| 04/28/2023 | 1 | Chapter 11 Voluntary Petition Individual. Fee Amount $1738 Filed by Jeffrey S Beier (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 3 | Certificate of Credit Counseling Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |
| 04/28/2023 | 4 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 04/28/2023) |

**Exhibit B**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2023 | | Receipt of Voluntary Petition (Chapter 11)( 8:23-bk-10898) [misc,volp11] (1738.00) Filing Fee. Receipt number B55408241. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/30/2023) |
| 05/01/2023 | | Notice of Debtor's Prior Filings for debtor Jeffrey S Beier Case Number 08-12163, Chapter 7 filed in California Central Bankruptcy on 04/25/2008 , Standard Discharge on 08/21/2008; Case Number 09-11124, Chapter 13 filed in California Central Bankruptcy on 02/11/2009 , Dismissed for Other Reason on 10/01/2009; Case Number 10-19081, Chapter 7 filed in California Central Bankruptcy on 07/01/2010 , Dismissed for Other Reason on 03/10/2011; Case Number 23-10556, Chapter 7 filed in California Central Bankruptcy on 03/17/2023 , Dismissed for Failure to File Information on 04/04/2023.(Admin) (Entered: 05/01/2023) |
| 05/01/2023 | 5 | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (VN) (Entered: 05/01/2023) |
| 05/02/2023 | 6 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) (VN) (Entered: 05/02/2023) |
| 05/02/2023 | 7 | Order Setting Scheduling And Case Management Conference - Hearing Scheduled For June 07, 2023 at 10:00 A.M., Rm 5B Via Zoom/Gov, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1 ) Signed on 5/2/2023 (GD) (Entered: 05/02/2023) |
| 05/02/2023 | 8 | Hearing Set Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) Status hearing to be held on 6/7/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 05/02/2023) |
| 05/02/2023 | 9 | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Trabuco Canyon, CA 92679 . Fee Amount $188, Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 05/02/2023) |
| 05/02/2023 | 10 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL NOTICE OF HEARING WITH THE ZOOM HEARING INFORMATION.** (RE: related document(s)9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey S Beier) (SD8) (Entered: 05/02/2023) |
| 05/02/2023 | 11 | Hearing Set (RE: related document(s)9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey S Beier) The Hearing date is set for 5/23/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 05/02/2023) |
| 05/02/2023 | | Receipt of Certification Fee - $11.00 by 16. Receipt Number 80076674. (admin) (Entered: 05/02/2023) |
| 05/02/2023 | | Receipt of Photocopies Fee - $4.00 by 16. Receipt Number 80076674. (admin) (Entered: 05/02/2023) |
| 05/03/2023 | | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay( 8:23-bk-10898-TA) [motion,nmis] ( 188.00) Filing Fee. Receipt number A55422794. Fee amount 188.00. (re: Doc# 9) (U.S. Treasury) (Entered: 05/03/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2023 | 12 | BNC Certificate of Notice (RE: related document(s)5 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 05/03/2023. (Admin.) (Entered: 05/03/2023) |
| 05/04/2023 | 13 | Addendum to voluntary petition *Regarding the Debtor's Street Address* Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/04/2023) |
| 05/04/2023 | 14 | Supplemental *Notice of Zoom.gov Procedures* Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/04/2023) |
| 05/04/2023 | 15 | Meeting of Creditors 341(a) meeting to be held on **6/8/2023 at 01:00 PM** at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227.Deadline to file a complaint objecting to discharge is the first date set for hearing on confirmation of the plan. Deadline to file a complaint to determine whether certain debts are dischargeable is **8/7/2023**. (JL) (Entered: 05/04/2023) |
| 05/04/2023 | 16 | BNC Certificate of Notice - PDF Document. (RE: related document(s)7 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/04/2023. (Admin.) (Entered: 05/04/2023) |
| 05/06/2023 | 17 | BNC Certificate of Notice (RE: related document(s)15 Meeting of Creditors Chapter 11 (Individual or Joint Debtors) (309E1)) No. of Notices: 5. Notice Date 05/06/2023. (Admin.) (Entered: 05/06/2023) |
| 05/10/2023 | 18 | U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant To 11 U.S.C.§1112(b); Declarations Of Michael Hauser And Marilyn Sorensen In Support Thereof* Filed by U.S. Trustee United States Trustee (SA). (Hauser, Michael) (Entered: 05/10/2023) |
| 05/10/2023 | 19 | Hearing Set (RE: related document(s)18 Motion To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 USC Section 1112(b) filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for **6/7/2023 at 10:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 05/10/2023) |
| 05/10/2023 | 20 | Notice to creditors - Notice Of Motion And Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant to 11 USC Section 1112(b); Declarations Of Michael Hauser And Marilyn Sorensen In Support Thereof (BNC-PDF) (SD8) (Entered: 05/10/2023) |
| 05/11/2023 | 21 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Campbell, Greg. (Campbell, Greg) (Entered: 05/11/2023) |
| 05/11/2023 | 22 | Opposition to (related document(s): 9 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Trabuco Canyon, CA 92679 . Fee Amount $188, filed by Debtor Jeffrey S Beier) Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Campbell, Greg) (Entered: 05/11/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2023 | 23 | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Notice to creditors (BNC-PDF)) No. of Notices: 5. Notice Date 05/12/2023. (Admin.) (Entered: 05/12/2023) |
| 05/15/2023 | 24 | Notice to Pay Court Costs Due Sent To: Anerio Altman, Attorney for Debtor-In-Possession, Total Amount Due $0 . (SD8) (Entered: 05/15/2023) |
| 05/16/2023 | 25 | Notice *Of Chapter 11 Status Conference* Filed by Debtor Jeffrey S Beier (RE: related document(s)7 Order Setting Scheduling And Case Management Conference - Hearing Scheduled For **June 07, 2023 at 10:00 A.M.**, Rm 5B Via Zoom/Gov, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1) Signed on 5/2/2023 (GD)). (Altman, Anerio) (Entered: 05/16/2023) |
| 05/22/2023 | 26 | Motion to Continue Hearing On (related documents 9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay) *By and Between Debtor-In-Possession and Bank of America, N.A.* Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 05/22/2023) |
| 05/22/2023 | 27 | Notice of lodgment Filed by Debtor Jeffrey S Beier (RE: related document(s)26 Motion to Continue Hearing On (related documents 9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay) *By and Between Debtor-In-Possession and Bank of America, N.A.* Filed by Debtor Jeffrey S Beier). (Altman, Anerio) (Entered: 05/22/2023) |
| 05/22/2023 | 28 | Order Approving Stipulation Regarding The Request To Continue The Hearing On Debtor-In-Possession Jeffrey Scott Beier's Motion To Continue The Automatic Stay (BNC-PDF) (Related Doc # 26 ) - IT IS ORDERED, 1. The stay is extended to **June 27, 2023**; and 2. The hearing scheduled for May 23rd, 2023 at 10:30 A.M. is continued to June 27th, 2023 at 10:30 A.M. Signed on 5/22/2023 (GD) (Entered: 05/22/2023) |
| 05/22/2023 | 29 | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/22/2023) |
| 05/23/2023 | 30 | Hearing Rescheduled/Continued (RE: related document(s)9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Jeffrey S Beier) The Hearing date is set for **6/27/2023 at 10:30 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued To 6-27-23 at 10:30 a.m. Per Order Approving Stipulation Regarding The Request To Continue The Hearing On Debtor In Possession Jeffrey Scott Beier's Motion To Continue The Automatic Stay Entered 5-22-23 (GD) (Entered: 05/23/2023) |
| 05/24/2023 | 31 | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Anerio V. Altman, Esq. as General Bankruptcy Counsel Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 05/24/2023) |
| 05/24/2023 | 32 | Statement *of Disinterestedness of Anerio V. Altman, Esq.* Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 05/24/2023) |
| 05/24/2023 | 33 | BNC Certificate of Notice - PDF Document. (RE: related document(s)28 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/24/2023 | 34 | Opposition to (related document(s): 18 U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant To 11 U.S.C.§1112(b); Declarations Of Michael Hauser And Marilyn Sorensen In Support Thereof* filed by U.S. Trustee United States Trustee (SA)) Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 05/24/2023) |
| 05/31/2023 | 35 | Reply to (related document(s): 34 Opposition filed by Debtor Jeffrey S Beier) *Reply Of U.S. Trustee To Debtors Opposition To Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C.§ 1112(b)* Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 05/31/2023) |
| 06/02/2023 | 36 | Stipulation By United States Trustee (SA) and *Debtor's Counsel Regarding Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. § 1112(b)* Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 06/02/2023) |
| 06/02/2023 | 37 | Order Approving Stipulation Regarding Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 USC § 1112(b) (BNC-PDF) (Related Doc # 36 ) - IT IS ORDERED: 1. The Stipulation is approved; 2. The U.S. Trustee is directed to appoint a Chapter 11 Trustee in this case. Signed on 6/2/2023 (GD) (Entered: 06/02/2023) |
| 06/04/2023 | 38 | BNC Certificate of Notice - PDF Document. (RE: related document(s)37 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/04/2023. (Admin.) (Entered: 06/04/2023) |
| 06/05/2023 | 39 | Objection (related document(s): 31 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Anerio V. Altman, Esq. as General Bankruptcy Counsel filed by Debtor Jeffrey S Beier) *United States Trustees Limited Objection To Motion In Individual Chapter 11 Case For Order Authorizing Debtor In Possession To Employ General Bankruptcy Counsel* Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 06/05/2023) |
| 06/07/2023 | 40 | Notice of Appointment of Trustee . Arturo Cisneros (TR) added to the case. Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 06/07/2023) |
| 06/07/2023 | 41 | Notice of appointment and acceptance of trustee *Arturo Cisneros* Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 06/07/2023) |
| 06/07/2023 | 42 | Application *for an Order Approving the Appointment of Chapter 11 Trustee* Filed by U.S. Trustee United States Trustee (SA) (Misken, Kenneth) (Entered: 06/07/2023) |
| 06/07/2023 | 45 | Hearing Held (RE: related document(s)18 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (SA)) Off Calendar (resolved by stipulation) (GD) (Entered: 06/08/2023) |
| 06/07/2023 | 46 | Hearing Set Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) Status hearing to be held on 7/5/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to July 5, 2023 at 10:00 a.m. (GD) (Entered: 06/08/2023) |
| 06/08/2023 | 43 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cisneros, Arturo. (Cisneros, Arturo) (Entered: 06/08/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | 44 | Order Approving The U.S. Trustee's Application For The Appointment Of A Chapter 11 Trustee (BNC-PDF) (Related Doc # 42 ) - IT IS HEREBY ORDERED that the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case. Signed on 6/8/2023 (GD) (Entered: 06/08/2023) |
| 06/10/2023 | 47 | BNC Certificate of Notice - PDF Document. (RE: related document(s)44 Order on Generic Application (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2023. (Admin.) (Entered: 06/10/2023) |
| 06/11/2023 | 48 | Notice of Hearing Filed by Debtor Jeffrey S Beier (RE: related document(s)31 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Anerio V. Altman, Esq. as General Bankruptcy Counsel Filed by Debtor Jeffrey S Beier). (Altman, Anerio) (Entered: 06/11/2023) |
| 06/11/2023 | 49 | Hearing Set (RE: related document(s)31 Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1) filed by Debtor Jeffrey S Beier) The Hearing date is set for **6/28/2023 at 10:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 06/12/2023) |
| 06/20/2023 | 50 | Reply to (related document(s): 39 Objection filed by U.S. Trustee United States Trustee (SA)) Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 06/20/2023) |
| 06/23/2023 | 51 | Supplemental *Exhibits in Support of Opposition to Debtor's Motion for Order Imposing Stay [DKT No. 22]* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04. (Attachments: # 1 Exhibit A - Appraisal # 2 Exhibit B - Estimated Payoff Quote) (Campbell, Greg) (Entered: 06/23/2023) |
| 06/27/2023 | 52 | Hearing Held (Bk Motion) (RE: related document(s) 9 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay) - Stay extended for 30 days from entry of order. Stay can only be extended further upon motion of the Trustee. Trustee to submit order. (GD) (Entered: 06/27/2023) |
| 06/28/2023 | 53 | Hearing Held (RE: related document(s)31 Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1) filed by Debtor Jeffrey S Beier) - Motion is granted as discussed on the record. Movant to submit order. (GD) (Entered: 06/28/2023) |
| 06/30/2023 | 54 | Notice of lodgment Filed by Debtor Jeffrey S Beier (RE: related document(s)31 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Anerio V. Altman, Esq. as General Bankruptcy Counsel Filed by Debtor Jeffrey S Beier). (Altman, Anerio) (Entered: 06/30/2023) |
| 07/05/2023 | 55 | Hearing Held (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) - Case converted to Chapter 7. Trustee to submit order. Status Conference in Chapter 7 continued to **August 8, 2023 at 11:00 a.m.** (AM) (Entered: 07/05/2023) |
| 07/06/2023 | 56 | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)9 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Trabuco Canyon, CA 92679 . Fee Amount $188, Filed by Debtor Jeffrey S Beier). (Cisneros (TR), Arturo) (Entered: 07/06/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2023 | 57 | Order Converting Case to Chapter 7 After Status Conference (BNC-PDF) (Related Doc # 1 ) Signed on 7/7/2023 (AM) (Entered: 07/07/2023) |
| 07/09/2023 | 58 | BNC Certificate of Notice - PDF Document. (RE: related document(s)57 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/09/2023. (Admin.) (Entered: 07/09/2023) |
| 07/10/2023 | 59 | Meeting of Creditors 341(a) meeting to be held on **8/9/2023 at 12:00 PM** at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Cert. of Financial Management due by **10/10/2023**. Last day to oppose discharge or dischargeability is **10/10/2023**. (SD8) (Entered: 07/10/2023) |
| 07/10/2023 | 60 | Notice of Requirement to Complete Course in Financial Management (BNC) . (SD8) (Entered: 07/10/2023) |
| 07/10/2023 |  | Convert Case to Chapter 7 (Optional BNC) (SD8) (Entered: 07/10/2023) |
| 07/10/2023 | 61 | Notice of appointment and acceptance of trustee Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 07/10/2023) |
| 07/10/2023 |  | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: **7/24/2023**. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: **7/24/2023**. Chapter 7 Means Test Calculation (Form 122A-2) Due: **7/24/2023**. Incomplete Filings due by **7/24/2023**. (SD8) (Entered: 07/10/2023) |
| 07/10/2023 |  | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)[1] Voluntary Petition (Chapter 11) filed by Debtor Jeffrey S Beier) Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: **7/24/2023**. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: **7/24/2023**. Chapter 7 Means Test Calculation (Form 122A-2) Due: **7/24/2023**. Incomplete Filings due by **7/24/2023**. (SD8) |
| 07/12/2023 | 62 | BNC Certificate of Notice (RE: related document(s)59 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 6. Notice Date 07/12/2023. (Admin.) (Entered: 07/12/2023) |
| 07/12/2023 | 63 | BNC Certificate of Notice (RE: related document(s)60 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 07/12/2023. (Admin.) (Entered: 07/12/2023) |
| 07/17/2023 | 64 | Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay; RE Real Property: 10 Tucson, Trabuco Canyon CA 92679; The Stay of U.S.C. Section 362(a) is Continued as to all creditors until 30 days from entry of the Order. (BNC-PDF) (Related Doc # 9 ). Signed on 7/17/2023 (AM) (Entered: 07/17/2023) |
| 07/19/2023 | 65 | BNC Certificate of Notice - PDF Document. (RE: related document(s)64 Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF)) No. of Notices: 1. Notice Date 07/19/2023. (Admin.) (Entered: 07/19/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2023 | 66 | Application to Employ Brian Thompon as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Cisneros (TR), Arturo) (Entered: 07/27/2023) |
| 07/27/2023 | 67 | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)66 Application to Employ Brian Thompon as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Cisneros (TR), Arturo)). (Cisneros (TR), Arturo) (Entered: 07/27/2023) |
| 08/02/2023 | 68 | Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jeffrey S Beier. (Altman, Anerio) (Entered: 08/02/2023) |
| 08/08/2023 | 69 | Hearing Held RE:[1] Status Conference Re: Chapter 11 Voluntary Petition Individual - Off Calendar (GD) |
| 08/09/2023 | 70 | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Arturo Cisneros (TR). Proofs of Claims due by **11/13/2023**. (Cisneros (TR), Arturo) (Entered: 08/09/2023) |
| 08/09/2023 | 71 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) **August 9, 2023** Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)59 Meeting of Creditors 341(a) meeting to be held on **8/9/2023 at 12:00 PM** at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Cert. of Financial Management due by **10/10/2023**. Last day to oppose discharge or dischargeability is **10/10/2023**. (SD8)). (Cisneros (TR), Arturo) (Entered: 08/09/2023) |
| 08/09/2023 | 72 | Opposition to (related document(s): 66 Application to Employ Brian Thompon as Real Estate Broker filed by Trustee Arturo Cisneros (TR)) Filed by Debtor Jeffrey S Beier (Altman, Anerio) (Entered: 08/09/2023) |
| 08/11/2023 | 73 | BNC Certificate of Notice (RE: related document(s)70 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Arturo Cisneros (TR)) No. of Notices: 5. Notice Date 08/11/2023. (Admin.) (Entered: 08/11/2023) |
| 08/31/2023 | 74 | Reply to (related document(s): 72 Opposition filed by Debtor Jeffrey S Beier) Filed by Trustee Arturo Cisneros (TR) (Cisneros (TR), Arturo) (Entered: 08/31/2023) |
| 08/31/2023 | 75 | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)66 Application to Employ Brian Thompon as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Cisneros (TR), Arturo)). (Cisneros (TR), Arturo) (Entered: 08/31/2023) |
| 08/31/2023 | 76 | Notice *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)66 Application to Employ Brian Thompon as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Cisneros (TR), Arturo)). (Cisneros (TR), Arturo) (Entered: 08/31/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2023 | 77 | Exhibit *Notice Of Supplemental Exhibit Re: Application To Employ Real Estate Broker* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)66 Application to Employ Brian Thompon as Real Estate Broker ). (Cisneros (TR), Arturo) (Entered: 08/31/2023) |
| 08/31/2023 | 78 | Hearing Set (RE: related document(s)66 Application to Employ filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for **9/12/2023 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/01/2023) |
| 09/12/2023 | 79 | Hearing Held (Bk Motion) (RE: related document(s) 66 Application to Employ) - Motion is granted. Movant to submit order. (GD) (Entered: 09/12/2023) |
| 09/21/2023 | 80 | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)66 Application to Employ Brian Thompon as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Cisneros (TR), Arturo)). (Smith, Nathan) (Entered: 09/21/2023) |
| 09/25/2023 | 81 | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AUTU) (Entered: 09/25/2023) |
| 09/27/2023 | 82 | Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 09/27/2023) |
| 09/27/2023 | 83 | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)82 Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 09/27/2023) |
| 09/28/2023 | 84 | Order Authorizing Trustee to Employ Brian Thompson of Winterstone Real Estate As Real Estate Broker for the Estate (BNC-PDF) (Related Doc # 66) Signed on 9/28/2023. (GD) (Entered: 09/28/2023) |
| 09/28/2023 | 85 | BNC Certificate of Notice (RE: related document(s)81 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 09/28/2023. (Admin.) (Entered: 09/28/2023) |
| 09/30/2023 | 86 | BNC Certificate of Notice - PDF Document. (RE: related document(s)84 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 09/30/2023. (Admin.) (Entered: 09/30/2023) |
| 10/03/2023 | 87 | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof*. Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Smith, Nathan) (Entered: 10/03/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2023 | 88 | Notice of sale of estate property (LBR 6004-2) 10 Tucson, Coto De Caza, California 92679 Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 10/03/2023) |
| 10/03/2023 | 89 | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof*. Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)). (Smith, Nathan) (Entered: 10/03/2023) |
| 10/03/2023 | 90 | Notice *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof*. Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)). (Smith, Nathan) (Entered: 10/03/2023) |
| 10/03/2023 |  | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:23-bk-10898-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A56006234. Fee amount 188.00. (re: Doc# 87) (U.S. Treasury) (Entered: 10/03/2023) |
| 10/03/2023 | 91 | Hearing Set (RE: related document(s)87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for 10/31/2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 10/03/2023) |
| 10/03/2023 |  | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:23-bk-10898-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A56006234. Fee amount 188.00. (re: Doc[87]) (U.S. Treasury) |
| 10/17/2023 | 92 | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)82 Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith*). (Smith, Nathan) (Entered: 10/17/2023) |
| 10/17/2023 | 93 | Stipulation By THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 and *Nathan F. Smith, Attorney for Chapter 7 Trustee Arturo Cisneros; Stipulation to Extend Deadline to file an Opposition to the Chapter 7 Trustees Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer and Overbidder are Good Faith Purchasers Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy Procedure 6004(h); Brian Thompson, Proposed Buyer, and Overbidder in Support Hereof* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (Delmotte, Joseph) (Entered: 10/17/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2023 | 94 | Notice of lodgment Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (RE: related document(s)93 Stipulation By THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 and *Nathan F. Smith, Attorney for Chapter 7 Trustee Arturo Cisneros; Stipulation to Extend Deadline to file an Opposition to the Chapter 7 Trustees Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer and Overbidder are Good Faith Purchasers Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy Procedure 6004(h); Brian Thompson, Proposed Buyer, and Overbidder in Support Hereof* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04). (Attachments: # 1 Proposed Order) (Delmotte, Joseph) (Entered: 10/17/2023) |
| 10/17/2023 | 95 | Order Approving Stipulation To Extend Deadline To File An Opposition To Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Intersts Pursuant To 11 USC 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of SAle Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are "Good Faith Purchasers: Under 11 USC 363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h); Declarations Of A Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Thereof and ORDER thereon (BNC-PDF) (Related Doc # 93 ) Signed on 10/17/2023 (GD)(BNC-PDF) (Related Doc # 93 ) Signed on 10/17/2023 (GD) (Entered: 10/17/2023) |
| 10/20/2023 | 96 | Opposition to (related document(s): 87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approvin* filed by Trustee Arturo Cisneros (TR)) Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (Attachments: # 1 Exhibit A - Filed POC # 2 Exhibit B - Junior Deed of Trust # 3 Exhibit C - Joint Stipulation and Motion) (Delmotte, Joseph) (Entered: 10/20/2023) |
| 10/20/2023 | 97 | BNC Certificate of Notice - PDF Document. (RE: related document(s)95 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 10/20/2023. (Admin.) (Entered: 10/20/2023) |
| 10/25/2023 | 98 | Order Approving Chapter 7 Trustee's Application for Authority to Employ Malcolm Cisneros as General Counsel (BNC-PDF) Signed on 10/25/2023 (RE: related document(s)82 Application to Employ filed by Trustee Arturo Cisneros (TR)). (AM) (Entered: 10/25/2023) |
| 10/27/2023 | 99 | BNC Certificate of Notice - PDF Document. (RE: related document(s)98 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/27/2023. (Admin.) (Entered: 10/27/2023) |
| 10/31/2023 | 100 | Hearing Held - Motion is Granted. Movant to submit an order. (RE: related document(s)87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) (AM) (Entered: 10/31/2023) |
| 11/07/2023 | 101 | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)87 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | *Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof.* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)). (Smith, Nathan) (Entered: 11/07/2023) |
| 11/07/2023 | 102 | Notice *Notice of Trustee's Intent to Abandon Pursuant to 11 USC 554(a) and Local Bankruptcy Rule 6007-1* Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 11/07/2023) |
| 11/09/2023 | 103 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 11/9/2023). Filed by Trustee Arturo Cisneros (TR) (RE: related document(s) 71 Meeting of Creditors Held and Concluded (Chapter 7 Asset) *August 9, 2023* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)59 Meeting of Creditors 341(a) meeting to be held on 8/9/2023 at 12:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Cert. of Financial Management due by 10/10/2023. Last day to oppose discharge or dischargeability is 10/10/2023. (SD8)). (Cisneros (TR), Arturo) filed by Trustee Arturo Cisneros (TR)). (Cisneros (TR), Arturo) (Entered: 11/09/2023) |
| 11/15/2023 | 104 | Order Granting Chapter 7 Trustee's Motion For Order (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 USC § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are "Good Faith Purchasers" Under 11 USC § 363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h) [10 Tucson, Coto De Caza, California 92679 - Assessor's Parcel Number 755-241-13] (BNC-PDF) (Related Doc # [87]) Signed on 11/15/2023 (GD) |
| 11/16/2023 | 105 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :erica@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)104 Order on Motion To Sell (BNC-PDF)). (Smith, Nathan) (Entered: 11/16/2023) |
| 11/16/2023 | | Receipt of Request for a Certified Copy( 8:23-bk-10898-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A56183449. Fee amount 11.00. (re: Doc# 105 ) (U.S. Treasury) (Entered: 11/16/2023) |
| 11/16/2023 | 106 | Certified Copy Emailed to erica@mclaw.org (Entered: 11/17/2023) |
| 11/17/2023 | 107 | BNC Certificate of Notice - PDF Document. (RE: related document(s)104 Order on Motion To Sell (BNC-PDF)) No. of Notices: 1. Notice Date 11/17/2023. (Admin.) (Entered: 11/17/2023) |
| 12/01/2023 | 108 | Objection to Claim #2 by Claimant The Bank of New York Mellon FKA the Bank of New York Successor Trustee to Jpmorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-04. in the amount of $ 2,786,180.50 Filed by Debtor Jeffrey S Beier. (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3) (Haberbush, David) |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2023 | 109 | Request for judicial notice Filed by Debtor Jeffrey S Beier (RE: related document(s)[108] Objection to Claim). (Attachments: # (1) Exhibit A # (2) Exhibit B) (Haberbush, David) |
| 12/01/2023 | 110 | Notice Filed by Debtor Jeffrey S Beier (RE: related document(s)[108] Objection to Claim #2 by Claimant The Bank of New York Mellon FKA the Bank of New York Successor Trustee to Jpmorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-04. in the amount of $ 2,786,180.50 Filed by Debtor Jeffrey S Beier. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)). (Haberbush, David) |
| 12/03/2023 | 111 | Motion To Be Relieved As Counsel to the Debtor Filed by Debtor Jeffrey S Beier (Altman, Anerio) |
| 12/03/2023 | 112 | Notice Supplemental Notice of Remote Hearing Procedures Filed by Debtor Jeffrey S Beier (RE: related document(s)[111] Motion To Be Relieved As Counsel to the Debtor Filed by Debtor Jeffrey S Beier). (Altman, Anerio) |
| 12/04/2023 | 113 | Notice to Filer of Error and/or Deficient Document **Incorrect Year Listed On The Documents. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER HEARING DATE AND TIME LISTED. YOU HAVE THE WRONG YEAR LISTED ON ALL (3) DOCUMENTS - THE CORRECT HEARING DATE AND TIME SHOULD BE 1/09/2024 AT 11:00 A.M. - PLEASE CORRECT ASAP** (RE: related document(s)108 Objection to Claim filed by Debtor Jeffrey S Beier, 109 Request for judicial notice filed by Debtor Jeffrey S Beier, 110 Notice filed by Debtor Jeffrey S Beier) (GD) (Entered: 12/04/2023) |
| 12/04/2023 | 114 | Hearing Set Re:[108] Objection To Proof For Claim 2-1 Filed By The Bank Of New York Mellon, FKA The Bank Of New York Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee For The Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-04 The Hearing date is set for **1/9/2024 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) |
| 12/04/2023 | 115 | Hearing Set (RE: related document(s)[111] Motion To Be Relieved As Counsel filed by Debtor Jeffrey S Beier) The Hearing date is set for **1/9/2024 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) |
| 12/04/2023 | 116 | Errata Filed by Debtor Jeffrey S Beier (RE: related document(s)108 Objection to Claim, 109 Request for judicial notice, 110 Notice). (Haberbush, David) (Entered: 12/04/2023) |
| 12/05/2023 | 117 | Substitution of attorney Filed by Debtor Jeffrey S Beier. (Haberbush, David) (Entered: 12/05/2023) |
| 12/06/2023 | 118 | Voluntary Dismissal of Motion Filed by Attorney Lake Forest Bankruptcy II, APC. (Altman, Anerio) - See docket entry no.: 119 for corrections Modified on 12/6/2023 (GD). (Entered: 12/06/2023) |
| 12/06/2023 | 119 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT. YOU HAVE THE WRONG CASE NUMBER LISTED ON THE DOCUMENT - PLEASE CORRECT ASAP** (RE: related document(s)118 Voluntary Dismissal of Motion filed by Attorney Lake Forest Bankruptcy II, APC) (GD) (Entered: 12/06/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2023 | 120 | Voluntary Dismissal of Motion *Refiled* Filed by Attorney Lake Forest Bankruptcy II, APC. (Altman, Anerio) (Entered: 12/06/2023) |
| 12/07/2023 | 121 | Order Of Abandonment (BNC-PDF) (Related Doc # 1 ) - Please See Order - Signed on 12/7/2023 (GD) (Entered: 12/07/2023) |
| 12/09/2023 | 122 | BNC Certificate of Notice - PDF Document. (RE: related document(s)121 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 12/09/2023. (Admin.) (Entered: 12/09/2023) |
| 12/18/2023 | 123 | Statement *Chapter 7 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure [10 Tucson, Coto de Caza, 92679]* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 12/18/2023) |
| 12/26/2023 | 124 | Opposition to (related document(s): 108 Objection to Claim filed by Debtor Jeffrey S Beier) Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (Delmotte, Joseph) (Entered: 12/26/2023) |
| 12/26/2023 | 125 | Declaration re: *Joseph C. Delmotte in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., As Trustee for the Bear Sterns ALT-A Trust Mortgage Pass- Through Certificates, Series 2005-04* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (RE: related document(s)124 Opposition). (Delmotte, Joseph) (Entered: 12/26/2023) |
| 12/26/2023 | 126 | Declaration re: *Jae Min in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., As Trustee for the Bear Sterns ALT-A Trust Mortgage Pass- Through Certificates, Series 2005-04* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (RE: related document(s)124 Opposition). (Attachments: # 1 Exhibit A - Note # 2 Exhibit B - Deed of Trust # 3 Exhibit C - Corrective Assignment of DOT # 4 Exhibit D - Limited Power of Atty from BONY Mellon to BofA # 5 Exhibit E - Loan Mod Request. Denial # 6 Exhibit F - Filed POC) (Delmotte, Joseph) (Entered: 12/26/2023) |
| 12/26/2023 | 127 | Request for judicial notice *in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., As Trustee for the Bear Sterns ALT-A Trust Mortgage Pass- Through Certificates, Series 2005-04* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (RE: related document(s)124 Opposition). (Attachments: # 1 Exhibit A - PACER 08-bk-12163-RK # 2 Exhibit B - Schedules # 3 Exhibit C - Discharge Order 08-bk-12163-RK # 4 Exhibit D - PACER 09-bk-11124-TA # 5 Exhibit E - Complaint Adversary 09-ap-01252-TA # 6 Exhibit F - Joint Stipulation 09-ap-01252-TA # 7 Exhibit G - PACER 10-bk-19081-TA # 8 Exhibit H - Schedules 10-bk-19081-TA # 9 Exhibit I - Case Docket 30-2011-00463450-CU-OR-CJC # 10 Exhibit J - Case Docket 30-2015-00788856-CU-OR-CJC # 11 Exhibit K - Complaint 30-2015-00788856-CU-OR-CJC # 12 Exhibit L - Case Docket 30-2017-00907172-CU-OR-CJC # 13 Exhibit M - Second Amended Complaint 30-2017-00907172-CU-OR-CJC # 14 Exhibit N - Notice and Motion Summary Judgment 30-2017-00907172-CU-OR-CJC # 15 Exhibit O - Judgment 30-2017-00907172-CU-OR-CJC # 16 Exhibit P - Opinion G058753 # 17 Exhibit Q - Case Docket 30-2023-01312331-CU-OR-CJC # 18 Exhibit R - Complaint 30-2023-01312331-CU-OR-CJC # 19 Exhibit S - Case Docket 23-cv-00668-FWS-JDE # 20 Exhibit T - PACER 23-bk-10556-TA # 21 Exhibit U - |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Schedules 23-bk-10556-TA # 22 Exhibit V - PACER 23-bk-10898-TA # 23 Exhibit W - Schedules 23-bk-10898-TA # 24 Exhibit X - Notice and Motion Imposing Stay 23-bk-10898-TA # 25 Exhibit Y - Chap 7 Trustee Motion DKT 87 # 26 Exhibit Z - Opposition to Trustee Motion DKT 96 # 27 Exhibit AA - Order Granting Trustee Motion DKT 104 # 28 Exhibit BB - Objection to Proof Of Claim 2 DKT 108 # 29 Exhibit CC - Trustee Report of Sale DKT 123) (Delmotte, Joseph) (Entered: 12/26/2023) |
| 01/02/2024 | 128 | Reply to (related document(s): 124 Opposition filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04) *Reply to Opposition to Objection to Proof of Claim 2-1* Filed by Debtor Jeffrey S Beier (Haberbush, David) (Entered: 01/02/2024) |
| 01/02/2024 | 129 | Objection (related document(s): 125 Declaration filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04) *Evidentiary Objection to the Declaration of Joseph C. Delmotte* Filed by Debtor Jeffrey S Beier (Haberbush, David) (Entered: 01/02/2024) |
| 01/02/2024 | 130 | Request for judicial notice Filed by Debtor Jeffrey S Beier (RE: related document(s)128 Reply). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Haberbush, David) (Entered: 01/02/2024) |
| 01/09/2024 | 131 | Hearing Held Re:108 Objection To Proof of Claim 2-1 Filed By The Bank Of New York Mellon, FKA The Bank of New York Successor Trustee T JP Morgan Change Bank, N.A. As Trustee For The Bear Stearns ALt-A Trust, Mortgage Pass-Through Certifies, Series 2005-04 - Objection overruled. Tentative adopted. Respondent to submit order. (GD) (Entered: 01/09/2024) |
| 01/09/2024 | 132 | Hearing Held Re:111 Motion To Be Relieved As Counsel To The Debtor - Off Calendar - Notice Of Voluntary Dismissal Of A Contested Matter Filed 12-06-23 (GD) (Entered: 01/09/2024) |
| 01/16/2024 | 133 | Notice of lodgment *of Order Re: Objection to Proof of Claim 2-1* Filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 (RE: related document(s)108 Objection to Claim #2 by Claimant The Bank of New York Mellon FKA the Bank of New York Successor Trustee to Jpmorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-04. in the amount of $ 2,786,180.50 Filed by Debtor Jeffrey S Beier. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Haberbush, David) - See docket entry no.: 113 for corrections Modified on 12/4/2023 (GD).). (Attachments: # 1 Proposed Order) (Delmotte, Joseph) (Entered: 01/16/2024) |
| 01/24/2024 | 134 | Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank Of New York Mellon, FKA The Bank of New York Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee For THe Bear Stearns Alt-A-Trust, Mortgage Pass-Through Certificates, Series 2005-04 (BNC-PDF) (Related Doc # 108 ) - IT IS HEREBY ORDERED that Debtor's Claim Objection is OVERRULED. Signed on 1/24/2024 (GD) (Entered: 01/24/2024) |
| 01/26/2024 | 135 | BNC Certificate of Notice - PDF Document. (RE: related document(s)134 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/26/2024. (Admin.) (Entered: 01/26/2024) |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2024 | 136 | Transcript Order Form, regarding Hearing Date 01/09/24 Filed by Debtor Jeffrey S Beier. (Bogard, Lane) (Entered: 02/02/2024) |
| 02/02/2024 | 137 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 24-TA-04. RE Hearing Date: 01/09/24, [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Certified Deposition Reporters, Telephone number (888) 272-0022, ext 201 or ext 206.] (RE: related document(s)136 Transcript Order Form (Public Request) filed by Debtor Jeffrey S Beier) (SD8) (Entered: 02/02/2024) |
| 02/05/2024 | 138 | Transcript regarding Hearing Held 01/09/24 RE: In Re: Jeffrey S. Beier. Remote electronic access to the transcript is restricted until **05/6/2024**. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8183437040.]. Notice of Intent to Request Redaction Deadline Due By **2/12/2024**. Redaction Request Due By **02/26/2024**. Redacted Transcript Submission Due By **03/7/2024**. Transcript access will be restricted through **05/6/2024**. (Hyatt, Mitchell) (Entered: 02/05/2024) |
| 02/07/2024 | 139 | Motion to Reconsider (related documents 134 Order (Generic) (BNC-PDF)) Filed by Debtor Jeffrey S Beier (Bogard, Lane) (Entered: 02/07/2024) |
| 02/07/2024 | 140 | Request for judicial notice Filed by Debtor Jeffrey S Beier (RE: related document(s)139 Motion to Reconsider (related documents 134 Order (Generic) (BNC-PDF)) ). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) (Bogard, Lane) (Entered: 02/07/2024) |
| 02/07/2024 | 141 | Notice of motion/application Filed by Debtor Jeffrey S Beier (RE: related document(s)139 Motion to Reconsider (related documents 134 Order (Generic) (BNC-PDF)) Filed by Debtor Jeffrey S Beier). (Bogard, Lane) (Entered: 02/07/2024) |
| 02/07/2024 | 142 | Notice *Supplemental Notice of Hearing to be held Remotely using Zoomgov Audio and Video* Filed by Debtor Jeffrey S Beier (RE: related document(s)139 Motion to Reconsider (related documents 134 Order (Generic) (BNC-PDF)) Filed by Debtor Jeffrey S Beier filed by Debtor Jeffrey S Beier). (Bogard, Lane) - See docket entry no.: 144 for corrections Modified on 2/7/2024 (GD). (Entered: 02/07/2024) |
| 02/07/2024 | 143 | Hearing Set (RE: related document(s)139 Motion to Reconsider filed by Debtor Jeffrey S Beier) The Hearing date is set for **3/5/2024 at 11:00 AM** at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 02/07/2024) |
| 02/07/2024 | 144 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED SUPPLEMENTAL ZOOM/GOV NOTICE OF MOTION/HEARING WITH THE CORRECT ZOOM/GOV MEETING ID# & PASSWORD HEARING INFORMATION. YOU HAVE THE WRONG ZOOM/GOV INFORMATION ON THE DOCUMENT - PLEASE CORRECT ASAP** (RE: related document(s)142 Notice filed by Debtor Jeffrey S Beier) (GD) (Entered: 02/07/2024) |
| 02/07/2024 | 145 | Notice *Amended Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Debtor Jeffrey S Beier (RE: related document(s)139 Motion to Reconsider (related documents 134 Order (Generic) (BNC-PDF)) Filed by Debtor Jeffrey S Beier, 144 Notice to Filer of Error and/or Deficient Document **Correct hearing** |

Exhibit B

| Date Filed | # | Docket Text |
|---|---|---|

date/time/location was selected. **THE FILER IS INSTRUCTED TO FILE AN AMENDED SUPPLEMENTAL ZOOM/GOV NOTICE OF MOTION/HEARING WITH THE CORRECT ZOOM/GOV MEETING ID# & PASSWORD HEARING INFORMATION. YOU HAVE THE WRONG ZOOM/GOV INFORMATION ON THE DOCUMENT - PLEASE CORRECT ASAP** (RE: related document(s)142 Notice filed by Debtor Jeffrey S Beier) (GD)). (Bogard, Lane) (Entered: 02/07/2024)

### PACER Service Center

| | |
|---|---|
| Receipt: | 02/20/2024 06:13:26 |
| User: | User's PACER account |
| Client: | |
| Description: | Docket Report |
| | 8:23-bk-10898-TA Fil or Ent: filed From: 02/05/2024 To: 02/20/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Pages: | 2 ($0.20) |