2/20/24, 9:28 AM  Miles, Bauer, Bergstrom & Winters _ Better Business Bureau Profile

Case 8:23-bk-10898-TA    Doc 147-12    Filed 02/20/24    Entered 02/20/24 16:26:39
Desc Exhibit L - Miles    Bauer    Bergstrom & Winters _ Better Business Bureau Profile    Page 1 of 3





**Business Profile**

# Miles, Bauer, Bergstrom & Winters

Attorney Advertising

## ADDITIONAL BUSINESS INFORMATION

**Believed to be out of business:** According to information in BBB files, it appears that this business is no longer in business.

See all additional business information

### Contact Information

1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

### Customer Reviews

This business has 0 reviews

Be the First to Review!

### Customer Complaints

### BBB Rating & Accreditation

# NR

**THIS BUSINESS IS NOT BBB ACCREDITED**

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

Exhibit L

[File a Complaint](#)

**Customer Reviews are not used in the calculation of BBB Rating**

[Reasons for BBB Rating](#)

## Related Categories

[Attorney Advertising](#)

## Overview

This business offers attorney advertising services.

## Customer Complaints

0 Customer Complaints

## Business Details

**Location of This Business**
1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626

**Business Started:** 6/1/1985

**Business Started Locally:** 6/1/1985

**Type of Entity:** Sole Proprietorship

**Alternate Business Name**
Miles & Bauer, LLP

## Customer Reviews

0 Customer Reviews

**What do you think? Be the first to review!**

[How BBB Processes Complaints and Reviews](#)

Start a Review

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our [Privacy Policy](#) to learn more.

2/20/24, 9:28 AM  Miles, Bauer, Bergstrom & Winters | Better Business Bureau® Profile

Case 8:23-bk-10898-TA    Doc 147-12    Filed 02/20/24    Entered 02/20/24 16:26:39
Desc Exhibit L - Miles    Bauer    Bergstrom & Winters    Better Business Bureau Profile    Page 3 of 3

**Contact Information**

Principal

Ms. Heidi Tecklenburg, Associate

Customer Contact

Ms. Heidi Tecklenburg, Associate

Local BBB

Better Business Bureau Serving the Pacific Southwest

[More Info on Local BBB](#)

BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our [Privacy Policy](#) to learn more.

Exhibit L