HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile:  (562) 435-6335
E-mail: lbogard@lbinsolvency.com

Attorneys for Debtor and Appellant, Jeffrey S. Beier

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Jeffrey S. Beier,<br><br>　　　　Debtor. | Case No. 8:23-bk-10898-TA<br><br>**Chapter 7**<br><br>**DEBTOR/APPELLANT JEFFREY S. BEIER'S DESIGNATION OF RECORD ON APPEAL OF THE BANKRUPTCY COURT'S (1) ORDER OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 [DOCKET NO. 134]; AND (2) ORDER DENYING DEBTOR'S MOTION TO RECONSIDER ORDER OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ENTERED ON MARCH 21, 2024 [DOCKET NO. 151]** |

　　　　Jeffrey S. Beier, debtor in the above-captioned bankruptcy case ("Debtor"), hereby designates the following items to be included in the record on appeal of the Bankruptcy Court's (1) Order Overruling Debtor's Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns

Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 [Docket No. 134]; and (2) Denying Debtor's Motion to Reconsider Order Overruling Debtor's Objection to Proof of Claim 2-1 Filed the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 Entered on March 21, 2024, entered on March 21, 2024 [Docket No. 151]:

1. Chapter 11 Voluntary Petition Individual, Filed April 28, 2023 [Docket Number 1].

2. Statement About Your Social Security Number, Filed April 28, 2023 [Docket Number 2].

3. Certificate of Credit Counseling, Filed April 28, 2023 [Docket Number 3].

4. Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition, Filed April 28, 2023 [Docket Number 4].

5. Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours, Filed May 1, 2023 [Docket Number 5].

6. Order Setting Scheduling And Case Management Conference, Filed May 2, 2023 [Docket Number 7].

7. Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10 Tucson, Trabuco Canyon, CA 92679, Filed May 2, 2023 [Docket Number 9].

8. BNC Certificate of Notice, Filed May 3, 2023 [Docket Number 12].

9. Addendum to Voluntary Petition Regarding the Debtor's Street Address, Filed May 4, 2023 [Docket Number 13].

10. Supplemental Notice of Zoom.gov Procedures, Filed May 4, 2023 [Docket Number 14].

11. Meeting of Creditors 341(a) meeting to be held on 6/8/2023 at 01:00 PM, Filed May 4, 2023 [Docket Number 15].

12. BNC Certificate of Notice, Filed May 4, 2023 [Docket Number 16].

13. BNC Certificate of Notice, Filed May 6, 2023 [Docket Number 17].

14. U.S. Trustee Motion to Dismiss or Convert Case to One Under Chapter 7 Pursuant To 11 U.S.C.§1112(b); Declarations Of Michael Hauser And Marilyn Sorensen In Support Thereof, Filed

1  May 10, 2023 [Docket Number 18].

2      15.    Notice to creditors - Notice Of Motion And Motion By United States Trustee To Dismiss
3  Case Or Convert Case To One Under Chapter 7 Pursuant to 11 USC Section 1112(b); Declarations Of
4  Michael Hauser And Marilyn Sorensen In Support Thereof, Filed May 10, 2023 [Docket Number 20].

5      16.    Request for Courtesy Notice of Electronic Filing, Filed May 11, 2023 [Docket Number
6  21].

7      17.    Opposition to (related document(s): 9 Notice of Motion and Motion in Individual Case
8  for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 10
9  Tucson, Trabuco Canyon, CA 92679. Fee Amount $188, Filed by Debtor Jeffrey S Beier) Filed by
10  Creditor the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan
11  Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates,
12  Series 2005-04, Filed May 11, 2023 [Docket Number 22].

13      18.    Request for Courtesy Notice of Electronic Filing, Filed May 11, 2023 [Docket Number
14  21].

15      19.    BNC Certificate of Notice, Filed May 12, 2023 [Docket Number 23].

16      20.    Notice Of Chapter 11 Status Conference, Filed May 16, 2023 [Docket Number 25].

17      21.    Motion to Continue Hearing On (related documents 9 Motion for Relief - Imposing a
18  Stay or Continuing the Automatic Stay) By and Between Debtor-In-Possession and Bank of America,
19  N.A., Filed May 22, 2023 [Docket Number 26].

20      22.    Notice of Lodgment, Filed May 22, 2023 [Docket Number 27].

21      23.    Order Approving Stipulation Regarding The Request To Continue The Hearing On
22  Debtor-In-Possession Jeffrey Scott Beier's Motion To Continue The Automatic Stay, Filed May 22,
23  2023 [Docket Number 28].

24      24.    Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed May 22,
25  2023 [Docket Number 29].

26      25.    Notice of Motion and Motion in Individual Ch 11 Case for Order  Employing
27  Professional (LBR 2014-1): Anerio V. Altman, Esq. as General Bankruptcy Counsel, Filed May 24,
28  2023 [Docket Number 31].

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

26. Statement of Disinterestedness of Anerio V. Altman, Filed May 24, 2023 [Docket Number 32].

27. BNC Certificate of Notice, Filed May 24, 2023 [Docket Number 33].

28. Opposition to (related document(s): 18 U.S. Trustee Motion to dismiss or convert Case to One Under Chapter 7 Pursuant To 11 U.S.C. §1112(b); Declarations Of Michael Hauser And Marilyn Sorensen In Support Thereof, Filed May 24, 2023 [Docket Number 34].

29. Reply to (related document(s): 34 Opposition filed by Debtor Jeffrey S Beier) Reply Of U.S. Trustee To Debtors Opposition To Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. § 1112(b), Filed May 31, 2023 [Docket Number 35].

30. Stipulation By United States Trustee (SA) and Debtor's Counsel Regarding Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. § 1112(b), Filed June 2, 2023 [Docket Number 36].

31. Order Approving Stipulation Regarding Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 USC § 1112(b), Filed June 2, 2023 [Docket Number 37].

32. BNC Certificate of Notice, Filed June 4, 2023 [Docket Number 38].

33. United States Trustee's Limited Objection To Motion In Individual Chapter 11 Case For Order Authorizing Debtor In Possession to Employ General Bankruptcy Counsel, Filed June 5, 2023 [Docket Number 39].

34. Proof of Claim 1-1 for the Internal Revenue Service, Filed June 5, 2023.

35. Notice of Appointment of Trustee, Filed June 7, 2023 [Docket Number 40].

36. Notice of Appointment and Acceptance of Trustee, Filed June 7, 2023 [Docket Number 41].

37. Application for an Order Approving the Appointment of Chapter 11 Trustee, Filed June 7, 2023 [Docket Number 42].

38. Request for Courtesy Notice of Electronic Filing, Filed June 8, 2023 [Docket Number 43].

39. Order Approving The U.S. Trustee's Application For The Appointment Of A Chapter 11 Trustee, Filed June 8, 2023 [Docket Number 44].

40. BNC Certificate of Notice, Filed June 10, 2023 [Docket Number 47].

41. Notice of Hearing, Filed June 11, 2023 [Docket Number 48].

42. Reply to United States Trustee's Limited Objection To Motion In Individual Chapter 11 Case For Order Authorizing Debtor In Possession to Employ General Bankruptcy Counsel, Filed June 20, 2023 [Docket Number 50].

43. Supplemental Exhibits in Support of Opposition to Debtor's Motion for Order Imposing Stay [DKT No. 22] Filed by Creditor the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed June 23, 2023 [Docket Number 51].

44. Notice of Lodgment, Filed June 30, 2023 [Docket Number 54].

45. Notice of Lodgment, Filed July 7, 2023 [Docket Number 56].

46. BNC Certificate of Notice, Filed July 9, 2023 [Docket Number 58].

47. Meeting of Creditors 341(a) meeting to be held on 8/9/2023 at 12:00 PM at TR 7, Telephonic Meeting, Filed July 10, 2023 [Docket Number 59].

48. Notice of Requirement to Complete Course in Financial Management, Filed July 10, 2023 [Docket Number 60].

49. Notice of Appointment and Acceptance of Trustee, Filed July 10, 2023 [Docket Number 61].

50. BNC Certificate of Notice, Filed July 12, 2023 [Docket Number 63].

51. Proof of Claim 2-1 for The Bank of New York Mellon C/O Bank of America, N.A., Filed July 12, 2023.

52. Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay; RE Real Property: 10 Tucson, Trabuco Canyon CA 92679; The Stay of U.S.C. Section 362(a) is Continued as to all creditors until 30 days from entry of the Order, Filed July 17, 2023 [Docket Number 64].

53. BNC Certificate of Notice, Filed July 19, 2023 [Docket Number 65].

54. Application to Employ Brian Thompon as Real Estate Broker, Filed July 27, 2023

1  [Docket Number 66].

2    55. Notice of Application to Employ Brian Thompon as Real Estate Broker, Filed July 27,

3  2023 [Docket Number 67].

4    56. Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108), Filed

5  August 2, 2023 [Docket Number 68].

6    57. Opposition to Application to Employ Brian Thompon as Real Estate Broker, Filed

7  August 9, 2023 [Docket Number 72].

8    58. BNC Certificate of Notice, Filed August 11, 2023 [Docket Number 73].

9    59. Proof of Claim 3-1 for the Office of the U.S. Trustee, Filed August 29, 2023.

10   60. Reply to Opposition to Application to Employ Brian Thompon as Real Estate Broker,

11 Filed August 31, 2023 [Docket Number 74].

12   61. Notice of Hearing on Application to Employ Brian Thompon as Real Estate Broker, Filed

13 August 31, 2023 [Docket Number 75].

14   62. Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video

15 on Application to Employ Brian Thompon as Real Estate Broker, Filed August 31, 2023 [Docket

16 Number 76].

17   63. Exhibit Notice Of Supplemental Exhibit Re: Application To Employ Real Estate Broker,

18 Filed August 31, 2023 [Docket Number 77].

19   64. Notice of Lodgment, Filed September 21, 2023 [Docket Number 80].

20   65. Notice of Requirement to Complete Course in Financial Management, Filed September

21 25, 2023 [Docket Number 81].

22   66. Application to Employ Malcolm & Cisneros as General Counsel Declaration of Nathan

23 F. Smith, Filed September 27, 2023 [Docket Number 82].

24   67. Notice of Application to Employ Malcolm & Cisneros as General Counsel Declaration

25 of Nathan F. Smith, Filed September 27, 2023 [Docket Number 83].

26   68. Order Authorizing Trustee to Employ Brian Thompson of Winterstone Real Estate As

27 Real Estate Broker for the Estate, Filed September 28, 2023 [Docket Number 84].

28   69. BNC Certificate of Notice, Filed September 28, 2023 [Docket Number 85].

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H.A\clients\ACTIVE\Beier - 1640\Bankruptcy\Appeal\DESIGNATION.OF.RECORD.vmh.wpd 6 THIS DOCUMENT PREPARED ON RECYCLED PAPER

70. BNC Certificate of Notice, Filed September 30, 2023 [Docket Number 86].

71. Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof, Filed October 3, 2023 [Docket Number 87].

72. Notice of Sale of Estate Property (LBR 6004-2) 10 Tucson, Coto De Caza, California 92679, Filed October 3, 2023 [Docket Number 88].

73. Notice of Hearing of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are Good Faith Purchasers Under 11 U.S.C. §363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h); Declarations Of A. Cisneros, Brian Thompson, Proposed Buyer, And Overbidder In Support Hereof, Filed October 3, 2023 [Docket Number 89].

74. Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video, Filed October 3, 2023 [Docket Number 90].

75. Stipulation by the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 and Nathan F. Smith, Attorney for Chapter 7 Trustee Arturo Cisneros; Stipulation to Extend Deadline to File an Opposition to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining That the Proposed Buyer and Overbidder Are Good Faith Purchasers

1  under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy
2  Procedure 6004(h); Brian Thompson, Proposed Buyer, and Overbidder in Support Hereof Filed by
3  Creditor the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan
4  Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates,
5  Series 2005-04, Filed October 17, 2023 [Docket Number 92].

6        76.    Notice of Lodgment Filed by Creditor the Bank of New York Mellon, fka the Bank of
7  New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a
8  Trust, Mortgage Pass-through Certificates, Series 2005-04 (Re: Related Document(s) 93 Stipulation by
9  the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank,
10 N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04
11 and Nathan F. Smith, Attorney for Chapter 7 Trustee Arturo Cisneros; Stipulation to Extend Deadline
12 to File an Opposition to the Chapter 7 Trustees Motion for Order: (1) Authorizing Sale of Real Property
13 Free and Clear of Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3)
14 Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining That
15 the Proposed Buyer and Overbidder Are Good Faith Purchasers under 11 U.S.C. § 363(m); and (6)
16 Waiving 14 Day Stay Impose by Federal Rule of Bankruptcy Procedure 6004(h); Brian Thompson,
17 Proposed Buyer, and Overbidder in Support Hereof Filed by Creditor the Bank of New York Mellon,
18 fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear
19 Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04), Filed October 17, 2023
20 [Docket Number 94].

21       77.    Order Approving Stipulation To Extend Deadline, Filed October 17, 2023 [Docket
22 Number 95].

23       78.    Opposition to Motion to Sell Property of the Estate Free and Clear of Liens under Section
24 363(f) Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of
25 Liens And Interests Pursuant To 11 U.S.C. §363(f); (2) Approving filed by Trustee Arturo Cisneros
26 (TR)) Filed by Creditor the Bank of New York Mellon, fka the Bank of New York Successor Trustee
27 to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through
28 Certificates, Series 2005-04, Filed October 20, 2023 [Docket Number 96].

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

79. BNC Certificate of Notice, Filed October 20, 2023 [Docket Number 97].

80. Order Approving Chapter 7 Trustee's Application for Authority to Employ Malcolm Cisneros as General Counsel, Filed October 25, 2023 [Docket Number 98].

81. BNC Certificate of Notice, Filed October 27, 2023 [Docket Number 98].

82. Notice of Lodgment, Filed November 7, 2023 [Docket Number 101].

83. Notice of Trustee's Intent to Abandon Pursuant to 11 USC 554(a) and Local Bankruptcy Rule 6007-1, Filed November 7, 2023 [Docket Number 102].

84. Proof of Claim 4-1 for Gary and Patricia Beier Drakes Bay, Filed November 11, 2023.

85. Order Granting Chapter 7 Trustee's Motion For Order (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 USC § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer And Overbidder Are "Good Faith Purchasers" Under 11 USC § 363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h) [10 Tucson, Coto De Caza, California 92679 - Assessor's Parcel Number 755-241-13, Filed November 15, 2023] [Docket Number 104].

86. BNC Certificate of Notice, Filed November 17, 2023 [Docket Number 107].

87. Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed December 1, 2023 [Docket Number 108].

88. Request for Judicial Notice in Support of Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed December 11, 2023 [Docket Number 109].

89. Notice of Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed December 1, 2023 [Docket Number 110].

90. Motion To Be Relieved As Counsel to the Debtor, Filed December 3, 2023 [Docket Number 111].

91. Supplemental Notice of Remote Hearing Procedures, Filed December 3, 2023 [Docket Number 112].

92. Notice of Errata regarding Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed December 4, 2023 [Docket Number 116].

93. Substitution of Attorney, Filed December 5, 2023 [Docket Number 117].

94. Voluntary Dismissal of Motion, Filed December 6, 2023 [Docket Number 118].

95. Voluntary Dismissal of Motion Refiled, Filed December 6, 2023 [Docket Number 120].

97. Order Of Abandonment, Filed December 7, 2023 [Docket Number 121].

98. BNC Certificate of Notice, Filed December 9, 2023 [Docket Number 122].

99. Statement Chapter 7 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure [10 Tucson, Coto de Caza, 92679], Filed December189, 2023 [Docket Number 123].

100. Opposition to Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed December 26, 2023 [Docket Number 124].

101. Declaration Re: Joseph C. Delmotte in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed December 26, 2023 [Docket Number 125].

102. Request for Judicial Notice in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed December 26, 2023 [Docket Number 127].

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H.A\clients\ACTIVE\Beier - 1640\Bankruptcy\Appeal\DESIGNATION.OF.RECORD.vmh.wpd    THIS DOCUMENT PREPARED ON RECYCLED PAPER

103. Reply to Opposition to Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed January 2, 2024 [Docket Number 128].

104. Objection to Declaration Re: Joseph C. Delmotte in Support of Opposition to Objection to Proof of Claim 2-1 Filed by the Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed January 2, 2024 [Docket Number 129].

105. Request for Judicial Notice in Support of Reply to Opposition to Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, Filed January 2, 2024 [Docket Number 130].

106. Notice of lodgment of Order Re: Objection to Proof of Claim 2-1, Filed January 16, 2024 [Docket Number 133].

107. Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed January 24, 2024 [Docket Number 134].

108. BNC Certificate of Notice, Filed January 26, 2024 [Docket Number 135].

109. Transcript Order Form, regarding Hearing Date 01/09/24, Filed February 2, 2024 [Docket Number 136].

110. Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 7, 2024 [Docket Number 139].

111. Request for Judicial Notice in Support of Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a

Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 7, 2024 [Docket Number 140].

112. Notice of Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 7, 2024 [Docket Number 141].

113. Supplemental Notice of Hearing to be held Remotely using Zoomgov Audio and Video, Filed February 7, 2024 [Docket Number 142].

114. Amended Supplemental Notice of Hearing to be held Remotely using Zoomgov Audio and Video, Filed February7, 2024 [Docket Number 145].

115. Opposition to Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 20, 2024 [Docket Number 146].

116. Request for Judicial Notice in Support of Opposition to Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 20, 2024 [Docket Number 147].

117. Reply to Opposition to Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, Filed February 27, 2024 [Docket Number 148].

118. Notice of Lodgment of Order Re: Motion to Reconsider Order Overruling Debtor's Objection to Proof of Claim 2-1, Filed March 12, 2024 [Docket Number 150].

119. Order Denying Debtor's Motion To Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

Pass-through Certificates, Series 2005-04, Filed March 21, 2024 [Docket Number 151].

120.  BNC Certificate of Notice, Filed March 23, 2024 [Docket Number 152].

121.  Notice of Appeal and Statement of Election to U.S. District Court (Official Form 417A), Filed April 4, 2024 [Docket Number 153].

122.  Notice Of Referral Of Appeal To United States District Court with Certificate of Mailing, Filed April 4, 2024 [Docket Number 154].

123.  Assignment Notice of USDC Case/Judge to Appeal - Assigned USDC Case No.: 8:24-cv-00752-ODW, Filed April 10, 2024 [Docket Number 155].

124.  Transcript Order Form related to an Appeal, regarding Hearing Date 03/05/24, Filed April 17, 2024 [Docket Number 156].

125.  Transcripts of Proceedings of Hearing on Objection to Claim #2 by Claimant The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04 in the amount of $2,786,180.50, held on January 9, 2024 at 11:00 a.m. before the Honorable Theodore C. Albert, United States Bankruptcy Judge [docket number 138].

126.  Transcripts of Proceedings of Hearing on Motion to Reconsider Order Overruling Debtor's Objection To Proof Of Claim 2-1 Filed By The Bank of New York Mellon, fka the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Bear Stearns Alt-a Trust, Mortgage Pass-through Certificates, Series 2005-04, held on March 5, 2024 at 11:00 a.m. before the Honorable Theodore C. Albert, United States Bankruptcy Judge.

127.  Docket Report for the above-captioned Bankruptcy Case.

Respectfully submitted,

HABERBUSH, LLP

Date: April 18, 2024        By:  /s/ Lane K. Bogard
                                 Lane K. Bogard, attorneys for Jeffrey Beier, Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR/APPELLANT JEFFREY S. BEIER'S DESIGNATION OF RECORD ON APPEAL OF THE BANKRUPTCY COURT'S (1) ORDER OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 [DOCKET NO. 134]; AND (2) ORDER DENYING DEBTOR'S MOTION TO RECONSIDER ORDER OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM 2-1 FILED BY THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-04 ENTERED ON MARCH 21, 2024 [DOCKET NO. 151]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **April 18, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brian Thompson
Winterstone Real Estate
23792 Rockfield Blvd Ste 101
Lake Forest, CA 92630

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 18, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Theodor C. Albert, JUDGE
United States Bankruptcy Court
411 West Fourth Street,
Suite 5085 / Courtroom 5B
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 18, 2024 | Alexander S. Bostic | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Anerio V Altman**  LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **Lane K Bogard**  lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jborin@lbinsolvency.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Arturo Cisneros**  arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Joseph C Delmotte**  ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **David R Haberbush**  dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Nathan F Smith**  nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE