NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY S. BEIER,<br><br>    Debtor. | Bankruptcy Case No. 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENT TO ABANDON PURSUANT TO 11 U.S.C. § 554(a) AND LOCAL BANKRUPTCY RULE 6007-1**<br><br>[No Hearing Required] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATE BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

YOU ARE HEREBY NOTIFIED THAT immediately after fourteen (14) days from the date of mailing of this Notice and unless an objection and request for hearing is filed and served as set forth herein, A. Cisneros, the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate

("Estate") of Jeffrey S. Beier ("Trustee"), hereby intends to and does abandon the following personal property and claims identified by Debtor in his sworn Schedule A/B because the following property and claims are of inconsequential value and benefit to the Estate:

    a. Debtor's wife's bank account at Sber Bank in Moscow Russia containing 10,000 Russian Rubles.

    b. Debtor's interest in Liberty Waste Management and 911 Roll Off.

    c. Debtor's income as an independent contractor in Moscow Russia and income paid to Debtor's wife, who is a Russian citizen.

    d. Debtor's "franchise rights" to Russia Business Network International.

    e. Debtor's "claim" against Littleton, Colorado Police.

Pursuant to Local Bankruptcy Rule 6007-1, objections hereto and requests for hearing before the Court, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court, located at 411 W 4th St, Santa Ana, CA 92701, and served upon the Office of the United States Trustee, located at 411 W 4th St #7160, Santa Ana, CA 92701 and Trustee herein at the address shown at the upper left corner of the Notice, within fourteen (14) days of the date of the mailing of this Notice.

Any objections not timely filed and properly served will be waived and deemed as consent to the relief requested by Trustee herein. Pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of the Notice, Trustee shall be deemed to be authorized to take any and all actions necessary or convenient regarding the abandonment proposed herein in Trustee's sole discretion.

Trustee intends to abandon the foregoing personal property and claims because, based on Trustee's review, the personal property and claims are of inconsequential value and benefit to the Estate.

///

///

///

///

Abandonment of the foregoing personal property and claims is effective based on this Notice of Abandonment.  However, Trustee reserves the right, in his sole discretion, to seek a Court order authorizing any and all actions necessary or convenient relative to the abandonment.

DATED: August 1, 2024          MALCOLM ♦ CISNEROS, A Law Corporation
                                /s/ Nathan F. Smith
                               NATHAN F. SMITH, #264635
                               *Attorneys for Chapter 7 Trustee, A. Cisneros*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S INTENT TO ABANDON PURSUANT TO 11 U.S.C. § 554(a) AND LOCAL BANKRUPTCY RULE 6007-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 1, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 1, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92677
NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd. STE 101, Lake Forest, CA 92630**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **August 1, 2024** | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**SECTION 1 CONT.**
DEBTOR'S ATTORNEY: LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com; ecf@casedriver.com
NOTICE: Lane K Bogard    lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, haberbush.assistant@gmail.com, vhaberbush@lbinsolvency.com, jborin@lbinsolvency.com
NOTICE: Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
NOTICE: David R Haberbush    dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com, lbogard@lbinsolvency.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**SECTION 2 CONT.**
Bank of America, National Association
Attn: Bankruptcy Department
PO Box 982238
El Paso, TX 79998

~~Gary and Patricia Beier~~
~~Drakes Bay~~
~~Laguna Niguel, CA 92677~~
*10.03.2023 return to sender, insufficient address, unable to forward*

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

~~National Service Professionals~~
~~10001 W Oakland Park Blvd Ste 301~~
~~Sunrise, FL 33351-6925~~
*04.22.2024 Return to sender, no such number, unable to forward*

Office of the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

Sandy Elsberg
10 Tucson
Trabuco Cyn, CA 92679-5200

~~Sergei Nasonav~~
*No complete address*

~~Steven Beier~~
~~San Jose~~
*No complete address*

THE BANK OF NEW YORK MELLON
C/O Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631-3785