NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

**FILED & ENTERED**

AUG 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY S. BEIER,<br><br>           Debtor. | Case No. 8:23-bk-10898-TA<br><br>Chapter 7<br><br>**ORDER OF ABANDONMENT** |

    The court, having reviewed and considered the Trustee's Notice of Intent to Abandon certain claims of Debtor's bankruptcy estate ("Estate") pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, filed on August 1, 2024 [Docket Entry No. 161], and with good cause shown;

    IT IS HEREBY ORDERED that the following claims of the Estate are abandoned pursuant to 11 U.S.C. § 554(a):

    a.    Debtor's wife's bank account at Sber Bank in Moscow Russia containing 10,000 Russian Rubles.

    b.    Debtor's interest in Liberty Waste Management and 911 Roll Off.

    c.    Debtor's income as an independent contractor in Moscow Russia and income paid to Debtor's wife, who is a Russian citizen.

    d.    Debtor's "franchise rights" to Russia Business Network International.

    e.    Debtor's "claim" against Littleton, Colorado Police.

###

Date: August 30, 2024

Theodor C. Albert
United States Bankruptcy Judge