United States Bankruptcy Court

Central District of California

In re:                                                               Case No. 23-10898-TA

Jeffrey S Beier                                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                       User: admin                          Page 1 of 2

Date Rcvd: Aug 30, 2024                    Form ID: pdf042                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

**Recip ID                Recipient Name and Address**
db              + Jeffrey S Beier, P O Box 7644, Laguna Niguel, CA 92607-7644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

**Name                        Email Address**

Anerio V Altman
    on behalf of Attorney Lake Forest Bankruptcy II  APC LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com

Arturo Cisneros
    on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org

Arturo Cisneros (TR)
    amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

David R Haberbush
    on behalf of Debtor Jeffrey S Beier dhaberbush@lbinsolvency.com ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin @lbinsolvency.com,lbogard@lbinsolvency.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

District/off: 0973-8                          User: admin                                    Page 2 of 2

Date Rcvd: Aug 30, 2024                       Form ID: pdf042                                 Total Noticed: 1

Greg P Campbell

    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO
    JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE
    PASS-THROUGH CERTIFICATES, SERIES 2005-04 ch11ecf@aldridgepite.com,
    gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Joseph C Delmotte

    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO
    JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE
    PASS-THROUGH CERTIFICATES, SERIES 2005-04 ecfcacb@aldridgepite.com,
    JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Lane K Bogard

    on behalf of Debtor Jeffrey S Beier lbogard@lbinsolvency.com
    dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhabe
    rbush@lbinsolvency.com,jborin@lbinsolvency.com

Michael J Hauser

    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith

    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

United States Trustee (SA)

    ustpregion16.sa.ecf@usdoj.gov


TOTAL: 11

1    NATHAN F. SMITH, #264635
2    MALCOLM ♦ CISNEROS, A Law Corporation
     2112 Business Center Drive
3    Irvine, California  92612
     Phone: (949) 252-9400
4    Fax: (949) 252-1032
     Email: nathan@mclaw.org
5
6

**FILED & ENTERED**

**AUG 30 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

7    *Attorneys for Chapter 7 Trustee, A. Cisneros*

8                    **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10   In re:                                    Case No. 8:23-bk-10898-TA

11   JEFFREY S. BEIER,                         Chapter 7

12                    Debtor.                  **ORDER OF ABANDONMENT**

21           The court, having reviewed and considered the Trustee's Notice of Intent to Abandon certain

22   claims of Debtor's bankruptcy estate ("Estate") pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy

23   Rule 6007-1, filed on August 1, 2024 [Docket Entry No. 161], and with good cause shown;

24           IT IS HEREBY ORDERED that the following claims of the Estate are abandoned pursuant to 11

25   U.S.C. § 554(a):

26           a.      Debtor's wife's bank account at Sber Bank in Moscow Russia containing 10,000 Russian

27                   Rubles.

28           b.      Debtor's interest in Liberty Waste Management and 911 Roll Off.

Order

c.  Debtor's income as an independent contractor in Moscow Russia and income paid to Debtor's wife, who is a Russian citizen.

d.  Debtor's "franchise rights" to Russia Business Network International.

e.  Debtor's "claim" against Littleton, Colorado Police.

### 

Date: August 30, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

2

Order