**FILED**
**SEP - 6 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>JEFFREY S. BEIER<br><br>Debtor(s) | CASE NO.: 8:23- bk-10898-TA<br>ADVERSARY NO.: N/A<br>BAP/USDC NO.: 8:24-cv-00752-ODW<br>NOTICE OF APPEAL FILED: 04/04/2024<br>APPEAL DOCKET ENTRY NO.: 153 |
|---|---|
| vs.<br>Plaintiff(s)<br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br><br>☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☐ Statement of Issues
☐ Designation of Record
☐ Notice of Transcript
☒ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 09/06/2024    By: /s/ Nickie Bolte *Nickie Bolte*
Deputy Clerk