**FILED**

**SEP 18 2024**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>JEFFREY S. BEIER,<br><br>Debtor(s) | BAP/USDC NO.: 8:24-cv-00752-ODW<br>CASE NO.: 8:23-bk-10898-TA<br>ADVERSARY NO.: N/A<br>APPEAL DOCKET ENTRY NO.: 153 |
| vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

**Attorney of Record for Appellant:**
David R. Haberbush, Esq; Vanessa M. Haberbush, Esq. - Lane K. Bogard, Esq. - Haberbush, LLP
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802

**Attorney of Record for Appellee:**
Joseph C. Delmotte - Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:

☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 09/18/2024    By: /s/ Nickie Bolte _Nickie Bolte_
Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:

    Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
    Lane K Bogard    lbogard@lbinsolvency.com,
    dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jborin@lbinsolvency.com
    Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
    Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
    Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
    Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
    David R Haberbush    dhaberbush@lbinsolvency.com,
    ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com

    XX Service information continued on attached page

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Brian Thompson
    Winterstone Real Estate
    23792 Rockfield Boulevard, Suite 101
    Lake Forest, CA 92630

    Jeffrey S. Beier
    P.O. Box 7644
    Laguna Niguel, CA 92677

    Vanessa M. Haberbush, Esq.
    Haberbush, LLP
    444 West Ocean Boulevard, Suite 1400
    Long Beach, CA 90802

    Adam N. Barasch
    Severson And Werson
    595 Market Street, Suite 2600
    San Francisco, CA 94105

    XX Service information continued on attached page

I. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **Lane K Bogard**    lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jborin@lbinsolvency.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **David R Haberbush**    dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

II. <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u>

Nathan Frederick Jones Smith
Malcolm Cisneros
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

Jan Timothy Chilton
Severson And Werson
595 Market Street, Suite 2600
San Francisco, CA  94105